# EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-722-004**

**Effective date of registration:**

May 28, 2010

---

## Title

**Title of Work:** Brunette Model Grey Jean Skirt and Shiny Grey Jacket Lying on Side on Silver Background

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009     **Nation of 1st Publication:** United States

## Author

■  **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 27, 2010

**Applicant's Tracking Number:** 090528RR0107

---

**EXHIBIT A PAGE   23**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-719-026

**Effective date of
registration:**

April 27, 2010

---

## Title

**Title of Work:** Brunette Black Leather Zippered Jacket Grey Stonewashed Jeans Black Pearl Necklace

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009          **Nation of 1st Publication:** United States

## Author

■        **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 27, 2010

**Applicant's Tracking Number:** 090528RR0052

---

**EXHIBIT A PAGE   24**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-058

**Effective date of
registration:**

May 6, 2010

---

## Title

**Title of Work:** Girl on white swing with purple outfit and funky colorful boots

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0085

---

**EXHIBIT A PAGE   25**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-060

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Male Model in Black Pants Jacket and Shoes on Black Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 16, 2008        **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0087

**EXHIBIT A PAGE  26**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-063

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Blonde Model on Motorcycle with Male Model on Black Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0092

**EXHIBIT A PAGE   27**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-070

**Effective date of registration:**

May 6, 2010

---

## Title

**Title of Work:** Models Climbing and Hanging from Chain Link Fences with Blue and Amber Colored Backgrounds

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0093

---

**EXHIBIT A PAGE   28**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-118

**Effective date of registration:**

May 6, 2010

---

## Title

**Title of Work:** Asian male model sitting on barrel, African American Female Model Standing in front of Rolling Staricase

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0095

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-119

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Female African American Model Crouching in White Corner Wearing Blacktop and Purple Leggings

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0098

Page 1 of 1

**EXHIBIT A PAGE   30**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-120

**Effective date of
registration:**

May 6, 2010

## Title

Title of Work: Male Model with Blue Jeans, Yellow Undershirt, Blue and White Pull Over Grey White
Baseball Cap Sneakers

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: August 8, 2009         Nation of 1st Publication: United States

## Author

■          Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 090508RR0055

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-124

**Effective date of
registration:**

May 6, 2010

## Title

**Title of Work:** Caucasian Male Model with Colored Striped White Shirt and Female Asian Model with
Black Capri Pants and Earth Colored tank top

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009          **Nation of 1st Publication:** United States

## Author

▪      **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                           **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0057

Page  1 of  1

**EXHIBIT A PAGE   32**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-127

**Effective date of registration:**

May 6, 2010

---

## Title

**Title of Work:** Asian Male Model, Black Jeans and Vest, White Shoes, on White Background

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 8, 2009       **Nation of 1st Publication:** United States

## Author

■    **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090508RR0056

---

Page 1 of 1

**EXHIBIT A PAGE   33**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-720-128

**Effective date of
registration:**

May 6, 2010

---

## Title

**Title of Work:** Dark male model with Camel Colored Pants, Brown Shoes, Print T-Shirt and Black Jacket on Silver Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0058

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-130

**Effective date of
registration:**

May 6, 2010

## Title

| | |
|---|---|
| Title of Work: | Blonde Female Model in Shiny Taupe Colored Dress with Large Belt on Silver Background |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2008 | | |
| Date of 1st Publication: | July 16, 2008 | Nation of 1st Publication: | United States |

## Author

| | | | |
|---|---|---|---|
| ■ Author: | Richard E Reinsdorf | | |
| Author Created: | photograph(s) | | |
| Citizen of: | United States | Domiciled in: | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Richard E Reinsdorf |
| | 1844 N Catalina St, Burbank, CA, 91505-1207, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| Name: | Richard E Reinsdorf | | |
| Email: | rrpix@me.com | Telephone: | 818-519-3555 |
| Address: | 1844 N Catalina St | | |
| | Burbank, CA 91505-1207  United States | | |

## Certification

| | |
|---|---|
| Name: | Richard E Reinsdorf |
| Date: | May 6, 2010 |
| Applicant's Tracking Number: | 080416RR0059 |

