# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-638

**Effective date of registration:**

April 17, 2010

## Title

**Title of Work:** Hispanic Female Model with tight curly hair wearing dark grey jeans and athletic shoes on blue cube and background

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007   **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf
- **Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 17, 2010

**Applicant's Tracking Number:** 061116RR0041

**EXHIBIT A PAGE  99**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-644

**Effective date of registration:**

July 1, 2010

---

## Title

**Title of Work:** Black Female Model with olive Capri Pants, Yellow Print Top, Brown Sandals on Blue

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 16, 2007     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 1, 2010

**Applicant's Tracking Number:** 061116RR0116

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-714-659

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** African American Model in Yellow Top and Red Leggings with Brunette Caucasian Model wearing Green Top and Black Leggings on Chain Link Fence

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009          **Nation of 1st Publication:** United States

## Author

■       **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0015

---

Page 1 of 1

**EXHIBIT A PAGE   101**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-661

**Effective date of registration:**

July 12, 2010

## Title

**Title of Work:** Action Shots of Models on White Background

## Completion/Publication

**Year of Completion:** 2007

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 070918RR0083

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-714-662**

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Asian Female Model with Headband Hanging from Pipe wearing a green T-Shirt, Blue Leggings and Athletic Shoes with Chainlink Fence in Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0014 Misa

Page 1 of 1

**EXHIBIT A PAGE   103**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-662

**Effective date of registration:**

July 12, 2010

---

## Title

**Title of Work:** Models in Club Scene with Dark Moody Background

## Completion/Publication

**Year of Completion:** 2008

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0097

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-663

**Effective date of
registration:**

July 12, 2010

## Title

**Title of Work:** Male and Female Asian Models Wearing Black on Silver Background

## Completion/Publication

**Year of Completion:** 2009

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 090528RR0105

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-664

**Effective date of
registration:**

July 12, 2010

---

## Title

**Title of Work:** Models on Black Background with Motorcycles, Sitting Standing on Cubes, and
Sawhorse Jumping

## Completion/Publication

**Year of Completion:** 2008

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0091

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-665

**Effective date of
registration:**

July 12, 2010

---

## Title

**Title of Work:** Models Posing with Barrels and Scaffolding on Grey Background

## Completion/Publication

**Year of Completion:** 2008

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0096

---

**EXHIBIT A PAGE   107**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-724-666

**Effective date of registration:**

June 29, 2010

---

## Title ────────────────────────────

**Title of Work:** Hispanic Male Model in Black Baggy Jeans and White Zip Sweatshirt Stepping Forward with Outstretched Arms

## Completion/Publication ──────────

**Year of Completion:** 2008

**Date of 1st Publication:** June 17, 2008        **Nation of 1st Publication:** United States

## Author ────────────────────────────

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ──────────────

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ──────────────────────

**Name:** Richard E Reinsdorf

**Date:** June 29, 2010

**Applicant's Tracking Number:** 080417RR0115

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-666

**Effective date of registration:**

April 16, 2010

---

## Title

**Title of Work:** Blonde Model wearing long black top and grey leggings with purple belt and large belt buckle wearing athletic shoes with both arms up

**Contents Titles:** Blonde Model wearing long black top and grey leggings with purple belt and large belt buckle wearing athletic shoes with one arm up and one arm down

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009      **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0013

Page 1 of 1

**EXHIBIT A PAGE   109**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-724-667

**Effective date of registration:**

June 29, 2010

## Title

**Title of Work:** Black Female Model in Shiny Grey Bikini Top and Black Boy Shorts on White Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 17, 2008          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** June 29, 2010

**Applicant's Tracking Number:** 080417RR0114

Page 1 of 1

**EXHIBIT A PAGE  110**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-724-668

**Effective date of registration:**

June 29, 2010

---

## Title

**Title of Work:** Black Male Model with Headphones Pretending to DJ on White Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 17, 2008    **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** June 29, 2010

**Applicant's Tracking Number:** 080417RR0113

---

**EXHIBIT A PAGE 111**

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-724-670

**Effective date of registration:**

June 29, 2010

## Title ————————————————

**Title of Work:** Asian Female Model in Jean Skirt and White and Red Top on White Background

## Completion/Publication ——————

**Year of Completion:** 2008

**Date of 1st Publication:** June 17, 2008   **Nation of 1st Publication:** United States

## Author ———————————————

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant ————————

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ——————

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ————————————

**Name:** Richard E Reinsdorf

**Date:** June 29, 2010

**Applicant's Tracking Number:** 080417RR0112

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-670

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Brunette Model wearing white top with multicolored hearts and blue jean skirt wearing athletic shoes on orange background

