# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-718-992**

Effective date of registration:

April 27, 2010

---

### Title
**Title of Work:** Male Model with Plaid Shirt in Bluish Grey Jacket with Jeans on Silver Background

### Completion/ Publication
**Year of Completion:** 2009
**Date of 1st Publication:** August 28, 2009   **Nation of 1st Publication:** United States

### Author
- **Author:** Richard E Reinsdorf
  **Author Created:** photograph(s)

  **Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions
**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com   **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

### Certification
**Name:** Richard E Reinsdorf
**Date:** April 27, 2010
**Applicant's Tracking Number:** 090528RR0048

Page 1 of 1

**EXHIBIT A PAGE   149**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-718-994**

Effective date of registration:

April 27, 2010

---

### Title
**Title of Work:** Male Model with Camel Jacket, Blue Jeans and Tan Shoes on Black Background

### Completion/ Publication
**Year of Completion:** 2008
**Date of 1st Publication:** January 2, 2009    **Nation of 1st Publication:** United States

### Author
- **Author:** Richard E Reinsdorf
  **Author Created:** photograph(s)
  **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions
**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com    **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

### Certification
**Name:** Richard E Reinsdorf
**Date:** April 27, 2010

**Applicant's Tracking Number:** 081002RR0049

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-718-996**

Effective date of registration:

April 27, 2010

---

## Title

**Title of Work:** Male Model Green Khaki Shorts and Red Black Plaid Shirt Brunette Model with Blue Eyes, Jean Shorts and Flip Flops

## Completion/ Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 28, 2009.   **Nation of 1st Publication:** United States

## Author

- **Author:** Richard E Reinsdorf
  **Author Created:** photograph(s)

  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com   **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf
**Date:** April 27, 2010
**Applicant's Tracking Number:** 090528RR0050

Page 1 of 1

EXHIBIT A PAGE  151

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-718-997**

Effective date of registration:

April 27, 2010

---

## Title
**Title of Work:** Asian model Yellow Top with Multi colored boots on silver background

## Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** July 16, 2008   **Nation of 1st Publication:** United States

## Author
- **Author:** Richard E Reinsdorf
  **Author Created:** photograph(s)
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com   **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf
**Date:** April 27, 2010
**Applicant's Tracking Number:** 080416RR0051

---

**EXHIBIT A PAGE   152**

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-723-997**

Effective date of registration:

June 22, 2010

---

## Title
**Title of Work:** Asian female model in khaki jacket sitting on orange blocks

## Completion/Publication
**Year of Completion:** 2007
**Date of 1st Publication:** November 19, 2007    **Nation of 1st Publication:** United States

## Author
- **Author:** Richard E Reinsdorf
  **Author Created:** photograph(s)

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com    **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf
**Date:** June 22, 2010
**Applicant's Tracking Number:** 070919RR0110

Page 1 of 1

EXHIBIT A PAGE 153