O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINSDORF, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>SKECHERS U.S.A, a Delaware corporation; SKECHERS U.S.A.., INC., II, a Delaware corporation,<br><br>             Defendants. | Case No. CV 10-07181 DDP (SSx)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND DISCOVERY CUTOFF**<br><br>[Dkt. No. 66] |

Good cause being shown, Plaintiff's Ex Parte Application to Extend Discovery Cutoff is GRANTED. Both the discovery cutoff and dispositive motion deadline are extended to May 15, 2012. **No further extensions shall be granted.**

IT IS SO ORDERED.

Dated: March 15, 2012

DEAN D. PREGERSON
United States District Judge