O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD REINSDORF, an individual, | ) ) ) | Case No. CV 10-07181 DDP (SSx) |
| Plaintiff, | ) ) | **ORDER (1) DENYING DEFENDANT'S EX PARTE APPLICATION TO PRECLUDE PLAINTIFF FROM OFFERING EXPERT TESTIMONY AND (2) EXTENDING DISPOSITIVE MOTION CUTOFF** |
| v. | ) ) | |
| SKECHERS U.S.A, a Delaware corporation; et al., | ) ) ) | |
| Defendants. | ) ) | [Dkt. No. 72] |

Defendant's Ex Parte Application to Preclude Plaintiff from Offering Expert Testimony is DENIED.  Defendant has not shown irreparable prejudice.  See <u>Mission Power Eng'g Co. v. Cont'l Cas. Co.</u>, 883 F. Supp. 488, 492 (C.D. Cal. 1995).  Nevertheless, in the interest of justice, the dispositive motion cutoff is extended to May 21, 2012.

IT IS SO ORDERED.

Dated: April 24, 2012

DEAN D. PREGERSON
United States District Judge