**EXHIBIT 2**

Exhibit 2

**Carol A. Scott**
**Expert Testimony During the Past Four Years***
**(Testimony at Trial or in Deposition)**

1. Gucci America, Inc. *vs.* <u>Guess?, Inc.</u> *et al.* – 2012

   Conduct research to determine: the degree to which trademarks claimed by Gucci have acquired secondary meaning; the likelihood of confusion as to the source or origin of certain accessory products made and sold by Guess based on trade dress features; and whether female consumers who carry handbags carry such bags with ornamentation facing towards the public.

2. Gyrodata Incorporated *vs.* <u>Atlantic Inertial Systems, Inc., BAE Systems, Inc., BAE Systems Controls, Inc., *et al.*</u> – 2010, 2011, 2012

   Rebut plaintiff experts' opinions with respect to the potential market of, and demand for, plaintiff's oil drilling services equipment.

3. <u>Retractable Technologies, Inc., and Thomas J. Shaw</u> *vs.* Becton, Dickinson and Company – 2011

   Determine the degree to which consumers would be misled by Defendant's marketing communications regarding safety needles and syringes.

4. Federal Trade Commission *vs.* <u>Financial Freedom Processing, Inc., *et al.*</u> – 2011

   Determine the extent to which reasonable consumers would be misled or deceived about certain claims made by Defendants in certain radio advertisements for a debt negotiation service.

5. <u>Levi Strauss & Co.</u> *vs.* Hudson Jeans – 2011

   Conduct research to determine the degree to which trademarks claimed by Hudson Jeans have acquired secondary meaning.

6. *In re* Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation (<u>Defendants Evenflo Company, Inc., Gerber Products Company, Handi-Craft Company, Nalge Nunc International Corporation, Playtex Products, Inc., and RC2 Corporation</u>) – 2011

   Rebut expert's opinions regarding the nature and content of Defendants' marketing communications with respect to polycarbonate products that contained BPA.

7. North Atlantic Operating Company, Inc.; North Atlantic Trading Company; and National Tobacco Company, L.P. *vs.* <u>DRL Enterprises, Inc.</u> – 2011

   Conduct research to determine the degree to which trademarks claimed by DRL enterprises have acquired secondary meaning.

* Underlined party indicates client

8.   Peace & Love Jewelry By Nancy Davis LLC *vs.* <u>Kohl's Department Stores, Inc.,</u> *et al.* – 2011

    Conduct consumer research to determine likelihood of confusion between jewelry and clothing based on trade dress features.

9.   <u>ConsumerInfo.com, Inc.</u> *vs.* Alex Chang *et al.* – 2010

    Rebut expert's opinions concerning the brand strength and awareness of plaintiff's web-based credit products.

10.  Thinkvillage-Kiwi, LLC *vs.* <u>Adobe Systems, Inc. and Adobe Macromedia Software LLC</u> – 2010

    Rebut plaintiff expert's opinions with respect to the importance and value ascribed to a particular feature in a suite of software products, as evidenced by defendants' own consumer research.

11.  Autodesk, Inc. *vs.* <u>Dassault Systèmes SolidWorks Corporation</u> – 2009

    Conduct consumer research to determine consumers' perceptions and product associations with respect to advertisements for Computer Aided Design Software.

12.  Hoffman, Carr, Aviation Data, and Modenius, *et al. vs.* <u>American Express Travel Related Services Company, Inc., *et al.*</u> – 2008-2009

    Conduct consumer research to determine consumers' perceptions and likelihood of confusion with respect to offers for travel insurance.

13.  <u>Morgate, LLC., *et al.*</u> *vs.* Mail Boxes Etc., Inc., *et al.* – 2009-2010

    Evaluate marketing and advertising efforts made on behalf of a national franchise network of retail packaging, shipping, and business service centers.  Assess the design and conduct of market tests conducted by defendants with respect to the general ability to draw meaningful conclusions regarding branding and pricing of services at plaintiffs' franchised stores.

14.  <u>Levi Strauss & Co.</u> *vs.* Abercrombie & Fitch Trading Co. – 2008

    Rebut expert's opinions with respect to a survey conducted to measure the likelihood of confusion.

15.  <u>Brighton Collectibles, Inc.</u> *vs.* Dynasty Designs – 2008

    Conduct consumer research to determine likelihood of confusion between handbags.

16.  *In re* <u>American Equity Annuity Practices and Sales Litigation</u> – 2008

    Determine whether consumer research methods could be used to assess the importance of various factors in the purchase of deferred annuities by senior consumers and the effect that various disclosures would have on purchase decisions.

17.  Candela Corporation *vs.* <u>Palomar Medical Technologies, Inc.</u> – 2008

Rebut plaintiff expert's opinions with respect to marketing issues, including the relevant market and demand for certain technology related to light-based aesthetic devices.

18. The Board of Trustees of the Leland Stanford Junior University *vs.* <u>Roche Molecular Systems *et al.*</u> – 2008

Rebut plaintiff's characterization of the relationship between physicians who order certain laboratory tests and the entities which conduct other steps in performance of such tests.

19. Carter Bryant *vs.* <u>Mattel, Inc.</u> (and Consolidated Actions) – 2008

Determine the relationship between the success of a line of fashion dolls and the sales of other related merchandise. Rebut counter-defendants' assessments of factors important to the success of certain fashion dolls and related merchandise.

20. <u>Vida F. Negrete *et al.*</u> *vs.* Fidelity and Guaranty Life Insurance Company – 2008

Determine whether consumer research methods could be used to assess the importance of various factors in senior consumers' purchase of deferred annuities and the effect that various disclosures would have on purchase decision.

21. <u>Brighton Collectibles, Inc.</u> *vs.* Coldwater Creek, Inc. – 2008

Conduct consumer research to determine likelihood of confusion between handbags based on trade dress features.

22. <u>Brighton Collectibles, Inc.</u> *vs.* Marc Chantal USA, Inc. and Marc Chantal America, Inc. – 2008

Conduct consumer research to determine likelihood of confusion between handbags based on trade dress features.