DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
ROBERT C. WELSH (S.B. #130782)
rwelsh@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Defendants
Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINSDORF,<br><br>           Plaintiff,<br><br>     v.<br><br>SKECHERS U.SA., INC.;<br>SKECHERS U.S.A., INC. II; and<br>DOES 1-10,<br><br>           Defendants. | Case No. CV10-7181-DDP (SSx)<br>Hon. Dean D. Pregerson<br><br>**DECLARATION OF FRED MACHUCA IN SUPPORT OF DEFENDANTS SKECHERS U.S.A., INC. AND SKECHERS U.S.A., INC. II'S MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom: 3 (2nd Floor)<br>Hearing Date: June 18, 2012<br>Time: 10:00 a.m.<br><br>Pretrial Conference: July 2, 2012<br>Trial Date: July 10, 2012 |

# DECLARATION OF FRED MACHUCA

I, Fred Machuca, the undersigned, hereby declare:

1.      I am the former Vice President of Creative Design in the Graphic Design Department of Skechers U.S.A., Inc. ("Skechers").  I was personally involved in all the photo shoots involving Plaintiff Richard Reinsdorf ("Plaintiff") that occurred between 2006 and 2009, which I understand are the subject of Plaintiff's complaint against Skechers.  I was also involved in overseeing and creating the final marketing images which incorporated modified versions of the raw photographs taken by Plaintiff at the photo shoots in question.  I submit this declaration in support of Skechers' Motion for Summary Judgment.  I know all the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2.      I have reviewed Robert C. Welsh's declaration in support of Skechers' Motion for Summary Judgment and the accompanying exhibits.  I am familiar with the various raw photographs that are appended as exhibits to Mr. Welsh's declaration.  As explained in the following paragraphs, all but one of the raw photographs referenced below were published by Skechers in connection with its marketing campaign.

3.      A modified version of the first of the three raw photographs attached as Exhibit 59 to Mr. Welsh's declaration was published by Skechers as part of its 2007 Women's Active Look Book (at SKR00001786).  A true and correct copy of that look book is attached hereto as Exhibit 69.

4.      Modified versions of the second and third raw photographs attached as Exhibit 59 to Mr. Welsh's declaration were also published by Skechers as part of its 2007 Women's USA Look Book (at SKR00001798 & SKR00001803-04, respectively).  A true and correct copy of that look book is attached hereto as Exhibit 70.

5. A modified version of the raw photograph attached as Exhibit 60 to Mr. Welsh's declaration was published by Skechers as part of its 2008 Women's Cali Look Book (at SKR00001864). A true and correct copy of that look book is attached hereto as Exhibit 71.

6. A modified version of the raw photograph attached as Exhibit 61 to Mr. Welsh's declaration was published by Skechers as part of its 2008 Men's USA Soho Lab Look Book (at SKR0001854-55). A true and correct copy of that look book is attached hereto as Exhibit 72.

7. Modified versions of the raw photographs attached as Exhibit 62 to Mr. Welsh's declaration were published by Skechers as part of its 2008 Women's Active Look Book (at SKR00001932-33). A true and correct copy of that look book is attached hereto as Exhibit 73.

8. A modified version of the raw photograph attached as Exhibit 63 to Mr. Welsh's declaration was published by Skechers as part of its 2008 Women's Sport Look Book (at SKR00001902). A true and correct copy of that look book is attached hereto as Exhibit 74.

9. Modified versions of the raw photographs attached as Exhibit 64 to Mr. Welsh's declaration were used as in-store display marketing posters, as evidenced in the upper right hand corner of page 51 of Skechers' 2009 Marketing Book (SKR00001689). A true and correct copy of excerpts of Skechers' 2009 Marketing Book is attached hereto as Exhibit 75.

10. Modified versions of the raw photographs attached as Exhibit 65 to Mr. Welsh's declaration were published by Skechers as part of its 2008 Women's Active Look Book (at SKR00001904-05). A true and correct copy of that look book is attached hereto as Exhibit 76.

11. A modified version of the raw photograph attached as Exhibit 66 to Mr. Welsh's declaration was published as part of Skechers' advertising campaign as evidenced by page 5 of Skechers' Spring 2009 Image Book (at SKR00001278).

1. A true and correct copy of excerpts from Skechers' 2009 Marketing Book is attached hereto as Exhibit 77.

12. Modified versions of the raw photographs attached as Exhibit 67 to Mr. Welsh's declaration were published by Skechers as part of its 2009 Women's Active Look Book (at SKR00001956-58). A true and correct copy of that look book is attached hereto as Exhibit 78.

13. To my knowledge, the raw photograph attached as Exhibit 68 to Mr. Welsh's declaration was never published or used by Skechers in connection with its marketing campaign.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on this 21st day May 2012.

By: _____
Fred Machuca