# EXHIBIT 69



CONFIDENTIAL



CONFIDENTIAL

SKR00001782



CONFIDENTIAL



CONFIDENTIAL

SKR00001784



CONFIDENTIAL

SKR00001785



CONFIDENTIAL

SKR00001786



CONFIDENTIAL



CONFIDENTIAL

SKR00001788