# EXHIBIT 70



CONFIDENTIAL

SKR00001798





CONFIDENTIAL

SKR00001800





CONFIDENTIAL

SKR00001802



CONFIDENTIAL



CONFIDENTIAL

SKR00001804



CONFIDENTIAL

SKR00001805