# EXHIBIT 71



WOMEN'S
SKECHERS
Cali

CONFIDENTIAL

SKR00001857

Knock-Outs - Sweet-Heart
36827 BLK
36827 CHOC
Knock-Outs - The Ten
37075 BMLT
37075 NTBR
Apple Pie
37111 GYPK
Voyagers - Slay
36929 RED
Knock-Outs - Allure
36949 NVY
Refreshments - Lagoon
37026 PKPR
Refreshments - Flaire
36931 BLK
Refreshme

CONFIDENTIAL

SKR00001858



Knock-Outs
36809 BLU
36809 PNK
36949 HPK
nts - Prized
36781 BRPK
36781 NTBR
405

CONFIDENTIAL

SKR00001859



Cyclers – Established
36475 BBK
women's
Skechers
CALi
TM
36475 BLK
Pinup – Star-Sweep
36959 NAT
Sweets
37146 WHT
37097 CHOC
37146 TPE

CONFIDENTIAL SKR00001860



Fritters – Barrage
36596 WHT
36596 BLU
Fritters – Sweet-Cheeks
36817 BUR
36817 TEAL
Bewitch – Dazzle
36955 BLK
Bewitch – Femme
36953 TAN
36959 CHOC
Vistas – Cajole
37097 BLK
Vistas – Sweet Pea
37099 NAT
37099 CHOC

CONFIDENTIAL

SKR00001861



WOMEN'S
SKECHERS
Cali
QUESTS - INTRIGUE
37056 LTPK
37056 CLR
SURFER GIRL
36893 LTPK
36893 CLR
WORKS - BRILLIANT
36716 NAT
36716 CHOC

CONFIDENTIAL

SKR00001862

QUESTS – VAMP
37055 SIL
37055 BLK
NKLES
THE SOUND OFF
36889 NVY
36889 RED
36891 LIME
36891 HPK
HEATWAVES – ENTRANCE
HEATWAVES – LUCENT
36709 WHT
36709 CHOC
36706 BLK
36706 NAT



women's
Skechers
CALi

CONFIDENTIAL

SKR00001864