# EXHIBIT 72



CONFIDENTIAL

SKR00001849



CONFIDENTIAL

SKR00001850



CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL

SKR00001854



CONFIDENTIAL

SKR00001855



CHAR
70656 { Varick - Credo }

MUST
70652 { Convicts - Basin }

DKBR
70651 { Convicts }

CONFIDENTIAL

SKR00001856