# EXHIBIT 73



SKECHERS
women's
ACTIVE

CONFIDENTIAL

SKR00001927



womens ACTIVE

CONFIDENTIAL

SKR00001928



21358
Bikers – Unreal
WHT
CHOC
21414
Bikers – Disco
BLK
WSL
21407
Bikers – Dreamy
GLD
CHOC
OWPK
21413
Bikers – Highfalutin
TOFF
CCL
21687
Bikers – Luxe
BBK
NAT
21473
Bikers – Flirt
DSCH
OWGD

CONFIDENTIAL SKR00001929



21571
Bikers – Step-Up
BBK
TOFF
21402
Bikers – Bamboo
BKCC
WWHT
21406
Bikers – Blissful
BLK
WHT
21432
Bikers – Chirp
BRZ
SLGD
21438
Bikers – Providence
BBK
NAT
21421
Bikers – Tops
WHT
NTW

CONFIDENTIAL

SKR00001930



21350
Bikers – Precise
GLD
SIL
21574
Bikers – Whitehot
WHT
BBK
21552
Bikers – Straightaway
WMLT
21408
Bikers – In-Crowd
WHT
BLK
21480
Bikers – Esplanade
SKECHERS

CONFIDENTIAL

SKR00001931

women's
ACTIVE
21357
Bikers – Aspire
WHT
BLK
21355
Bikers - Hocus-Pocus
BKPW
NTGD
21359
Bikers – Envy
BLK
WMLT
21361
Bikers – Grapevine
NTGD
WSL



21420
Bikers – Leading-Lady
BBK
WHT
21365
Bikers – Rosy
GLD
WSL
21792
Soulmates – Hipster
BRN
OFWT
21437
Bikers – Waterlily
BRMT
WSL
SKECHERS

CONFIDENTIAL

SKR00001933



SKECHERS
women's
ACTIVE
ACTIVE
ACTIVE
ACTIVE
ACTIVE

CONFIDENTIAL

SKR00001934