# EXHIBIT 74



CONFIDENTIAL

SKR00001895



CONFIDENTIAL

SKR00001896



CONFIDENTIAL

SKR00001897



CONFIDENTIAL

SKR00001898





CONFIDENTIAL



CONFIDENTIAL

SKR00001901



CONFIDENTIAL

SKR00001902