# EXHIBIT 75



CONFIDENTIAL

SKR00001638

Case 2:10-cv-07181-DDP -SS   Document 126-7   Filed 05/21/12   Page 3 of 7   Page ID #:3556



CONFIDENTIAL

SKR00001639



2

CONFIDENTIAL

SKR00001640



# SKECHERS
## A Brand for the World.

Born in a small beachside California community in 1992, SKECHERS has grown from a one-style, one-building company to one of the world's most sought-after footwear brands. An award-winning company, SKECHERS is now the No. 2 footwear brand in the United States, second only to Nike (according to *Sporting Goods Intelligence*), and was named 2008 Company of the Year by *Footwear Plus*.

SKECHERS' global success stems from its varied product, unparalleled marketing support and diverse distribution. The Company is dedicated to meeting the footwear needs of men, women, and kids of all ages. A one-stop shop for consumers around the world, SKECHERS designs and develops stylish footwear that is also functional. SKECHERS takes an aggressive and varied approach to marketing that has resulted in the campaigns featured in the best magazines, on key television stations, in prime outdoor locations, and front and center at leading accounts – around the world.

SKECHERS' approach to distribution is as diverse as its product offering. The footwear is available in department, athletic and specialty stores nationwide – as well as in SKECHERS retail stores. With a domestic retail and wholesale business moving at full speed, the Company exported its business model around the world, successfully developing an international business that includes 10 subsidiaries, 2 joint ventures and a network of 30 distributors. There are approximately 350 SKECHERS stores around the world, a number that will grow to 400 stores by 2010. Between the hundreds of SKECHERS retail stores and the tens of thousands of wholesale doors distributing a house of diverse brands, SKECHERS is covering the globe, one shoe at a time.

A public company since 1999, SKECHERS is on the New York Stock Exchange (NYSE:SKX).

CONFIDENTIAL

SKR00001641



51

CONFIDENTIAL

SKR00001689



CONFIDENTIAL

SKR00001695