# EXHIBIT 76



CONFIDENTIAL

SKR00001903



CONFIDENTIAL



BIKERS – IMPULSIVE
21317

BIKERS – PICTURE-PERFECT
21412

BIKERS – POINT-BLANK
21363

BIKERS – DREAMY
21407

CONFIDENTIAL



CONFIDENTIAL



SKR00001907



SKR00001908





CONFIDENTIAL

SKR00001910