# EXHIBIT 77



# SKECHERS
## IMAGE BOOK

# SPRING 2009

CONFIDENTIAL









CONFIDENTIAL SKR00001278



CONFIDENTIAL

SKR00001301