# EXHIBIT 78



CONFIDENTIAL

SKR00001952



CONFIDENTIAL

SKR00001953



21172 - SLGY
SASSIES - ALL-THAT-GLITTERS

21273 - DKNT
SASSIES - BLUEPRINT

21224 - TPE
SASSIES - HEIRLOOM

21193 - WHT
SASSIES - DREAMIN'

CONFIDENTIAL

SKR00001954



21223 - WRBK
SASSIES - ROCK-IT

21232 - LGNV
SASSIES - BLUE-SKY

CONFIDENTIAL

SKR00001955



SKR00001956

CONFIDENTIAL

SKR00001957



CONFIDENTIAL

SKR00001958

CONFIDENTIAL

SKR00001959



CONFIDENTIAL