DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
ROBERT C. WELSH (S.B. #130782)
rwelsh@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Defendants
Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINSDORF,<br><br>             Plaintiff,<br><br>     v.<br><br>SKECHERS U.S.A., INC.,<br>SKECHERS U.S.A., INC. II;<br>and DOES 1-10,<br><br>             Defendants. | Case No. CV10-7181-DDP (SSX)<br><br>**DECLARATION OF JEFFREY A. BARKER IN SUPPORT OF DEFENDANTS SKECHERS U.S.A., INC. AND SKECHERS U.S.A., INC. II'S MOTIONS *IN LIMINE***<br><br>Hearing Date:  June 18, 2011<br>Time:             10:00 a.m.<br>Courtroom:     3<br><br>Honorable Dean D. Pregerson<br><br>Trial Date:       July 10, 2012 |

I, Jeffrey A. Barker, declare as follows:

1. I am a partner of O'Melveny & Myers, LLP, counsel of record for Defendants Skechers U.S.A., Inc., and Skechers U.S.A., Inc., II ("Skechers") in this action, and am making this declaration in support of Skechers' Motions *In Limine* to exclude testimony from plaintiff Richard Reinsdorf's expert witnesses Jamie Turner and Frank Luntz. Having been involved in this action for the past several months and throughout expert discovery, I have personal knowledge of the facts set forth below and, if called to testify to them, could and would do so competently.

2. On May 11, 2012, Skechers deposed Plaintiff's expert Jamie Turner. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of Mr. Turner's deposition, which have been certified by Suzanne Beasley, the person who reported the testimony.

3. On May 14, 2012, Skechers deposed Plaintiff's expert David Connelly. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of Mr. Connelly's deposition, which have been certified by Lori M. Barkley, the person who reported the testimony.

4. On May 12, 2012, Skechers deposed Plaintiff's expert Frank Luntz. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of Mr. Luntz's deposition, which have been certified by Lori M. Barkley, the person who reported the testimony.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Form 10-K filed by Skechers USA, Inc. with the Securities and Exchange Commission on March 16, 2007, bearing the Bates numbers SKR00000670 and SKR00000791-SKR00000795. This document was produced by Skechers in response to Reinsdorf's discovery requests in the above-captioned litigation.

1  6. Attached hereto as **Exhibit 5** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects to Frank Luntz, dated April 20, 2012 that was served on Dr. Luntz in this action through Plaintiff's counsel of record.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Memorandum Decision and Order Granting in Part and Denying in Part Defendants' Motion for Order to Show Cause and to Compel Depositions that was issued by Magistrate Judge Segal on May 9, 2012.

8. On May 20, 2012, my colleague Drew Breuder contacted counsel for Reinsdorf, Henry Self, and informed Mr. Self that Skechers did not believe the Expert Report produced by Mr. Turner should be designated "Confidential" under the Stipulated Protective Order entered in this action, and that Skechers wished to attach the document as an exhibit in connection with its summary judgment motion. On May 21, Mr. Self responded that Plaintiff did not agree that Skechers could attach the Mr. Turner's report in a public filing without first formally challenging the "Confidential" designation. As a result, Skechers is filing that document under seal. A true and correct copy of the parties' email exchange on this issue is attached hereto as **Exhibit 7**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of May 2012, at Los Angeles, California.

 */s/ Jeffrey A. Barker*
Jeffrey A. Barker