DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
ROBERT C. WELSH (S.B. #130782)
rwelsh@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Defendants
Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINSDORF,<br><br>                    Plaintiff,<br><br>            v.<br><br>SKECHERS U.S.A., INC.;<br>SKECHERS U.S.A., INC. II; and<br>DOES 1-10,<br><br>                    Defendants. | Case No. CV10-7181-DDP (SSx)<br><br>Hon. Dean D. Pregerson<br><br>**DECLARATION OF ROBERT C. WELSH IN SUPPORT OF DEFENDANTS SKECHERS U.S.A., INC. AND SKECHERS U.S.A., INC. II'S MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:  3 (2nd Floor)<br>Hearing Date:  June 18, 2012<br>Time:  10:00 a.m.<br><br>Pretrial Conference:  July 2, 2012<br>Trial Date: July 10, 2012 |

## <u>DECLARATION OF ROBERT C. WELSH</u>

I, Robert C. Welsh, the undersigned, hereby declare:

1.     I am an attorney at law, licensed to practice before all courts in the State of California.  I am of counsel to O'Melveny & Myers LLP and counsel of record in the above-captioned action for defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II (collectively, "Skechers" or "Defendants").  I submit this declaration in support of Skechers' Motion for Summary Judgment.  I know all the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2.     I have overseen all of the discovery that has taken place in this litigation.  I managed the production and review of documents, coordinated Skechers' efforts to take and defend depositions, in addition to taking several depositions myself.  All of the depositions were transcribed by a professional certified stenographer.

### <u>Expert Reports</u>

3.     Attached hereto as **Exhibit 7** is a true and correct copy of Jeff Sedlik's Expert Report, dated March 2, 2012.  Professor Sedlik has been hired as Defendants' expert witness and he has over fifteen years of service in high-level positions in trade associations and standard-setting bodies in the photography, advertising and design industries.

4.     Attached hereto as **Exhibit 8** is a true and correct copy of Gary Elsner's Expert Report, dated April 11, 2012.  Mr. Elsner has been hired as Defendants' expert witness and he has over forty years of experience in the photography industry.

5.     Attached hereto as **Exhibit 9** is a true and correct copy of Bruce Kramer's Expert Report, dated April 13, 2012.  Kramer has been hired as Plaintiff's expert witness.

6.      Attached hereto as **Exhibit 10** is a true and correct copy of Jack Reznicki's Rebuttal Expert Report, dated May 7, 2012.  Reznicki has been hired as Plaintiff's rebuttal expert witness regarding standard and usual business practices in the field of commercial advertising.

### Invoices

7.      Attached hereto as **Exhibit 11** is a true and correct copy of an Opus Photo Invoice, Number 00319, dated November 21, 2006 for the Los Angeles November 16, 2006 Skechers photo shoot.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates number RR001029.  This document was marked as Deposition Exhibit 235 at Bobby Heller's deposition.

8.      Attached hereto as **Exhibit 12** is a true and correct copy of an Opus Photo Invoice, Number 00599, dated September 24, 2007 for the "Skechers 2008 Spring Summer" September 19, 2007 Skechers photo shoot.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates number RR001044.  This document was marked as Deposition Exhibit 248 at Mr. Heller's deposition.

9.      Attached hereto as **Exhibit 13** is a true and correct copy of an Opus Photo Invoice, Number 00800, dated April 23, 2008 for the "Skechers 'Lifestyle'" April 17, 2008 photo shoot.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates number RR001950.  This document was marked as Deposition Exhibit 255 at Mr. Heller's deposition.

10.     Attached hereto as **Exhibit 14** is a true and correct copy of an Opus Photo Invoice, Number 00975, dated October 16, 2008 for the "Skechers Spring/Summer 2009" October 2, 2008 photo shoot.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

litigation, and bears the Bates number RR001956.  This document was marked as Deposition Exhibit 259 at Mr. Heller's deposition.

11.     Attached hereto as **Exhibit 15** is a true and correct copy of an Opus Photo Invoice, Number 01169, dated June 4, 2009 for the "Skechers FW 2009" May 28, 2009 photo shoot.  The invoice was billed to Skechers Footwear USA.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates number RR001960.

12.     Attached hereto as **Exhibit 16** is a true and correct copy of an Opus Photo Invoice, Number 01408, dated March 10, 2010 "RE: 'Buy Out' of all images to date by Photographer Richard Reinsdorf for Skechers Brand."  The invoice for $200,000 was billed to Skechers.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates number RR001746.  This document was marked as Deposition Exhibit 270 at Mr. Heller's deposition.

