# EXHIBIT 20

From: "Richard E. Reinsdorf" <rrpix@mac.com>
Subject: **FW: Michelle K ad**
Date: March 9, 2006 5:04:55 PM PST
To: David May <davidmay1968@hotmail.com>



▶   4 Attachments, 915 KB

------ Forwarded Message
**From:** Simon <manage@introartists.com>
**Date:** Thu, 09 Mar 2006 19:57:33 -0500
**To:** 'Richard Reinsdorf' <rrpix@mac.com>
**Subject:** RE: Michelle K ad

It's definitely a little tacky if not to toooooo…all the gold etc… I prefer the collage or sgl image of girl with elvis with
no fuzzy frame

**Simon Schwarz**

1 866 899 8646 Nationwide

1 212 920 7880 NY

**www.introartists.com**

**From:** Richard Reinsdorf [mailto:rrpix@mac.com]
**Sent:** Thursday, March 09, 2006 7:50 PM
**To:** Bobby Heller; Simon; David Widjaja; Paul Nelson
**Subject:** FW: Michelle K ad

------ Forwarded Message
**From:** Fred <fredm@skechers.com>
**Date:** Thu, 9 Mar 2006 15:52:22 -0800
**To:** David May <dave@nighttrainunlimited.com>, Richard Reinsdorf <rrphoto@earthlink.net>, Richard
Reinsdorf <rrpix@earthlink.net>
**Subject:** Re: Michelle K ad

Hi guys

Here are the MK singles.
pdf and a set of jpegs...
if you need hi-res files I can send out on Disk.

PS Richard - I will be watching "top models" nxt week..

**EXHIBIT 20**
113

**RR 002195**



**EXHIBIT 20**
114

**RR 002196**

**Subject: HeRes JPEGS - 1 of 5 Emails**
**Date:** Thursday, October 8, 2009 6:43 PM
**From:** Fred Machuca <fredm@skechers.com>
**To:** Office 2004 Test Drive User <rrpix@me.com>

Hey Richard
Long time no speak. Hope all is good in the world of photographer.

I am sending 5 emails of hires jpegs of your images we worked with...

Thanks,

_____

Fred Machuca
Advertising & Graphics

SKECHERS USA
228 Manhattan Beach Blvd
Manhattan Beach, CA  90266
310-318-3100 x1386
fredm@skechers.com

## Subject: JPEGS FOR RICHARD 1

Page 1 of 1

RR 002161

**EXHIBIT 20**
115

**Subject: Richard R 2 of 5 Emails...**
**Date:** Thursday, October 8, 2009 6:37 PM
**From:** Fred Machuca <fredm@skechers.com>
**To:** Office 2004 Test Drive User <rrpix@me.com>

Richard R
2 of 5 Emails...


Thanks,

---

Fred Machuca
Advertising & Graphics

SKECHERS USA
228 Manhattan Beach Blvd
Manhattan Beach, CA  90266
310-318-3100 x1386
fredm@skechers.com

Page 1 of 1

**EXHIBIT 20**
**116**

**RR 002153**



**EXHIBIT 20**

117

RR 002154

**Subject: Richard R 3 of 5 Emails...**
**Date:** Thursday, October 8, 2009 6:39 PM
**From:** Fred Machuca <fredm@skechers.com>
**To:** Office 2004 Test Drive User <rrpix@me.com>

Richard R
3 of 5 Emails...


Thanks,

――――――――――――――

Fred Machuca
Advertising & Graphics

SKECHERS USA
228 Manhattan Beach Blvd
Manhattan Beach, CA  90266
310-318-3100 x1386
fredm@skechers.com

Page 1 of 1

**EXHIBIT 20**
**118**

RR 002155





**EXHIBIT 20**
119

RR 002156

**Subject: Richard R 4 of 5 Emails...**
**Date:** Thursday, October 8, 2009 6:39 PM
**From:** Fred Machuca <fredm@skechers.com>
**To:** Office 2004 Test Drive User <rrpix@me.com>

Richard R
4 of 5 Emails...



Thanks,

———————————————————————

Fred Machuca
Advertising & Graphics

SKECHERS USA
228 Manhattan Beach Blvd
Manhattan Beach, CA  90266
310-318-3100 x1386
fredm@skechers.com

Page 1 of 1

**EXHIBIT 20**
**120**

RR 002159



RR 002160

**EXHIBIT 20**
121

**Subject: Richard R 5 of 5 Emails...**
**Date:** Thursday, October 8, 2009 6:43 PM
**From:** Fred Machuca <fredm@skechers.com>
**To:** Office 2004 Test Drive User <rrpix@me.com>

Richard R
5 of 5 Emails...