**EXHIBIT A PAGE   35**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-134

**Effective date of
registration:**

May 6, 2010

## Title

**Title of Work:** Overhead Shot of Blond Model on Back in Blue Jean Shorts and White Top

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 17, 2008          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080417RR0060

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-135

**Effective date of
registration:**

May 6, 2010

---

## Title

**Title of Work:** Hispanic Female Model with Jean Shorts, Yellow Top, and Men's Shirt with Brown
Shoes on Cove Wall

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 19, 2007      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                              **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 070919RR0062

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-137

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Asian Female Model sitting on block with yellow top, white shorts, legged crossed wearing sandals on white

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0065

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-138

**Effective date of
registration:**

May 6, 2010

## Title

**Title of Work:** Hispanic Model on Blocks, Stepping, Wearing Khakis and Olive Green Top

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 19, 2007     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 070919RR0061

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-140

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Blonde Female Model, Shoulder length hair, in Blue Jeans with Runners on White Background

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 8, 2009          **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0063

**EXHIBIT A PAGE  40**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-142

**Effective date of
registration:**

May 6, 2010

## Title ─────────────

Title of Work: Asian Female Model Wearing Black Capri Pants, Large Blue and Black Spahetti Strap
Top and Black Shoes

## Completion/Publication ─────────

Year of Completion: 2009

Date of 1st Publication: August 8, 2009          Nation of 1st Publication: United States

## Author ─────────────

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant ─────────

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ─────────

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ─────────────

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 090528RR0064

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-149

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Brunette Model sitting leaning against translucent material wearing black skirt and white top with foot propped up

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 17, 2008       **Nation of 1st Publication:** United States

## Author

■       **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States              **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080417RR0066

Page 1 of 1

**EXHIBIT A PAGE   42**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-158

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Asian Female Model wearing purple and pink and boots back to pack with caucasian blonde female model wearing blue jeans and boots

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 17, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080417RR0067

Page 1 of 1

**EXHIBIT A PAGE   43**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-719-162

**Effective date of registration:**

April 27, 2010

---

## Title

**Title of Work:** Niki Taylor with her sons on White Background

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 5, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 27, 2010

**Applicant's Tracking Number:** 090105RR0044

---

**EXHIBIT A PAGE   44**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-191

**Effective date of registration:**

July 7, 2010

---

## Title

**Title of Work:** Female Models in Glowing Plexiglass Cube

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Richard E Reinsdorf
  **Author Created:** photograph(s)

  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com       **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0089

---

**EXHIBIT A PAGE   45**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-192

**Effective date of registration:**

July 7, 2010

## Title

**Title of Work:** A Series of Males Models wearing very dark clothing against a black background

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0088

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-194

**Effective date of registration:**

July 7, 2010

## Title

**Title of Work:** Models on Silver Metallic Background

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0086

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-195

**Effective date of registration:**

July 7, 2010

---

## Title

**Title of Work:** Holly Robinson Pete and Kids

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080917RR0077

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-196

**Effective date of registration:**

July 7, 2010

---

## Title

**Title of Work:** Groups of Models on White Background

## Completion/Publication

**Year of Completion:** 2008

## Author

■  **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0090

---

**EXHIBIT A PAGE   49**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-197

**Effective date of
registration:**

May 6, 2010

---

## Title

**Title of Work:** African American Female Model sitting in Khaki Capri Pants, light orange top and
flannel shirt with leg extended

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009      **Nation of 1st Publication:** United States

## Author

■      **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0068

---

Page 1 of 1

**EXHIBIT A PAGE 50**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-201

**Effective date of
registration:**

May 6, 2010

---

## Title

**Title of Work:** African American Model sitting in silver top with Black Leggings and Sandals against
silver background

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009     **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090528RR0069

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-209

**Effective date of
registration:**

May 6, 2010

## Title ———

Title of Work: Male Asian Model Walking Down Steps wearing Blue Jeans, Brown Shoes, Blue Shirt
on Blue Background

## Completion/Publication ——

Year of Completion: 2006

Date of 1st Publication: February 1, 2010   Nation of 1st Publication: United States

## Author ——

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States   Domiciled in: United States

## Copyright claimant ——

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ——

Name: Richard E Reinsdorf

Email: rrpix@me.com   Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ——

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 061116RR0073

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-215

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Male Model wearing Black Jeans, Brown Shoes, and Flannel Shirt on Grey Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 19, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 070919RR0070