**Contents Titles:** Brunette Model wearing white top with multicolored hearts and blue jean skirt wearing brown boots with fur cuffs on orange background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0012

**EXHIBIT A PAGE 113**

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-671

**Effective date of registration:**

April 16, 2010

## Title

**Title of Work:** Asian Model with Hand on Large Disco Ball wearing a Red Top and White Shorts on a brown tan Colored Background

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009          **Nation of 1st Publication:** United States

## Author

■     **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 081002RR0011 Disco

**EXHIBIT A PAGE   114**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-671

**Effective date of registration:**

July 12, 2010

## Title ─────────────────────────

Title of Work: Two female models lying on red velvet sheets

## Completion/Publication ──────────

Year of Completion: 2009

## Author ─────────────────────────

■ Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant ─────────────

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ──────────

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ───────────────────

Name: Richard E Reinsdorf

Date: May 7, 2010

Applicant's Tracking Number: 090528RR0103

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-672**

**Effective date of registration:**

July 12, 2010

---

## Title

**Title of Work:** Collection of Female Models ,Grey Blocks, Green Chair, Cubes and Grey Background

## Completion/Publication

**Year of Completion:** 2008

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 081002RR0101

---

Page 1 of 1

**EXHIBIT A PAGE   116**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-673

**Effective date of registration:**

July 12, 2010

---

## Title

**Title of Work:** Models in a White Corner

## Completion/Publication

**Year of Completion:** 2008

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 081002RR0100

---

**EXHIBIT A PAGE   117**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-033-674**

**Effective date of registration:**

July 12, 2010

## Title ———————————————————————————————

Title of Work:  Creamsickle Series

## Completion/Publication ————————————————————

Year of Completion:  2007

## Author ——————————————————————————————

Author:  Richard E Reinsdorf

Author Created:  photograph(s)

Citizen of:  United States          Domiciled in:  United States

## Copyright claimant ——————————————————————

Copyright Claimant:  Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ————————————————————

Name:  Richard E Reinsdorf

Email:  rrpix@me.com          Telephone:  818-519-3555

Address:  1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ————————————————————————

Name:  Richard E Reinsdorf

Date:  May 6, 2010

Applicant's Tracking Number:  070918RR0081

**EXHIBIT A PAGE  118**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-675

**Effective date of registration:**

July 12, 2010

## Title
**Title of Work:** Girls on on Gray Background with Clear Plexiglass Props

## Completion/Publication
**Year of Completion:** 2007

## Author
**■ Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 070918RR0082

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-707

**Effective date of registration:**

July 2, 2010

## Title

Title of Work: Male Model Jumping with Olive Shorts Purple Print Shirt on White Background

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: November 19, 2007          Nation of 1st Publication: United States

## Author

■      Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States                    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com                    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 070919RR0124

**EXHIBIT A PAGE   120**

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-709

**Effective date of registration:**

July 2, 2010

---

## Title ———————————————————————

Title of Work: Various Models in a Night Club Scene

## Completion/Publication ————————————————

Year of Completion: 2008

Date of 1st Publication: December 2, 2008    Nation of 1st Publication: United States

## Author ——————————————————————

- Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States    Domiciled in: United States

## Copyright claimant ———————————————————

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ————————————————

Name: Richard E Reinsdorf

Email: rrpix@me.com    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ————————————————————

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 081002RR0117

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-728-710**

Effective date of registration:

July 2, 2010

---

### Title
**Title of Work:** Blonde Model in Silver Top with Black Shorts on Silver Background

### Completion/Publication
**Year of Completion:** 2009

**Date of 1st Publication:** July 28, 2009     **Nation of 1st Publication:** United States

### Author
■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions
**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification
**Name:** Richard E Reinsdorf

**Date:** July 2, 2010

**Applicant's Tracking Number:** 090508RR0118

---

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-713**

**Effective date of registration:**

July 2, 2010

---

### Title

**Title of Work:** Male Model with Camel Pants White T Shirt with Print, Black Jacket on Silver Background

### Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 16, 2008    **Nation of 1st Publication:** United States

### Author

- **Author:** Richard E Reinsdorf
  **Author Created:** photograph(s)