13.     Attached hereto as **Exhibit 17** is a true and correct copy of an Opus Photo Invoice, Number 01408, dated March 10, 2010 "RE: 'Buy Out' of all images to date by Photographer Richard Reinsdorf for Skechers Brand."  The invoice for $200,000 was billed to Skechers but indicates it is "Void Void Void - Offer Rescinded."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates number RR001963.  This document was marked as Deposition Exhibit 277 at Mr. Heller's deposition.

## Documents

14.     Attached hereto as **Exhibit 18** is a true and correct copy of an invoice from Parlay Production Group to Marty Brown of Skechers for the "Michelle K" photo shoot dated November 8, 2005.  This document was produced by Plaintiff in

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

1   response to Skechers' discovery requests in the above-captioned litigation, and

2   bears the Bates numbers RR005163-5164.

3       15.     Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt

4   of Skechers' 10-K form for the 2006 calendar year.  This document was produced

5   by Skechers in response to Plaintiff's discovery requests in the above-captioned

6   litigation, and bears the Bates numbers SKR00000786 and SKR00000791.

7       16.     Attached hereto as **Exhibit 20** is a true and correct copy of an email

8   chain between Reinsdorf and various individuals dated March 9, 2006.  The subject

9   of the email chain is "Michelle K ad."  This document was produced by Plaintiff in

10  response to Skechers' discovery requests in the above-captioned litigation, and

11  bears the Bates number RR002195-RR002196.

12      17.     Attached hereto as **Exhibit 21** is a true and correct copy of an email

13  from Jill Simonian from Bobby Heller dated October 30, 2006.  The subject of the

14  email is "Richard Reinsdorf 11/16" and there are handwritten notes on the

15  document.  This document was produced by Plaintiff in response to Skechers'

16  discovery requests in the above-captioned litigation, and bears the Bates number

17  RR001024.  This document was marked as Deposition Exhibit 225 at Heller's

18  deposition.

19      18.     Attached hereto as **Exhibit 22** is a true and correct copy of an email

20  from Jill Simonian, forwarding an email from Bobby Heller dated November 1,

21  2006 to other individuals at Skechers.  This document was produced by Skechers in

22  response to Plaintiff's discovery requests in the above-captioned litigation, and

23  bears the Bates numbers SKR00000167-168.  This document was marked as

24  Deposition Exhibit 51 at Plaintiff's deposition.

25      19.     Attached hereto as **Exhibit 23** are true and correct copies of (i) an

26  email from Richard Reinsdorf to Bobby Heller dated January 10, 2007, forwarding

27  an email to Reinsdorf from Fred Machuca of Skechers and titled "Skechers

28

4

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

Lifestyle Images" (bearing Bates numbers RR002101-2104, and marked as Deposition Exhibit 53 at Plaintiff's deposition); (ii) a series of five emails dated October 8, 2009 from Mr. Machuca to Plaintiff enclosing copies of Skechers' finished marketing images (bearing Bates numbers RR002153-2162); and (iii) a November 9, 2009 email from Mr. Machuca to Plaintiff (bearing Bates numbers RR002165-66). These documents were produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation.

20.     Attached hereto as **Exhibit 24** is a true and correct copy of an email from Bobby Heller to Fred Machuca dated March 27, 2007. The subject of the email is "Hey Fred…these look Amazing!!" This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR001408-1410. This document was marked as Deposition Exhibit 239 at Mr. Heller's deposition.

21.     Attached hereto as **Exhibit 25** is a true and correct copy of an email from Richard Reinsdorf to Fred Machuca dated March 27, 2007. The subject of the email is "RE: Hey Man its Fred at Skechers." This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR002105-2113. This document was marked as Deposition Exhibit 54 at Plaintiff's deposition.

22.     Attached hereto as **Exhibit 26** is a true and correct copy of two email chains between Richard Reinsdorf and Fred Machuca dated September 17, 2007. These documents were produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR002726-2729 and RR002730-2732. These documents were marked as Deposition Exhibits 68 and 69 at Plaintiff's deposition.

23.     Attached hereto as **Exhibit 27** is a true and correct copy of an email from Richard Reinsdorf to Fred Machuca dated September 18, 2007. The subject

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

of the email is "Re: Today Prelight."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR002733-2735.  This document was marked as Deposition Exhibit 247 at Mr. Heller's deposition.