Thanks,

---

Fred Machuca
Advertising & Graphics

SKECHERS USA
228 Manhattan Beach Blvd
Manhattan Beach, CA  90266
310-318-3100 x1386
fredm@skechers.com

Page 1 of 1

RR 002157

EXHIBIT 20
122



**EXHIBIT 20**
123

RR 002158

**Subject:** Re: Hey pal - back at you.
**Date:** Monday, November 9, 2009 11:12 PM
**From:** Fred Machuca <fredm@skechers.com>
**To:** Office 2004 Test Drive User <rrpix@me.com>

Richard R
I wish this was an AD, It looks awesome.
It is only being used for retail graphics.
Did you ever get the disk withe the images from this shoot? Leah sent it to you a month ago...
Let me know.


Thanks,

————————————————————

Fred Machuca
Advertising & Graphics

SKECHERS USA
228 Manhattan Beach Blvd
Manhattan Beach, CA  90266
310-318-3100 x1386
fredm@skechers.com




On Nov 8, 2009, at 3:03 AM, Richard Reinsdorf wrote:

     Is this a new add?


     Richard Reinsdorf
     Photography
     http://www.rrpix.com
     O P U S bobby@opusreps.com
     818 567 1111 la - 818 519 3555 cell - 323 871 8300 agency


Page 1 of 3

**EXHIBIT 20**
**124**

**RR 002165**



RR 002166

**EXHIBIT 20**
**125**



**EXHIBIT 20**
126

RR 002162

# EXHIBIT 21

**Bobby Heller**

| | |
|---|---|
| **From:** | Jill Simonian [jills@skechers.com] |
| **Sent:** | Monday, October 30, 2006 2:36 PM |
| **To:** | bobby@opusreps.com |
| **Subject:** | Richard Reinsdorf 11/16 |

Hi Bobby,

Here are the details for our Nov 16 shoot:

-General Lifestyle shoot against gray/white screen (possibly using a prop stylist per meeting with Richard)
-Usage: In-store and lookbooks for 6 months -Call time: 8am for setup/lighting (subject to change) -One day shoot plus overtime as needed (please send estimate for regular 8hr shoot plus extra costs per half hour increments)

thanks....

Jill Simonian
Corporate Imaging
Skechers Footwear USA
228 Manhattan Beach Blvd.
Manhattan Beach, CA 90266
Tel: 310.318.3100 x1019
Fax: 310.798.9616

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.408 / Virus Database: 268.13.17/505 - Release Date: 10/27/2006

*[handwritten notes:]*

(3) day 500 + 20%

Rnt: $10,000 - $5,000

frankie

P.os. / web, / lookbooks (6) month
No print advertising  24 MAIN images
w/ 12 Models

(3) assistants @ $350 / (1) 550
(2) 500
(3) 300

digital Capture 1500 + digital set up
tech $500 / based on 8 hr day
lighting set up - $1500 seamless 400-seamless
production assistant.

1

Heller
EXHIBIT NO. 225
5/10/12
Wendy S. Schreiber

RR 001024

**EXHIBIT 21**
**127**

# EXHIBIT 22

test

**From:**    Jill Simonian [jills@skechers.com]

**Sent:**    Wednesday, November 01, 2006 4:48 PM

**To:**    jasong@skechers.com; dannys@skechers.com

**Subject:** Fwd: Skechers Revised Estimate (including props budget) w/ photographer Richard Reinsdorf

a revised estimate fyi

> X-Original-To: jills@skechers.com
> Delivered-To: jills@skechers.com
> X-Spam-Checker-Version: SpamAssassin 3.1.0 (2005-09-13) on
>     chatter.skechers.com
> X-Spam-Level:
> X-Spam-Status: No, score=0.5 required=6.5 tests=BAYES_50,HTML_MESSAGE
>     autolearn=no version=3.1.0
> X-ORBL: [69.228.44.103]
> Reply-To: <bobby@opusreps.com>
> From: "Bobby Heller" <bobby@opusreps.com>
> To: "'Jill Simonian'" <jills@skechers.com>
> Subject: Skechers Revised Estimate (including props budget) w/ photographer Richard
> Reinsdorf
> Date: Wed, 1 Nov 2006 15:38:28 -0800
> Organization: Opus Photo
> X-Mailer: Microsoft Office Outlook, Build 11.0.5510
> Thread-Index: Acb+DtTbewqv079MSjaEi8HrFpG+hg==
> X-Virus-Status: No
> X-Virus-Checker-Version: clamassassin 1.2.0 with ClamAV 0.90RC1.1/2132/Mon Oct 30
> 11:42:34 2006 signatures 40.2132

Hi Jill


Ok&so i had Richard and John speak about the props along with Fred. The props budget (including
props, trucking, gas and assistant) came out to be about $1500.00. This is just for a one color set
up (white). If you wanted to do additional colors it would be a bit more&.but this is a good place to
start. Richard figured white would be easiest if you are going to digitally play with the images after
its shot.