**EXHIBIT A PAGE   53**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-719-218

**Effective date of registration:**

April 28, 2010

---

### Title

**Title of Work:** Blonde Model in Black and Gray Striped Tights and Shoes wearing Black Top

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009          **Nation of 1st Publication:** United States

### Author

■          **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 28, 2010

**Applicant's Tracking Number:** 090528RR0053

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-719-219

**Effective date of registration:**

April 28, 2010

## Title

**Title of Work:** Blue Jeans, Floral Top, Black Shoes from waist down

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009      **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

   **Author Created:** photograph(s)

   **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 28, 2010

**Applicant's Tracking Number:** 090528RR0054

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-224

**Effective date of registration:**

May 6, 2010

## Title

**Title of Work:** Latina Female Model Sitting on blocks wearing green top and white shoes on blue background

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 061116RR0072

Page 1 of 1

**EXHIBIT A PAGE   56**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-226

**Effective date of
registration:**

May 6, 2010

## Title ────────────────────────

**Title of Work:** Asian female model kneeling on transclucent chair wearing olive khaki shorts and color
striped top on grey background

## Completion/Publication ────────────

**Year of Completion:** 2007

**Date of 1st Publication:** December 19, 2007      **Nation of 1st Publication:** United States

## Author ────────────────────────

■  **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States           **Domiciled in:** United States

## Copyright claimant ──────────────

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ────────────

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ──────────────────

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 070919RR0071

Page 1 of 1

**EXHIBIT A PAGE   57**



· Certificate of Registratio.

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-724-245**

**Effective date of registration:**

June 20, 2010

## Title

**Title of Work:** Model in red hooded sweatshirt with black and white striped shorts in low skater pose on white

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007    **Nation of 1st Publication:** United States

## Author

■    **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** June 20, 2010

**Applicant's Tracking Number:** 070919RR0109

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-729-255

**Effective date of registration:**

July 12, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Female Models on Orange Backgrounds with Props |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | December 2, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| **Author:** | Richard E Reinsdorf | | |
| **Author Created:** | photograph(s) | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Richard E Reinsdorf |
| | 1844 N Catalina St, Burbank, CA, 91505-1207, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Name:** | Richard E Reinsdorf | | |
| **Email:** | rrpix@me.com | **Telephone:** | 818-519-3555 |
| **Address:** | 1844 N Catalina St | | |
| | Burbank, CA 91505-1207  United States | | |

## Certification

| | |
|---|---|
| **Name:** | Richard E Reinsdorf |
| **Date:** | July 7, 2010 |
| **Applicant's Tracking Number:** | 081002RR0131 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-720-453

**Effective date of registration:**

May 7, 2010

---

## Title ───────────────────────────────────

**Title of Work:** Female Models ,Grey Blocks, Green Chair, Cubes and Grey Background

## Completion/Publication ─────────────────

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009   **Nation of 1st Publication:** United States

## Author ──────────────────────────────────

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant ───────────────────────

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ─────────────────────

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ─────────────────────────────

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 081002RR0099

**EXHIBIT A PAGE   60**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-537**

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Model Wearing Red Tank Top Holding Black Shoe in Right Hand on Blue Background with Cubes

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007      **Nation of 1st Publication:** United States

## Author

■    **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                **Domiciled in:** United States

**Year Born:** 1965

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116

Page 1 of 1

**EXHIBIT A PAGE   61**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-541

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Young Man black shirt , light beige pants, laughing, blonde girl with brown hat, brunette girl in red top, young man with curly black hair, olive top and blue jeans

**Contents Titles:** Asian girl with camo top and red jacket, brunette in black outfit with hoop earings, blonde girl in pinkish red dress, hispanic girl in green Polk a Dot Dress with thick waist belt, african american model in boots with black jacket

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008   **Nation of 1st Publication:** United States

## Author

■   **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reisdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

## Certification

**Name:** Richard E Reisdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 080416RR0004

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-542**

**Effective date of
registration:**

April 16, 2010

---

## Title ——————————————

**Title of Work:** African American Male Model in Brown Cargo Pants with Brown and Tan Shoes and
light beige top looking behind himself against Silver Background