  **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** July 2, 2010

**Applicant's Tracking Number:** 080416RR0119

Page 1 of 1

**EXHIBIT A PAGE   123**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-714

**Effective date of registration:**

July 2, 2010

## Title

**Title of Work:** Blonde Model on Aqua Colored Block with Large Attractive Posterior Looking Back and Smiling with Pink Background

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 16, 2007        **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 2, 2010

**Applicant's Tracking Number:** 061116RR0120

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-715

**Effective date of registration:**

July 2, 2010

## Title

**Title of Work:** Asian Female Model with Yellow Top and Multi Colored Boots on Silver Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 16, 2008    **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf
- **Author Created:** photograph(s)

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 2, 2010

**Applicant's Tracking Number:** 080416RR0121

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-717

**Effective date of registration:**

July 2, 2010

---

## Title ─────────────────────────────

Title of Work: Male Model Khaki Pants and Blue Top on White Tiled Floor

## Completion/Publication ──────────────

Year of Completion: 2007

Date of 1st Publication: November 19, 2007          Nation of 1st Publication: United States

## Author ────────────────────────────

■          Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant ─────────────────

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ──────────────

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ──────────────────────

Name: Richard E Reinsdorf

Date: July 2, 2010

Applicant's Tracking Number: 070919RR0122

---

**EXHIBIT A PAGE  126**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-717

**Effective date of registration:**

July 7, 2010

## Title ──────────────

Title of Work: Breakdancers and Lifestyle Shots on White Backround

## Completion/Publication ──────

Year of Completion: 2008

## Author ──────────────

■ Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant ──────────

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ──────────

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ──────────────

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080416RR0084

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-719

**Effective date of registration:**

July 2, 2010

---

## Title

**Title of Work:** Female Model with crazy curl hair striped and grey shirt and blue jeans jumping on white background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007    **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 2, 2010

**Applicant's Tracking Number:** 070919RR0123

---

**EXHIBIT A PAGE  128**

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-720

**Effective date of registration:**

July 7, 2010

---

## Title ———————————————————————

**Title of Work:** Collection of Models Climbing and Hanging from Chain Link Fences with Blue and Amber Colored Backgrounds

## Completion/Publication ————————————

**Year of Completion:** 2008

## Author ———————————————————————

**■  Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant ————————————————

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ————————————

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com  **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ————————————————————

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0094

---

**EXHIBIT A PAGE   129**

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-722

**Effective date of registration:**

July 7, 2010

---

## Title

**Title of Work:** Rock and Roll Guitar Girl on Blue

## Completion/Publication

**Year of Completion:** 2009

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090105RR0080

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-723

**Effective date of registration:**

July 7, 2010

## Title ─────────────────────────────

**Title of Work:** Trista and Ryan Sutter with Baby

## Completion/Publication ──────────

**Year of Completion:** 2008

## Author ────────────────────────────

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant ──────────────

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ──────────

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ─────────────────────

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080917RR0078

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-724

**Effective date of registration:**

July 7, 2010

## Title

**Title of Work:** Niki Taylor and Family

## Completion/Publication

**Year of Completion:** 2009

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090105RR0079

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-727

**Effective date of registration:**

July 7, 2010

## Title

**Title of Work:** Cesar Millan with Family and Dogs

## Completion/Publication

**Year of Completion:** 2009

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States         **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com         **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 090314RR0075

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-728

**Effective date of registration:**

July 7, 2010

## Title

**Title of Work:** Brooke Burke and David Charvet and Family

## Completion/Publication

**Year of Completion:** 2008

## Author

■ **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0076

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-032-729

**Effective date of registration:**

July 7, 2010

## Title ———————————————————————

Title of Work: Collection of Models on Pink and Blue Backgrounds with Props

## Completion/Publication ————————————

Year of Completion: 2006

## Author ——————————————————————

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States      Domiciled in: United States

## Copyright claimant ———————————————

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ————————————

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification ——————————————————

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 061116RR0074

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-798**

**Effective date of registration:**

July 3, 2010

## Title

**Title of Work:** Brunette model wearing White T Shirt with Hearts, Blue Jean Skirt, and Brown Boots on Orange Background

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 2, 2008     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 3, 2010

**Applicant's Tracking Number:** 081002RR0126

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-800

**Effective date of registration:**

July 3, 2010

## Title

**Title of Work:** Female Model White Skirt Orange Bikini Top Hawaiian Print Shirt White Sandals on Orange Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf
  **Author Created:** photograph(s)