24.    Attached hereto as **Exhibit 28** are true and correct copies of raw photographs taken by Richard Reinsdorf at the September 2007 photo shoot.  These documents were marked as Deposition Exhibits 73 and 74 at Plaintiff's deposition.

25.    Attached hereto as **Exhibit 29** is a true and correct copy of an excerpt from one of Skechers' look books, and featuring a finished marketing image based on one of the raw photographs from Exhibit 28.  This document was produced by Skechers in response to Plaintiff's discovery requests in the above-captioned litigation, and bears the Bates numbers SKR00004759.  This document was marked as Deposition Exhibit 75 at Plaintiff's deposition.

26.    Attached hereto as **Exhibit 30** are true and correct copies of examples of Skechers' finished marketing images utilizing Plaintiff's enhanced and modified photos.  These marketing images were marked as Deposition Exhibit Nos. 57 (Bates number:  SKR00000315), 59 (Bates number:  SKR00000304), 62 (Bates number:  SKR00000299), 64 (Bates number:  SKR00000298), 66 (Bates number: SKR00000319), 80 (Bates number:  SKR00000414), and 89 (Bates number: SKR00001887.  These Deposition Exhibits were marked at Plaintiff's deposition.

27.    Attached hereto as **Exhibit 31** is a true and correct copy of an email from Richard Reinsdorf to Karey Teng dated September 30, 2008.  The subject of the email is "Re: List of Props."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR001515-1521.  This document was marked as Deposition Exhibit 256 at Mr. Heller's deposition.

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

28.      Attached hereto as **Exhibit 32** is a true and correct copy of an email from Fred Machuca to Richard Reinsdorf dated April 16, 2009.  The subject of the email is "Re: Idea for you!!!!!!"  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR002941-2945.  This document was marked as Deposition Exhibit 201 at Plaintiff's deposition.

29.      Attached hereto as **Exhibit 33** is a true and correct copy of an email from Bobby Heller to Fred Machuca and Karey Teng dated March 8, 2010.  The subject of the email is "If you could put me in the right direction."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR001637.  This document was marked as Deposition Exhibit 269 at Mr. Heller's deposition.

30.      Attached hereto as **Exhibit 34** is a true and correct copy of an email from Bobby Heller to Karey Teng dated March 10, 2010.  The subject of the email is "Looking forward to speaking to you about International & Packaging / Richard Reinsdorf."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR001710-1713.  This document was marked as Deposition Exhibit 270 at Mr. Heller's deposition.

31.      Attached hereto as **Exhibit 35** is a true and correct copy of an email from Bobby Heller to Phil Paccione of Skechers dated March 11, 2010.  The subject of the email is "Photographer Richard Reinsdorf - Skechers World Wide Usage."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR003158-3164.  This document was marked as Deposition Exhibit 271 at Mr. Heller's deposition.

32.     Attached hereto as **Exhibit 36** is a true and correct copy of an email from Bobby Heller to Phil Paccione dated March 16, 2010.  The subject of the email is "Photographer Richard Reinsdorf - Skechers World Wide Usage."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR001808-1810.  This document was marked as Deposition Exhibit 272 at Mr. Heller's deposition.

33.     Attached hereto as **Exhibit 37** is a true and correct copy of Plaintiff's application for a copyright on "Brunette Model with Grey and Zebra Top with Black Capri Pants and Black Shoes Sitting on Cube with Pink Background" and "Brunette Model with Grey and Zebra Top With Black Capri Pants and Black Shoes Reclining Back on Cube with Pink Background" dated April 16, 2010.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR002244-2245 and includes two full-page photographs without Bates numbers.  This document was marked as Deposition Exhibit 61 at Plaintiff's deposition.

34.     Attached hereto as **Exhibit 38** is a true and correct copy of an email from Sean Galliher of Skechers to Bobby Heller dated April 28, 2010.  The subject of the email chain is "RE: Photographer Richard Reinsdorf."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates number RR004200.  This document was marked as Deposition Exhibit 277 at Mr. Heller's deposition.

35.     Attached hereto as **Exhibit 39** is a true and correct copy of Plaintiff's application for a copyright on "Collection of Models on Pink and Blue Background with Props" dated May 6, 2010.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR002287-2288.  This document was marked as Deposition Exhibit 55 at Plaintiff's deposition.