Regards,



Bobby Heller

**OPUS**

6442 Santa Monica Blvd #200B

6/30/2010

EXHIBIT
51
Reinsdorf
2-08-12
tabbies

**EXHIBIT 22**
**128**

Los Angeles, CA 90038

P 323-871-8300 Fx 323-871-8311

www.opusreps.com

Jill Simonian
Corporate Imaging
Skechers Footwear USA
228 Manhattan Beach Blvd.
Manhattan Beach, CA 90266
Tel: 310.318.3100 x1019
Fax: 310.798.9616

6/30/2010

**EXHIBIT 22**
**129**

# EXHIBIT 23



rrpix@mac.com
Fw: Skechers Lifestyle Images
January 10, 2007 5:48:37 PM PST
"Heller Bobby" <bobby@opusreps.com>
rrpix@mac.com
2 Attachments, 432 KB

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Fred <fredm@skechers.com>
Date: Wed, 10 Jan 2007 17:08:58
To:Richard Reinsdorf <rrpix@mac.com>,"Richard E. Reinsdorf" <rrpix@earthlink.net>
Subject: RE: Skechers Lifestyle Images

Womens_Retail_Panels

Hey Man Hope all is good in the new year!
here is a sample of what we are doing with the images from the shoot...
I will get you higher res images as well as the catalogs we are printing. give me till nxt week...

<cid:C9FEC0A1-3BD1-4792-B76B-4CFF1158F7AE @dhcp.skechers.com>  <cid:98A5133C-8AB6-4458-8AFA-
3B69E96D1EAC@dhcp.skechers.com>

Thanks,

_____

Fred Machuca

SKECHERS

Art Director, Graphics

310-318-3100 x1386

fredm@skechers.com: <mailto:fredm@skechers.com>

Womens_Retail_Panels

Hey Man Hope all is good in the new year!
here is a sample of what we are doing with the images from the shoot...
I will get you higher res images as well as the catalogs we are printing. give me till nxt week...



EXHIBIT 23
130

RR 002101



M_Smoke_Jump

W_Smoke_Solo_Sit

M_Smoke_Solo

M_Splatter_Blue Shirt

MW_Splatter_Sit Couple

MW_Splatter_Stand Couple

W_Blue Flower_Leaning

W_Blue Flower_Blonde Sitting

W_Blue Flower_Curly Hair

**EXHIBIT 23**
131

RR 002102

  

W_Cali_Blonde_Bikini          W_Cali_Skull          W_Cali_Rainbow

  

W_Pink Digital_Vest     W_Pink Digital_Blonde w/ Shoe     W_Pink Digital_Brn Sitting     W_Pink Digital_Mary Janes

   

Thanks,

Fred Machuca
SKECHERS
Art Director, Graphics

**EXHIBIT 23**
**132**

RR 002103

310-318-3100 x1386
fredm@skechers.com

EXHIBIT 23
133

RR 002104

# EXHIBIT 24

**Bobby Heller**

| | |
|---|---|
| **From:** | Bobby Heller [bobby@opusreps.com] |
| **Sent:** | Tuesday, March 27, 2007 6:39 PM |
| **To:** | fredm@skechers.com |
| **Subject:** | Hey Fred...these look Amazing!! |

Hi Fred

Richard's rep Bobby Heller here....How's it going?  These came out great!!  Love the art direction in the graphics!!

Thanks for sending.





RR 001410

**EXHIBIT 24**
**134**





RR 001409

**EXHIBIT 24**

**135**



Bobby Heller
**O P U S**
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com  www.opusreps.com

8/9/2011

RR 001408

**EXHIBIT 24**
**136**

# EXHIBIT 25

From   "Richard E. Reinsdorf" <rrpix@mac.com>
Subject   **Re: Hey Man its Fred at Skechers**
Date   March 27, 2007 6:22:35 PM PDT
To   Fred Machuca <fredm@skechers.com>



▸   7 Attachments, 3.3 MB

Richard Reinsdorf
P.O. Box 11539
Burbank CA 91510-1539

Thank Pal!