## Completion/ Publication ——————

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008     **Nation of 1st Publication:** United States

## Author ——————————————

■   **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant ——————

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ——————

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ——————————

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 080416RR0007

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-543

**Effective date of
registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde male model sitting on barrel wearing blue sweatshirt, dark grey jeans and black
and grey shoes and asian female model leaning against back of male model in blue print
t-shirt and light blue jeans hanging on to scaffolding

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2008    **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0006

Page 1 of 1

**EXHIBIT A PAGE   64**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-544

**Effective date of
registration:**

April 16, 2010

---

## Title

**Title of Work:** Man wearing Black Print T-Shirt, light blue collared shirt, black leather jacket, dark blue
jeans and black shoes, looking off camera

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 16, 2008        **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

   **Author Created:** photograph(s)

   **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reisdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 080416RR005

---

**EXHIBIT A PAGE   65**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-545**

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Girl with Shoulder Length Hair in Blue Top Holding Both Hands to the Sides of Her Face

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 17, 2007    **Nation of 1st Publication:** United States

## Author

■    **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reisdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 070918RR0002 Chanel

Page 1 of 1

**EXHIBIT A PAGE    66**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-547

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Brunette Model with Large Brown Sunglasses with Pouty Lips wearing White Top with Multi Colored Hearts on Orange Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009        **Nation of 1st Publication:** United States

## Author

■        **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0010

**EXHIBIT A PAGE  67**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-550

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Blonde female model with short hair sitting on Green Chaise wearing a black top and dark grey leggings with athletic shoes with one hand on the top of the chaise and the other on the seat cushion

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-721-555

**Effective date of registration:**

May 19, 2010

## Title

Title of Work: African American Male Model Sitting on Cube with Blue Jeans and Olive Colored Shirt

## Completion/Publication

Year of Completion: 2006

Date of 1st Publication: February 16, 2007     Nation of 1st Publication: United States

## Author

■  Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

Name: Richard E Reinsdorf

Date: May 19, 2010

Applicant's Tracking Number: 061116RR0106

Page 1 of 1

**EXHIBIT A PAGE   69**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-562

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Smiling African American Male Model hanging from scaffolding in bright lime green shirt and dark blue jeans with white brown grey and black striped sneakers one foot on a barrel

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 11, 2008          **Nation of 1st Publication:** United States

## Author

■     **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0008

**EXHIBIT A PAGE   70**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-565

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Male Model Jumping in Striped Hooded Sweatshirt with Cubes and Blue Background

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007        **Nation of 1st Publication:** United States

## Author

■        **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0019

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-566

**Effective date of
registration:**

April 16, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Brunette Model with Grey and Zebra Top with Black Capri Pants and Black Shoes Sitting on Cube with Pink Background |
| **Contents Titles:** | Brunette Model with Grey and Zebra Top with Black Capri Pants and Black Shoes Sitting on Cube with Pink Background; Brunette Model with Grey and Zebra Top with Black Capri Pants and Black Shoes Reclining Back on Cube with Pink Background |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | February 16, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Richard E Reinsdorf | | |
| **Author Created:** | photograph(s) | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Richard E Reinsdorf |
| | 1844 N Catalina St, Burbank, CA, 91505-1207 |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Name:** | Richard E Reinsdorf | | |
| **Email:** | rrpix@me.com | **Telephone:** | 818-519-3555 |
| **Address:** | 1844 N Catalina St | | |
| | Burbank, CA 91505-1207  United States | | |

## Certification

| | |
|---|---|
| **Name:** | Richard E Reinsdorf |
| **Date:** | April 16, 2010 |
| **Applicant's Tracking Number:** | 061116RR0020 |

**EXHIBIT A PAGE  72**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-568

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Asian girl in white shirt with yellow pull over knitted top sitting on blue cube with blue background

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007          **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-569

**Effective date of
registration:**

April 16, 2010

## Title ─────────────────────

|  |  |
|---|---|
| **Title of Work:** | Blonde girl and Asian girl smiling sitting on Blue Cube with Pink Background |
| **Contents Titles:** | Blonde girl and Asian girl smiling sitting on Blue Cube with Pink Background; Blonde girl and Asian girl with sultry expressions sitting on Blue Cube with Pink Background |