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com     **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 3, 2010

**Applicant's Tracking Number:** 070919RR0129

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**VA 1-728-880**

Effective date of registration:

July 5, 2010

## Title

**Title of Work:** Asian Female Model Series- Jumping on White Background and Sitting on Grey Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007     **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 5, 2010

**Applicant's Tracking Number:** 070919RR0125

**EXHIBIT A PAGE   138**

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-728-803**

**Effective date of registration:**

July 3, 2010

## Title

**Title of Work:** Asian Female Model, Yellow Print Shirt, Plaid Shits and Blue Jean Shorts on Grey Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007      **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf

  **Author Created:** photograph(s)

  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 3, 2010

**Applicant's Tracking Number:** 070919RR0128

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-805

**Effective date of registration:**

July 3, 2010

---

## Title

**Title of Work:** Models in Various Outfits being Active on a White Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007          **Nation of 1st Publication:** United States

## Author

■          **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 3, 2010

**Applicant's Tracking Number:** 070919RR0127

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-722-733

**Effective date of registration:**

July 7, 2010

---

### Title

**Title of Work:** Female Models on Orange Colored Background

### Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 2, 2009      **Nation of 1st Publication:** United States

### Author

■      **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 081002RR0102

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-879

**Effective date of registration:**

July 12, 2010

---

## Title

**Title of Work:** Models on White Background doing Various Activities with Props

## Completion/Publication

**Year of Completion:** 2009

## Author

■  **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 090528RR0104

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-724-909

**Effective date of registration:**

June 23, 2010

---

## Title

**Title of Work:** Female Asian Model Cream Colored Sweatshirt with Blue Jeans on White

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007       **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E. Reinsdorf
  **Author Created:** photograph(s)

  **Citizen of:** United States       **Domiciled in:** United States

  **Year Born:** 1965

## Copyright claimant

**Copyright Claimant:** Richard E. Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com       **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** June 23, 2010

**Applicant's Tracking Number:** 070919RR0111

---

**EXHIBIT A PAGE  143**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-948

**Effective date of registration:**

July 7, 2010

## Title

**Title of Work:** Models in Street Clothes on Grey Background

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 19, 2007    **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 7, 2010

**Applicant's Tracking Number:** 070919RR0130

Page 1 of 1

**EXHIBIT A PAGE  144**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-718-973**

**Effective date of registration:**

April 27, 2010

---

### Title ──────────

**Title of Work:** Holly Robinson Peete and Family on White Studio Steps

### Completion/ Publication ──────────

**Year of Completion:** 2009

**Date of 1st Publication:** May 6, 2009          **Nation of 1st Publication:** United States

### Author ──────────

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant ──────────

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions ──────────

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

### Certification ──────────

**Name:** Richard Reinsdorf

**Date:** April 27, 2010

---

Page 1 of 1

**EXHIBIT A PAGE  145**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-718-986

**Effective date of registration:**

April 27, 2010

## Title

**Title of Work:** Brooke Burke Family Shot

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 6, 2009  **Nation of 1st Publication:** United States

## Author

■  **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com  **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 27, 2010

**Applicant's Tracking Number:** 090506RR0045

**EXHIBIT A PAGE 146**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-718-987**

**Effective date of registration:**

April 27, 2010

---

## Title

**Title of Work:** Tristan and Ryan Sutter with Son standing on Ryans Lap Wearing Hat

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 17, 2008        **Nation of 1st Publication:** United States

## Author

■        **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com        **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 27, 2010

**Applicant's Tracking Number:** 080917RR0046

---

**EXHIBIT A PAGE 147**

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-718-990

**Effective date of
registration:**

April 27, 2010

## Title ───────────────────────────────

**Title of Work:** Brunette Model with Grey Shiny Jacket, Lacy Top, Zippered Grey Shorts and Gold
Sandals on Silver Curvy Background

## Completion/ Publication ───────────────

**Year of Completion:** 2009

**Date of 1st Publication:** August 28, 2009      **Nation of 1st Publication:** United States

## Author ─────────────────────────────

■      **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant ─────────────────────

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions ───────────────

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification ────────────────────────

**Name:** Richard E Reinsdorf

**Date:** April 27, 2010

**Applicant's Tracking Number:** 090528RR0047