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

36. Attached hereto as **Exhibit 40** is a true and correct copy of Plaintiff's application for a copyright on "Creamsickle Series" dated May 6, 2010.  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates numbers RR002335-2336.  This document was marked as Deposition Exhibit 67 at Plaintiff's deposition.

37. Attached hereto as **Exhibit 41** is a true and correct copy of an email from Bobby Heller to Richard Reinsdorf dated May 11, 2010.  The subject of the email is "Skechers [sic] Shoot Dates."  This document was produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and bears the Bates number RR004224.

38. Attached hereto as **Exhibit 42** are true and correct copies of Opus estimates for the at-issue photo shoots and which are dated October 30, 2006, September 11, 2007, March 31, 2008, September 30, 2008, and April 30, 2009.  These documents were produced by Plaintiff in response to Skechers' discovery requests in the above-captioned litigation, and were marked as Deposition Exhibits 226 (Bates Number:  RR001941), 227 (Bates Number:  RR001028), 242 (Bates Number:  RR001042), 252 (Bates Number:  RR001069), 258 (Bates Number:  RR001109), 262 (Bates Number:  RR001606), and 264 (Bates Number:  RR001125) at Mr. Heller's deposition.

39. Attached hereto as **Exhibit 43** is a true and correct copy of excerpts of Plaintiff Richard Reinsdorf's Responses to Defendant Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II's First Set of Request for Admissions, served on December 20, 2011.

### **Previously-Filed Declarations**

40. Attached hereto as **Exhibit 44** is a true and correct copy of the declaration of Fred Machuca in support of Defendant Skechers U.S.A., Inc., and Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

1    Richard Reinsdorf's Complaint as well as the exhibits referenced in the declaration.

2    The declaration is dated November 4, 2010 and was filed on November 8, 2010 at

3    Docket Number 14-1 in the above-captioned litigation.  The referenced exhibits

4    were filed at Docket Numbers 14-2 through 14-4.

5          41.      Attached hereto as **Exhibit 45** is a true and correct copy of the

6    declaration of Jason Greenberg in support of Defendant Skechers U.S.A., Inc., and

7    Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff

8    Richard Reinsdorf's Complaint as well as the exhibits referenced in the declaration.

9    The declaration is dated November 5, 2010 and was filed on November 8, 2010 at

10   Docket Number 14-5 in the above-captioned litigation.  The referenced exhibits

11   were filed at Docket Numbers 14-6 through 14-7.

12         42.      Attached hereto as **Exhibit 46** is a true and correct copy of the

13   declaration of Janelle Allen in support of Defendant Skechers U.S.A., Inc., and

14   Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff

15   Richard Reinsdorf's Complaint as well as the exhibits referenced in the declaration.

16   The declaration is dated November 5, 2010 and was filed on November 8, 2010 at

17   Docket Number 14-8 in the above-captioned litigation.  The referenced exhibits

18   were filed at Docket Numbers 14-9 through 14-15.

19         43.      Attached hereto as **Exhibit 47** is a true and correct copy of the

20   declaration of Loren Gillum in support of Defendant Skechers U.S.A., Inc., and

21   Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff

22   Richard Reinsdorf's Complaint as well as the exhibits referenced in the declaration.

23   The declaration is dated November 5, 2010 and was filed on November 8, 2010 at

24   Docket Number 14-16 in the above-captioned litigation.  The referenced exhibits

25   were filed at Docket Numbers 14-17 through 14-21.

26         44.      Attached hereto as **Exhibit 48** is a true and correct copy of the

27   declaration of Christina Ingles in support of Defendant Skechers U.S.A., and

28

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

1   Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff

2   Richard Reinsdorf's Complaint as well as the exhibits referenced in the declaration.

3   The declaration is dated November 5, 2010 and was filed on November 8, 2010 at

4   Docket Number 14-22 in the above-captioned litigation.  The referenced exhibits

5   were filed at Docket Numbers 14-23 through 14-25.

6          45.      Attached hereto as **Exhibit 49** is a true and correct copy of the

7   declaration of Karey Teng in support of Defendant Skechers U.S.A., Inc., and

8   Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff

9   Richard Reinsdorf's Complaint as well as the exhibits referenced in the declaration.

10  The declaration is dated November 5, 2010 and was filed on November 8, 2010 at

11  Docket Number 14-26 in the above-captioned litigation.  The referenced exhibit

12  was filed at Docket Number 14-27.