Rich

On 3/27/07 6:08 PM, "Fred" <fredm@skechers.com> wrote:

> RE: Hey Man its Fred at Skechers
>
> I want to send you photoshop files (hi res on a disk) and lookbook samples of how we used your images from
> the photo shoot.
>
> What address do i send it to?
>
> attached are a sample of whats on the disk...





RR 002105

**EXHIBIT 25**

**137**



RR 002106

**EXHIBIT 25**
**138**



RR 002107

**EXHIBIT 25**
139





RR 002108

**EXHIBIT 25**
**140**





RR 002110

EXHIBIT 25
142



RR 002111

**EXHIBIT 25**
**143**



RR 002112

**EXHIBIT 25**
**144**



Thanks,

———————————————

Fred Machuca

SKECHERS

Advertising & Graphics

310-318-3100 x1386

fredm@skechers.com

RR 002113

**EXHIBIT 25**
**145**

# EXHIBIT 26

From: Richard Reinsdorf <rrpix@mac.com>
Subject: FW: First set of Ad Ideas for shoot.
Date: September 17, 2007 5:58:30 PM PDT
To: Pennie Humphreys <pennieAD@comcast.net>
3 Attachments, 3.1 MB



------ Forwarded Message
From: Fred <fredm@skechers.com>
Date: Mon, 17 Sep 2007 17:18:06 -0700
To: Richard Reinsdorf <rrpix@mac.com>
Subject: First set of Ad ideas for shoot.



EXHIBIT 26
146

RR 002726



## LEVITATION/MEDITATION

Hot blond gets in touch with her "sole(s)"
Beaming glow from her head and heart ( maybe even chakra glow?)
fire, water, air elements as she floats



**EXHIBIT 26**
147

RR 002727



**SHOE GODDESS**
Multi-limbed goddess ( like Shakti or Lakshmi) is posed
on top of a digitally generated lotus blossom
LOTS OF POSSIBILITES HERE!

**EXHIBIT 26**
148

RR 002728



**SOLE WEAPON**
This kind of mortal Kombat requires style!
Maybe our vixen is vinyl-clad?  Highly stylized makeup & hair.
Perhaps a digitally executed bad-ass tattoo sleeve?
lotsa women do damage in shoes!

Thanks,

Fred Machuca

SKECHERS

Advertising & Graphics

310-318-3100 x1386

fredm@skechers.com


------ End of Forwarded Message

**EXHIBIT 26**
**149**

RR 002729

From: Richard Reinsdorf <rrpix@mac.com>
Subject: FW: second set of AD ideas
Date: September 17, 2007 5:55:44 PM PDT
To: Humphreys Pennie <pennieAD@comcast.net>
2 Attachments, 1.8 MB



------ Forwarded Message
From: Fred <fredm@skechers.com>
Date: Mon, 17 Sep 2007 17:20:25 -0700
To: Richard Reinsdorf <rrpix@mac.com>, "Richard E. Reinsdorf" <rrpix@earthlink.net>
Subject: second set of AD ideas



**EXHIBIT 26**
**150**

RR 002730



# TEMPTING STYLE
### Good fashion does grow on trees!
### With so many style, it couldn't hurt to try each one....

**EXHIBIT 26**
**151**

RR 002731



Thanks,

Fred Machuca

SKECHERS

Advertising & Graphics

310-318-3100 x1386

fredm@skechers.com


------ End of Forwarded Message

**EXHIBIT 26**
152

RR 002732

# EXHIBIT 27

From: Richard Reinsdorf <rrpix@mac.com>
Subject: **Re: Today Prelight**
Date: September 18, 2007 5:24:16 PM PDT
To: Fred <fredm@skechers.com>
   3 Attachments, 651 KB

On Sep 18, 2007, at 3:30 PM, Fred wrote:

Sorry guy, after stopping by at 5th & Sunset at 10am that was my only open spot. Can't make it now.

Finish your lighting send jpegs or show print outs tomorrow morning. things will be fine. the rest of my day is putting together another campaign they want done now.

We will have everything we need on our end in the morning- tears for boards and reference, as well as shoot lists.·will be at there at 8:30 am sharp.

Sorry in meetings for nxt hour will call then.

email me at:
fredm@skechers.com
and
fmcreative@charter.net





**EXHIBIT 27**
**153**



**EXHIBIT 27**
**154**

RR 002734



RR 002735

**EXHIBIT 27**

**155**

# EXHIBIT 28



EXHIBIT 28
156



EXHIBIT 74

Reinsdorf
2-28-12

# EXHIBIT 29



SKR0004755

**EXHIBIT 29**

**158**

CONFIDENTIAL