## Completion/ Publication ─────────────

|  |  |  |  |
|---|---|---|---|
| **Year of Completion:** | 2006 |  |  |
| **Date of 1st Publication:** | February 16, 2007 | **Nation of 1st Publication:** | United States |

## Author ─────────────────────

|  |  |  |  |
|---|---|---|---|
| ■ **Author:** | Richard E Reinsdorf |  |  |
| **Author Created:** | photograph(s) |  |  |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant ─────────────

|  |  |
|---|---|
| **Copyright Claimant:** | Richard E Reinsdorf |
|  | 1844 N Catalina St, Burbank, CA, 91505-1207, United States |

## Rights and Permissions ─────────────

|  |  |  |  |
|---|---|---|---|
| **Name:** | Richard E Reinsdorf |  |  |
| **Email:** | rrpix@me.com | **Telephone:** | 818-519-3555 |
| **Address:** | 1844 N Catalina St |  |  |
|  | Burbank, CA 91505-1207  United States |  |  |

## Certification ─────────────────

|  |  |
|---|---|
| **Name:** | Richard E Reinsdorf |
| **Date:** | April 16, 2010 |
| **Applicant's Tracking Number:** | 061116RR0022 |

**EXHIBIT A PAGE  74**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-570

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Asian Female Model wearing Black and Red Standing Against White Wall with Black Sandals

**Contents Titles:** Asian Female Model wearing Black and Red Standing Against White Wall with Black Sandals
Asian Female Model wearing Black and Red Crouching Against White Wall with Black Sandals

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009    **Nation of 1st Publication:** United States

## Author

■    **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0016

**EXHIBIT A PAGE  75**

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-571**

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Female Model on Mobile Steps wearing a grey top, black belt and black shoes with Male Model with Blue Sweatshirt, Blue Jeans and White Shoes

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009        **Nation of 1st Publication:** United States

## Author

■        **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0017

**EXHIBIT A PAGE   76**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-572

**Effective date of
registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Female Model with Brown Shoes Sitting with Elbows bent and Hands close to
her Face

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007     **Nation of 1st Publication:** United States

## Author

■   **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0018

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-573

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Brunette Model with curly brown hair, green top with rolled up blue jeans and sandals sitting on pink cube

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007     **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E. Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E. Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0025

---

**EXHIBIT A PAGE  78**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-575

**Effective date of registration:**

April 17, 2010

---

## Title

**Title of Work:** Brunette girl blue green eyed girl with white parrot print top and shiny blue pant's

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009         **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States            **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com            **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 17, 2010

**Applicant's Tracking Number:** 090528RR0042

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-576

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** African American Model with Beige Top and Checkered Shorts on Pink Background

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0028

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-578

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Brunette Girl in Blue Jean Shorts and Purple Top with Arms around Young man with close shaven head in Black Leather Jacket and Black Jeans

Blonde Girl in Blue Jean Shorts and Black and Pink Top with Arms around Young man with close shaven head in Black Leather Jacket and Black Jeans

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 2, 2008      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reisdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0003 Couple

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-581**

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Cezar Milan Family Photos March 2009

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 14, 2009       **Nation of 1st Publication:** United States

## Author

■        **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com       **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 090314RR0033

**EXHIBIT A PAGE   82**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-582

**Effective date of
registration:**

April 16, 2010

---

## Title

| | |
|---|---|
| **Title of Work:** | Smiling African American Girl in Yellow Print Shirt bending forward to touch ankle with Grey pants and brown shoes |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | February 16, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Richard E Reinsdorf |
| **Author Created:** | photograph(s) |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Richard E Reinsdorf |
| | 1844 N Catalina St, Burbank, CA, 91505-1207, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Richard E Reinsdorf |
| **Email:** | rrpix@me.com |
| **Telephone:** | 818-519-3555 |
| **Address:** | 1844 N Catalina St |
| | Burbank, CA 91505-1207  United States |

## Certification

| | |
|---|---|
| **Name:** | Richard E Reinsdorf |
| **Date:** | April 16, 2010 |
| **Applicant's Tracking Number:** | 061116RR0029 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-584

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Model with Blue Tank Top Black Belt Colorful Skirt Sitting in Hammock on Orange Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009          **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf
- **Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0034