13                            **Deposition Transcripts**

14         46.      On February 28, 2012 and April 28, 2012, Defendants deposed

15  Plaintiff Richard Reinsdorf.  Attached hereto as **Exhibit 50** is a true and correct

16  copy of excerpts of the transcripts of Plaintiff's deposition, which have been

17  certified by Ricki Q. Melton, the person who reported the testimony.

18         47.      On April 6, 2012, Plaintiff deposed Karey Teng, Skechers' Graphic

19  Studio Manager.  Attached hereto as **Exhibit 51** is a true and correct copy of

20  excerpts of the transcript of Ms. Teng's deposition, which has been certified by

21  Pamela A. Stit, the person who reported the testimony.

22         48.      On April 17, 2012 and April 25, 2012, Plaintiff deposed Fred

23  Machuca, formerly of Skechers.  Attached hereto as **Exhibit 52** is a true and correct

24  copy of excerpts of the transcripts of Mr. Machuca's deposition, which have been

25  certified by Pamela J. Felten, the person who reported the testimony.

26         49.      On May 10, 2012, Defendants deposed Robert Heller, owner of Opus

27  Reps and Plaintiff Richard Reinsdorf's representative.  Attached hereto as **Exhibit**

28

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

1 | **53** is a true and correct copy of excerpts of the transcript of Mr. Heller's deposition,

2 | which has been certified by Wendy S. Schreiber, the person who reported the

3 | testimony.

4 |       50.     On May 10, 2012, Defendants deposed Brent Watts, Plaintiff's expert

5 | witness.  Attached hereto as **Exhibit 54** is a true and correct copy of excerpts of the

6 | transcript of Mr. Watts' deposition, which has been certified by Lori M. Barkley,

7 | the person who reported the testimony.

8 |       51.     On May 11, 2012, Defendants deposed Jamie Turner, Plaintiff's expert

9 | witness.  Attached hereto as **Exhibit 55** is a true and correct copy of excerpts of the

10 | transcript of Mr. Turner's deposition, which has been certified by Suzanne Beasley,

11 | the person who reported the testimony.

12 |       52.     On May 12, 2012, Plaintiff deposed Jason Greenberg, Skechers'

13 | Senior Vice President of Visual Imaging.  Attached hereto as **Exhibit 56** is a true

14 | and correct copy of excerpts of the transcript of Mr. Greenberg's deposition, which

15 | has been certified by Darlene Matura Morgan, the person who reported the

16 | testimony.

17 |       53.     On May 14, 2012, Defendants deposed David Connelly, Plaintiff's

18 | expert witness.  Attached hereto as **Exhibit 57** is a true and correct copy of excerpts

19 | of the transcript of Mr. Connelly's deposition, which has been certified by Lori M.

20 | Barkley, the person who reported the testimony.

21 |       54.     On May 15, 2012, Defendants deposed Bruce Kramer, Plaintiff's

22 | expert witness.  Attached hereto as **Exhibit 58** is a true and correct copy of excerpts

23 | of the transcript of Mr. Kramer's deposition, which has been certified by Ricki Q.

24 | Melton, the person who reported the testimony.

25 | **Plaintiff's Copyright Registrations**

26 |       55.     On August 16, 2011, Plaintiff produced to Skechers a hard drive

27 | containing his various copyright registration applications, as well as copies of the

28 |

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

1   raw photographs associated with those registrations and which Plaintiff filed with
2   the United States Copyright Office.  As explained below and in the concurrently-
3   filed declaration of Fred Machuca, several of Plaintiff's copyright registrations
4   combine photographs which were published by Skechers, with photographs which
5   were not published by Skechers.

6         56.      Plaintiff's copyright registration numbered VAu 1-032-729 is titled
7   "Collection of Models on Pink and Blue Backgrounds with Props," and reflects
8   Plaintiff's registration of a collection of purportedly unpublished photographs as
9   indicated by the lowercase "u" following the "VA" in the registration number.
10  True and correct copies of Plaintiff's application for copyright registration, the
11  resulting copyright registration numbered VAu 1-032-729, and three of the raw
12  photographs associated with this registration are attached hereto as **Exhibit 59**.

13        57.      Plaintiff's copyright registration numbered VAu 1-033-674 is titled
14  "Creamsickle [sic] Series," and reflects Plaintiff's registration of a collection of
15  purportedly unpublished photographs as indicated by the lowercase "u" following
16  the "VA" in the registration number.  True and correct copies of Plaintiff's
17  application for copyright registration, the resulting copyright registration numbered
18  VAu 1-033-674, and one of the raw photographs associated with this registration
19  are attached hereto as **Exhibit 60**.