---

Page 1 of 1

**EXHIBIT A PAGE   84**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-586**

**Effective date of
registration:**

April 16, 2010

## Title

**Title of Work:** Blonde Female Model with Aqua Bikini Top Black Jacket Sitting on Pink Cube

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 18, 2007          **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 070918RR0035

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-587

**Effective date of
registration:**

April 17, 2010

---

## Title

**Title of Work:** Female Models on White Backgrounds wearing Various Outfits

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009    **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 17, 2010

**Applicant's Tracking Number:** 090528RR0040

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-588

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Athletic Brunette in Grey Top with Zebra Long Black Shorts and Black and White Athletic Shoes on Pink

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007   **Nation of 1st Publication:** United States

## Author

■   **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0023

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-592

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Blonde Model in Black tank top with shiny purple tights and black shoes  in White Cube #1

**Contents Titles:** Blonde Model in Black tank top with shiny purple tights and black shoes  in White Cube #1
Blonde Model in Black tank top with shiny purple tights and black shoes  in White Cube #2
Brunette Model in White  top with black shorts in white cube
African American Model in White Cube with Long Straight Hair
African American Model in White Cube with Curly Hair on Her Back

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-594**

**Effective date of registration:**

April 16, 2010

---

### Title

**Title of Work:** Models wearing Black Clothes on Silver Background

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009     **Nation of 1st Publication:** United States

### Author

■    **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 090528RR0037

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-598

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Male model wearing red T Shirt with Grey Jeans and Asian Girl wearing Blue T Shirt and Athletic Shoes 1

**Contents Titles:** Male model wearing red T Shirt with Grey Jeans and Asian Girl wearing Blue T Shirt and Athletic Shoes 1
Male model wearing red T Shirt with Grey Jeans and Asian Girl wearing Blue T Shirt and Athletic Shoes 2

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0038

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-600**

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Male Model Crouching looking Behind Him with Blue Shirt Khaki Pants and Black Shoes on White

**Contents Titles:** Male Model Crouching looking Behind Him with Blue Shirt Khaki Pants and Black Shoes on White
Asian Female Model in White Shirt with Brown Leggings and Brown Shoes on White

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 18, 2007      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 070918RR0036

**EXHIBIT A PAGE   91**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-723-600

**Effective date of registration:**

June 16, 2010

## Title

**Title of Work:** Brunette Model in Teal Workout Pants and Navy Blue T Shirt Jumping on White Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007     **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** June 16, 2010

**Applicant's Tracking Number:** 070919RR0108

Page 1 of 1

**EXHIBIT A PAGE   92**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-714-604

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Male Model wearing Grey T-Shirt with Blue Jeans sitting on cube looking intently to the side

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0024

**EXHIBIT A PAGE   93**

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-607**

**Effective date of
registration:**

April 16, 2010

### Title

**Title of Work:** Male Asian/Hispanic Looking Model in brown pants and green flannel shirt with foot up
pushed against pink cube

### Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007   **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0026

Page 1 of 1

**EXHIBIT A PAGE   94**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-608

**Effective date of registration:**

April 16, 2010

---

### Title

**Title of Work:** African American Model wearing Plaid Jacket, Green Pants, Dark Brown Shoes Sitting on Blue Cube with Blue Background

### Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007     **Nation of 1st Publication:** United States

### Author

■     **Author:** Richard E Reinsdorf
**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0030

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-609

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Hispanic Female Model with White Shirt and Yellow Knit Top with African American Model with yellow top and olive colored pants

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007          **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0027

Page 1 of 1

**EXHIBIT A PAGE  96**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-612

**Effective date of registration:**

April 16, 2010

## Title ———————————————————

**Title of Work:** Male Breakdancer on White 1

**Contents Titles:** Male Breakdancer on White 1

Male Breakdancer on White 2

Male Breakdancer on White 3

Female Breakdancer on White 1

## Completion/ Publication ———————————

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2008      **Nation of 1st Publication:** United States

## Author ———————————————————

▪ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant ———————————

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ———————————

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ———————————————

**EXHIBIT A PAGE  97**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-626**

**Effective date of registration:**

April 17, 2010

## Title

**Title of Work:** Norton 750 Commander Motorcycle Shots

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 17, 2010

**Applicant's Tracking Number:** 081002RR0039