20        58.      Plaintiff's copyright registration numbered VAu 1-033-675 is titled
21  "Girls on [sic] Gray Background with Clear Plexiglass [sic] Props," and reflects
22  Plaintiff's registration of a collection of purportedly unpublished photographs as
23  indicated by the lowercase "u" following the "VA" in the registration number.
24  True and correct copies of Plaintiff's application for copyright registration, the
25  resulting copyright registration numbered VAu 1-033-675, and one of the raw
26  photographs associated with this registration are attached hereto as **Exhibit 61**.

27
28

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

59.     Plaintiff's copyright registration numbered VAu 1-033-661 is titled "Action Shots of Models on White Background," and reflects Plaintiff's registration of a collection of purportedly unpublished photographs as indicated by the lowercase "u" following the "VA" in the registration number.  True and correct copies of Plaintiff's application for copyright registration, the resulting copyright registration numbered VAu 1-033-661, and three of the raw photographs associated with this registration are attached hereto as **Exhibit 62**.

60.     Plaintiff's copyright registration numbered VAu 1-032-717 is titled "Breakdancers and Lifestyle Shots on White Background," and reflects Plaintiff's registration of a collection of purportedly unpublished photographs as indicated by the lowercase "u" following the "VA" in the registration number.  True and correct copies of Plaintiff's application for copyright registration, the resulting copyright registration numbered VAu 1-032-717, and one of the raw photographs associated with this registration are attached hereto as **Exhibit 63**.

61.     Plaintiff's copyright registration numbered VAu 1-033-194 is titled "Models on Silver Metallic Background," and reflects Plaintiff's registration of a collection of purportedly unpublished photographs as indicated by the lowercase "u" following the "VA" in the registration number.  True and correct copies of Plaintiff's application for copyright registration, the resulting copyright registration numbered VAu 1-033-194, and two of the raw photographs associated with this registration are attached hereto as **Exhibit 64**.

62.     Plaintiff's copyright registration numbered VAu 1-033-191 is titled "Female Models in Glowing Plexiglass [sic] Cube," and reflects Plaintiff's registration of a collection of purportedly unpublished photographs as indicated by the lowercase "u" following the "VA" in the registration number.  True and correct copies of Plaintiff's application for copyright registration, the resulting copyright

registration numbered VAu 1-033-191, and two of the raw photographs associated with this registration are attached hereto as **Exhibit 65**.

63.     Plaintiff's copyright registration numbered VAu 1-033-665 is titled "Models Posing with Barrels and Scaffolding on Grey Background," and reflects Plaintiff's registration of a collection of purportedly unpublished photographs as indicated by the lowercase "u" following the "VA" in the registration number. True and correct copies of Plaintiff's application for copyright registration, the resulting copyright registration numbered VAu 1-033-665, and one of the raw photographs associated with this registration are attached hereto as **Exhibit 66**.

64.     Plaintiff's copyright registration numbered VAu 1-033-879 is titled "Models on White Background doing Various Activities with Props," and reflects Plaintiff's registration of a collection of purportedly unpublished photographs as indicated by the lowercase "u" following the "VA" in the registration number. True and correct copies of Plaintiff's application for copyright registration, the resulting copyright registration numbered VAu 1-033-879, and two of the raw photographs associated with this registration are attached hereto as **Exhibit 67**.

65.     Plaintiff's copyright registration numbered VA 1-729-255 is titled "Female Models on Orange Backgrounds in a White Corner," and reflects Plaintiff's registration of a collection of purportedly published photographs as indicated by the absence of a lowercase "u" following the "VA" in the registration number.  True and correct copies of Plaintiff's application for copyright registration, the resulting copyright registration numbered VA 1-729-255, and one

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)

1    of the raw photographs associated with this registration are attached hereto as

2    **Exhibit 68**.

3

4       I declare under penalty of perjury under the laws of the United States and

5    California that the foregoing is true and correct and that this declaration is executed

6    this 21st day of May, 2012, at Los Angeles, California.

7

8       Dated:  May 21, 2012                Robert C. Welsh

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WELSH DECLARATION ISO SKECHERS'
MOTION FOR SUMMARY JUDGMENT
CV10-7181 DDP (SSX)