# EXHIBIT 30



CONFIDENTIAL

**EXHIBIT 30**
**159**

SKR00000315



CONFIDENTIAL

**EXHIBIT 30**

**160**

SKR00000304



:ONFIDENTIAL

**EXHIBIT 30**
**161**

SKR00000299



CONFIDENTIAL

**EXHIBIT 30**
**162**

SKR00000298



CONFIDENTIAL

**EXHIBIT 30**
163

SKR00000319

(US) V2 **BUBBLES AD_ACTIVE**

EXHIBIT
89
Reinsdorf
2·28·12

**EXHIBIT 30**
**165**

SKR00001887

# EXHIBIT 31

Re: List of Props                                                                              Page 1 of 7

Bobby Heller

From:     Richard E. Reinsdorf [rrpix@mac.com]
Sent:     Tuesday, September 30, 2008 6:43 PM
To:       Karey Teng
Subject:  Re: List of Props

Both but already answered. I wanted to make the point that Walter was given the list discussed last night this morning and rounded up everything asked for. The other prop people we used always had a few day lead time to shop around. I can vouch that he is great and really rocked it for you guys today.

XO

Rich

On 9/30/08 6:40 PM, "Karey Teng" <kareyt@skechers.com> wrote:

> Was that question for me or Walt?

> On 9/30/08 6:29 PM, "Richard E. Reinsdorf" <rrpix@mac.com> wrote:

>> Are we able to get the cubes at the studio? I think we really need them!

>> On 9/30/08 6:12 PM, "Walter Barnett" <waltbarnett@mac.com> wrote:

>>> Begin forwarded message:

>>> From: Karey Teng <kareyt@skechers.com>
>>> Date: September 30, 2008 5:56:40 PM PDT
>>> To: waltbarnett@mac.com
>>> Cc: Charly Shahin <charly@opusbeauty.com>
>>> Subject: List of Props

>>>> Hi Walt,

>>>> I have attached a list of props that we want from what Richard sent us and I have attached the photos. We want just one of each of what's attached.

>>>> However, below is a list of props we still need that we didn't see it in the photos:

>>>> 1.  Chainly Fence
>>>> 2.  Hanging Bar
>>>> 3.  2 White Solid Corner Walls
>>>> 4.  Black Background – Duvatine?
>>>> 5.  Cubes – 2', 3', 4', 5' (Narrow, Skinny, Squares)
>>>> 6.  Scaffolding – One Level
>>>> 7.  Dove Grey Background
>>>> 8.  Fan
>>>> 9.  Cream-sicle Background
>>>> 10.

>>>> Thanks.

>>>> Karey Teng
>>>> Advertising & Graphics

>>>> Skechers USA Inc
>>>> 228 Manhattan Beach Blvd
>>>> Manhattan Beach, CA 90266
>>>> 310 318 3100 ext 1322

Heller
EXHIBIT NO. 256
5/10/12
Wendy S. Schreiber

8/10/2011

**EXHIBIT 31**
**166**

RR 001515



RR 001516



**EXHIBIT 31**
**168**

RR 001517





**EXHIBIT 31**
**169**

RR 001518



RR 001519



**EXHIBIT 31**
**171**

RR 001520



Walter Barnett

323-376-8831

Karey Teng
Advertising & Graphics

Skechers USA Inc
228 Manhattan Beach Blvd,
Manhattan Beach, CA 90266
310 318 3100 ext 1322

8/10/2011

**EXHIBIT 31**
**172**

RR 001521

# EXHIBIT 32

**Subject: Re: Idea for you!!!!!!**
**Date:** Thursday, April 16, 2009 8:38 PM
**From:** Fred Machuca <fredm@skechers.com>
**To:** Richard Reinsdorf <rrpix@me.com>

I do agree we should talk about ideas, I want to do storyboards... so lets talk tomorrow.


Thanks,

—————————————————

Fred Machuca

SKECHERS

Advertising & Graphics

310-318-3100 x1386

fredm@skechers.com


On Apr 16, 2009, at 3:17 PM, Richard Reinsdorf wrote:

> No worries bro just feeding ideas.
> I think the image I sent you was far less ghetto though.
> Has a great message.
> I have tons of ideas and  we could start brainstorming so we blow them away again
> on our next meeting...


> xo




**Richard Reinsdorf**
Photography
http://www.rrpix.com
O P U S bobby@opusreps.com



*Hellev*
EXHIBIT NO 260
5/10/12
S. Schreiber

RR 002941

EXHIBIT 32
173

818 567 1111 la - 818 519 3555 cell - 323 871 8300 agency

**From:** Fred Machuca <fredm@skechers.com>
**Date:** Thu, 16 Apr 2009 15:07:09 -0700
**To:** Richard Reinsdorf <rrpix@me.com>
**Subject:** Re: Idea for you!!!!!!

Sorry man. Jason and Robert don't like anything thats to urban or graffiti. that rejected this Ashley ad we did way back when.



Thanks,

Fred Machuca

SKECHERS

Advertising & Graphics

310-318-3100 x1386

fredm@skechers.com

RR 002943

**EXHIBIT 32**

**175**

On Apr 16, 2009, at 12:58 PM, Richard Reinsdorf wrote:

Why don't we do this for a street brand?

Richard Reinsdorf
Photography
http://www.rrpix.com
O P U S bobby@opusreps.com
818 567 1111 la - 818 519 3555 cell - 323 871 8300 agency



Page 4 of 5

RR 002944

**EXHIBIT 32**
**176**

RR 002945

**EXHIBIT 32**
**177**

# EXHIBIT 33

**Mike Shahin**

| | |
|---|---|
| **From:** | Bobby Heller |
| **Sent:** | Monday, March 08, 2010 12:38 PM |
| **To:** | 'fredm@skechers.com'; 'kareyt@skechers.com' |
| **Cc:** | Bobby Heller |
| **Subject:** | If you could put me in the right direction. |

Hello Karey and Fred

How are you both? It's been some time.

Sorry to trouble you with this but I reached out to Danny Schwartz but they said he is no longer with the company. So if I could trouble you with whom I could reach out to regarding Image Usages for previous bookings I would greatly appreciate it.

It has come to our attention that the images Richard has shot for Skechers are being used (or have been used) Internationally which is beyond the scope of the agreed usages for Skechers advertising....both in OOH and Consumer Print from South America to Europe.

Thanks in advance for the correct contact information.

Regards,

Bobby Heller
**O P U S**
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
.com



RR 001637

1

**EXHIBIT 33**
**178**

# EXHIBIT 34

**Mike Shahin**

| | |
|---|---|
| **From:** | Bobby Heller |
| **Sent:** | Wednesday, March 10, 2010 12:49 PM |
| **To:** | 'Karey Teng' |
| **Cc:** | 'rrpix@me.com'; 'Randy Godin'; 'inna@aabms.net'; Jorge Perez; Bobby Heller |
| **Subject:** | RE: Looking forward to speaking to you about International & Packaging / Richard Reinsdorf |
| **Attachments:** | Skechers Usage Buy Out.pdf |

Hi Karey

Here is an invoice for the Buy Out of Richard's images. This would include all usages up to date World Wide that have been used without his permission...and as I addressed earlier...since Skechers did not bring this to our attention nor do we feel that we would get an accurate listing of the usages, then we would need to do a World Wide Buy Out which is priced accordingly on the invoice attached. Skechers Brand did not own the copy write of the images that were used in South America, Europe, Asia and possibly more.

Thank you for your attention regarding this matter.

Bobby Heller
**O P U S**
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com  www.opusreps.com

**From:** Karey Teng [mailto:kareyt@skechers.com]
**Sent:** Wednesday, March 10, 2010 12:38 PM
**To:** Bobby Heller
**Cc:** rrpix@me.com; Randy Godin; inna@aabms.net
**Subject:** Re: Looking forward to speaking to you about International & Packaging / Richard Reinsdorf

Sorry we played phone tag yesterday but I will try to reach you again today after my meeting. Will try around 3 or 4pm.

On 3/10/10 12:09 PM, "Bobby Heller" <bobby@opusreps.com> wrote:

Hi Karey

From what I gather now Richard's images have also been used in Asia in OOH as well.

What I am going to do is put together a number I think is appropriate for the Buy Out of the usages and then you can bring it to your powers that be. This is not something that we are taking lightly and it needs your greatest and fastest attention. Richard owns the rights to these images and his property is being taken advantage of. We normally have clients coming to us and announcing their intent of usage and then we negotiate. Never have I had this situation before ...and certainly not in such an enormous flagrant manner. There is a lot of money that is owed Richard here for these usages. At this point we need to do a Buy Out as there is no tracking how abusively the images have been used by Skechers.

If you want to speak to me prior I am in the office today....but I would think that this would warrant the advertising departments immediate attention.

Regards,

Bobby Heller
**O P U S**

1



*Heller*
EXHIBIT NO.270
5/10/12
S. Schreiber

RR 001710

**EXHIBIT 34
179**

6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com www.opusreps.com <http://www.opusreps.com>

**From:** Bobby Heller
**Sent:** Tuesday, March 09, 2010 10:08 AM
**To:** 'Karey Teng'
**Cc:** Bobby Heller
**Subject:** Looking forward to speaking to you about International & Packaging / Richard Reinsdorf

Hi Karey

Looking forward to speaking to you about the International Consumer Print and OOH in these countries that are listed below that go beyond the scope of our original usages.

Austria
France
Chile
Germany
Italy
Netherlands
Portugal
Spain
United Kingdom
Brazil

We have put together several examples but here is one that I had been sent.  This is from Claudia Brazil.



RR 001711

**EXHIBIT 34**
**180**



As well we need to discuss the Packaging use of Richard's images as well which also are not inclusive in the original usages that were bought when we shot with you.



3

RR 001712

**EXHIBIT 34**
181

Karey...we have put together several examples of the usages around the world.   From Bus Stops to Subway Tunnels and Consumer Print.

The agreed upon usages for the shoots that we did are.....

(6) Months POS, World Wide Web, Look Books , OOH and Consumer / Trade Print N America (only). To be honest...I don't even think that the last OOH & Print in N America for the Fall/ Winter 2009 was ever paid for...but this I would have to check with you.

Normally the client comes to us directly and pre-negotiates the pricing before the usage is done.  It's very rare that I have seen someone utilize the images so widespread.  It's truly enormous.

Ok...this is what we need to discuss.

What I suggest at this point is a general buy out of all of Richard's images since there is no fair way for us to keep track of the usages.  From what I understand Asia may have been a possibility as well ....but of course this was a verbal so I don't know if this is true and very hard to track.

Bobby Heller
**O P U S**
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com  www.opusreps.com <http://www.opusreps.com>

Karey Teng
Advertising & Graphics

Skechers USA Inc.
228 Manhattan Beach Blvd.
Manhattan Beach, CA 90266
310.318.3100 x1241
kareyt@skechers.com

4

RR 001713

**EXHIBIT 34**
**182**

**OPUS PHOTO**
**Artist Representatives**

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 3/10/2010 | INVOICE | No. | 01408 |
|------|-----------|---------|-----|-------|

**Bill To**
Skechers
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Karey Teng

**Project**
Skechers by Photographer Richard Reinsdorf

Usage: All Images to Date Shot by Richard
Reinsdorf for the Skechers brand
BUY OUT

RE : "Buy Out" of all images to date by Photographer Richard Reinsdorf for Skechers Brand

| Quantity | Description | Unit Price | Tax | Net Amount |
|----------|-------------|------------|-----|------------|
| 1 | Buy Out<br>This usage is intended for the Photography rights of the images and does not include or address the models appearing in the images<br><br>DUE UPON RECEIPT | $200,000.00 | | $200,000.00 |

| Memo | Sub-Total | Sales Tax | Advance | Total Due |
|------|-----------|-----------|---------|-----------|
| | $200,000.00 | | | $200,000.00 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in the
collection of this invoice.  Client's usage rights transferred upon full payment of
this invoice.  Opus is acting exclusively as an agent in this transaction and has in
no way  produced any tangible personal property on its own behalf.

RR 001746

**EXHIBIT 34**
**183**

# EXHIBIT 35

**Subject:** Photographer Richard Reinsdorf - Skechers World Wide Usage
**Date:** Thursday, March 11, 2010 6:12 PM
**From:** Bobby Heller <bobby@opusreps.com>
**To:** <philp@skechers.com>
**Cc:** Karey Teng <kareyt@skechers.com>, Bobby Heller <bobby@opusreps.com>, Office 2004 Test Drive User <rrpix@me.com>, <rgodin@godinlaw.com>
**Category:** Agency


Dear  Mr Paccione

My name is Bobby Heller and I am  the agent for Photographer Richard Reinsdorf who has shot many times for the Skechers brand for various projects. I was asked to contact you regarding this matter by your associate Karey Teng.

It has come to our attention that Skechers has and is using Richard's images for Usages outside of the agreed scope of the Usages paid to Opus & Richard Reinsdorf.  I am speaking solely about the photography and not the talent involved as Skechers books the models directly and negotiates these usages directly as well.

Since we were not contacted for the negotiation of these usages and do not feel we will be able to get a full assessment at this point as the usage is so world wide spread, we are requesting a "buy out" of all of Richard Reinsdorf's images to date to close out the account.

Attached please find the invoice for the World Wide Buyout of the Skechers Images by Photographer Richard Reinsdorf.

Thank you in advance for attention regarding this matter.

Bobby Heller
**O P U S**
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com  www.opusreps.com <http://www.opusreps.com>

Exmples for your review.

**Claudia Magazine of Brazil – International / South American Consumer Print**



Page 1 of 7

RR 003158

EXHIBIT 35
184



RR 003159

**EXHIBIT 35**

**185**

RR 003160

EXHIBIT 35
186



RR 003161

**EXHIBIT 35**
**187**

**London Subway Billboard – International OOH / UK Europe Region**



**Packaging**



RR 003162

**EXHIBIT 35**
**188**



We also understand that the images are or were being used in Hong Kong / Asia ....and also other European Consumer Print Magazines such as British GQ.



RR 003164

**EXHIBIT 35**
**190**

# EXHIBIT 36

**Mike Shahin**

From:           Bobby Heller
Sent:           Tuesday, March 16, 2010 12:40 PM
To:             'Phil Paccione'
Subject:        RE: Photographer Richard Reinsdorf - Skechers World Wide Usage

Noted and respected.


Bobby Heller
**O P U S**
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@oousreps.com   www.opusreps.com

**From:** Phil Paccione [mailto:philp@skechers.com]
**Sent:** Tuesday, March 16, 2010 12:17 PM
**To:** Bobby Heller; 'Phil Paccione'
**Cc:** 'Karey Teng'; rrpix@me.com; rgodin@godinlaw.com; seanq@skechers.com
**Subject:** RE: Photographer Richard Reinsdorf - Skechers World Wide Usage

Dear Bob

Not worried at all.   Then have your attorney provide me and Sean with all contracts, purchase orders and other
work orders we proceeded under so Sean and I may review the scope.  Tell him to save you the money of a
chest-beating letter.  I just need facts-- contracts, purchase orders and other work orders and the basis for the
$200,000-- since all of North America was only 13,500.  I will draw my own legal conclusions.  After 21 years
at this lawyer letters neither impress nor intimidate me and, more importantly for you, they do not advance the
ball.

Get me basic information I am asking for.  If we exceeded our rights, then we will work something out that is
commercially reasonable and rationale.

Without prejudice

Phil Paccione

**From:** Bobby Heller [mailto:bobby@opusreps.com]
**Sent:** Friday, March 12, 2010 12:51 PM
**To:** Phil Paccione
**Cc:** philp@skechers.com; Karey Teng; rrpix@me.com; rgodin@godinlaw.com; Bobby Heller
**Subject:** RE: Photographer Richard Reinsdorf - Skechers World Wide Usage

Dear Pil

Not to worry. I will have our attorney contact you directly.

Bobby Heller
**O P U S**
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038

1



Heller
EXHIBIT NO. 277
5/10/12
Wendy S. Schreiber

RR 001808

**EXHIBIT 36**
**191**

P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com  www.opusreps.com

**From:** Phil Paccione [mailto:phil.paccione@gmail.com]
**Sent:** Thursday, March 11, 2010 8:08 PM
**To:** Bobby Heller
**Cc:** <philp@skechers.com>; Karey Teng; Bobby Heller; <rrpix@me.com>; <rgodin@godinlaw.com>
**Subject:** Re: Photographer Richard Reinsdorf - Skechers World Wide Usage

Dear Bob

This matter just hit my desk. As you can imagine, it needs approriate review. I don't live in the world of dropping everything I'm doing or simply taking everyone who says we owe money at face value. It will be reviewed in time. In the meantime, I would appreciate if you could provide me with all contracts, purchase orders and other work orders we proceeded under so I may review the scope. Phil Paccione


Sent from my iPhone

On Mar 11, 2010, at 6:12 PM, "Bobby Heller" <bobby@opusreps.com> wrote:


Dear  Mr Paccione

My name is Bobby Heller and I am  the agent for Photographer Richard Reinsdorf who has shot many times for the Skechers brand for various projects. I was asked to contact you regarding this matter by your associate Karey Teng.

It has come to our attention that Skechers has and is using Richard's images for Usages outside of the agreed scope of the Usages paid to Opus & Richard Reinsdorf.  I am speaking solely about the photography and not the talent involved as Skechers books the models directly and negotiates these usages directly as well.

Since we were not contacted for the negotiation of these usages and do not feel we will be able to get a full assessment at this point as the usage is so world wide spread, we are requesting a "buy out" of all of Richard Reinsdorf's images to date to close out the account.

Attached please find the invoice for the World Wide Buyout of the Skechers Images by Photographer Richard Reinsdorf.

Thank you in advance for attention regarding this matter.

Bobby Heller
**O P U S**
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com  www.opusreps.com

Exmples for your review.

**Claudia Magazine of Brazil – International / South American Consumer Print**

<image001.jpg><image002.jpg>

**London Subway Billboard – International OOH / UK Europe Region**

2

RR 001809

**EXHIBIT 36**
**192**

&lt;image003.jpg&gt;

**Packaging**

&lt;image004.jpg&gt;&lt;image005.jpg&gt;

We also understand that the images are or were being used in Hong Kong / Asia ….and also other European Consumer Print Magazines such as British GQ.

&lt;Skechers Usage Buy Out.pdf&gt;

3

RR 001810

**EXHIBIT 36**
**193**

# EXHIBIT 37

**Registration #:**

**Service Request #:**   1-379577755



**Application Date:**   04-16-2010 18:06:16

## Correspondent

**Name:**   Richard F. Reinsdorf

**Address:**   1844 N Catalina St
Burbank, CA 91505-1207 United States

## Mail Certificate

Richard E Reinsdorf
1844 N Catalina St

**EXHIBIT 37**
**194**

RR 002244

# *-APPLICATION-*



## Title

**Title of Work:** Brunette Model with Grey and Zebra Top with Black Capri Pants and Black Shoes Sitting on Cube with Pink Background

Brunette Model with Grey and Zebra Top with Black Capri Pants and Black Shoes Reclining Back on Cube with Pink Background

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 16, 2007          **Nation of 1st Publication:** United States

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** April 16, 2010

**Applicant's Tracking Number:** 061116RR0020

Page 1 of 1

**EXHIBIT 37**
**195**

RR 002245



EXHIBIT 37
196



**EXHIBIT 37**
**197**

# EXHIBIT 38

Mike S ahin

| | |
|---|---|
| **From:** | Sean Galliher [seang@skechers.com] |
| **Sent:** | Wednesday, April 28, 2010 5:36 PM |
| **To:** | Bobby Heller |
| **Cc:** | 'Phil Paccione' |
| **Subject:** | RE: Photographer Richard Reinsdorf |

Hi Bobby: I am in receipt of your email and written correspondence concerning Richard Reinsdorf. Last we spoke, I indicated that I needed to see where these photographs were used in order to track down what may or may not have happened. Obviously, this would be discoverable in any legal action. I was hopeful it wouldn't come to that as the dialogue between us seemed positive. Unfortunately, it is very difficult to know where these photographs were actually used without copies of what you are claiming. I remain hopeful that you will contact me in an effort to avoid costly litigation and we could take a look at the photographs and come to a mutual resolution of these issues. I hope to hear from you soon.

**From:** Bobby Heller [mailto:bobby@opusreps.com]
**Sent:** Wednesday, April 28, 2010 12:31 PM
**To:** phil.paccione@gmail.com; Sean Galliher
**Cc:** Richard Reinsdorf; Bobby Heller
**Subject:** Photographer Richard Reinsdorf

Dear Sean & Phil

I refer to our invoice to your company, Invoice # 01408, dated March the 10th, 2010 , made on behalf of Photographer Richard Reinsdorf.  The buyout offer made in that invoice is hereby revoked and withdrawn.

Bobby Heller
**O P U S** Los Angeles
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com    www.opusreps.com



Heller
EXHIBIT NO 227
5/10/12
Wendy S. Schreiber

RR 004200

1

**EXHIBIT 38**
**198**

# O P U S   P H O T O
### Artist Representatives

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| **Date** | 3/10/2010 | **INVOICE** | **No.** | 01408 |
|---|---|---|---|---|

**Bill To**
Skechers
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Karey Teng
and Mr Phil Paccione

**Project**
Skechers by Photographer Richard Reinsdorf

Usage: All Images to Date Shot by Richard
Reinsdorf for the Skechers brand
BUY OUT

RE : "Buy Out" of all images to date by Photographer Richard Reinsdorf for Skechers Brand

| Quantity | Description | Unit Price | Tax | Net Amount |
|---|---|---|---|---|
| 1 | Buy Out<br>This usage is intended for the Photography rights of the images and does not include or address the models appearing in the images<br><br><br>DUE UPON RECEIPT<br><br><br>Void Void Void - Offer Rescinded | $200,000.00 | | $200,000.00 |

| Memo | Sub-Total | Sales Tax | Advance | **Total Due** |
|---|---|---|---|---|
| | $200,000.00 | | | $200,000.00 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in the
collection of this invoice. Client's usage rights transferred upon full payment of
this invoice. Opus is acting exclusively as an agent in this transaction and has in
no way produced any tangible personal property on its own behalf.

RR 001963

**EXHIBIT 38**
**199**

# EXHIBIT 39

*-APPLICATION-*

## Title

**Title of Work:**  Collection of Models on Pink and Blue Backgrounds with Props

## Completion/Publication

**Year of Completion:** ~~2006~~

## Author

**Author:**  Richard E Reinsdorf

**Author Created:**  photograph(s)

**Citizen of:**  United States                    **Domiciled in:**  United States

## Copyright claimant

**Copyright Claimant:**  Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:**  Richard E Reinsdorf

**Email:**  rrpix@me.com                    **Telephone:**   818-519-3555

**Address:**  1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:**  Richard E Reinsdorf

**Date:**  May 6, 2010

**Applicant's Tracking Number:**  061116RR0074



Page  1 of 1

RR 002287

**EXHIBIT 39**
**200**



Reg 74 sample        2,488 images total

RR 002288

EXHIBIT 39
201

# EXHIBIT 40



## *-APPLICATION-*

### Title
Title of Work: Creamsickle Series

### Completion/Publication
Year of Completion: 2007

### Author
■      Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States           Domiciled In: United States

### Copyright claimant
Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions
Name: Richard E Reinsdorf

Email: rrpix@me.com                    Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification
Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 070918RR0081

Page 1 of 1

**EXHIBIT 40**
**202**

RR 002335



Reg 81          1177 images

RR 002336

**EXHIBIT 40**
**203**

# EXHIBIT 41

**Mike Shahin**

---

**From:**       Bobby Heller
**Sent:**       Tuesday, May 11, 2010 1:51 PM
**To:**         'Richard Reinsdorf'
**Cc:**         Bobby Heller
**Subject:**    Skecehrs Shoot Dates


Skechers USA                              11/16/2006
Skechers SS2008                           Prelite 9/18 shoot 9/19/2007
Skechers Lifestyle                        Prelite 4/16 shoot 4/17/2008
Skechers Corporate                        5/15/2008
Skechers Holly Robinson Peet               9/17/2008
Skechers SS2009                           Prelite 10/01 shoot 10/02/2008
Skechers Nikki Taylor & Fam                1/05/2009
Skechers Cesar Milan (under review)
Skechers Brook Burke                      5/6/2009
Skechers FW 2009                          5/28/2009
**above includes 2nd unit team**
Skechers "Shape Ups" / Dwayne              7/9/2009


Bobby Heller
**O P U S**  Los Angeles
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
**O P U S**  New York
1 W 30th St #3C
New York, NY 10001
P 646-522-4600
bobby@opusreps.com     www.opusreps.com
Facebook http://www.facebook.com/opusreps

**EXHIBIT 41**
**204**

RR 004224

# EXHIBIT 42

# OPUS

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 10/30/2006 | ESTIMATE | No. | E00133 |
|---|---|---|---|---|

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn:  Jill Simonian
Phone 310-318-3100 x 1019

**Project**
Skechers
w/ photographer Richard Reinsdorf
Shooting:  Los Angeles 11/16/2006
Usage:  Approx (24) images for P.O.S. , web
and lookbooks  (only) for 6 months

RE :  Skechers  w/ photographer Richard Reinsdorf 11/16/2006

| Quantity | Description | Unit Price | Tax | Net Amount |
|---|---|---|---|---|
| 1 | Photographer's Session Fee: (based on 10hr day) | $10,000.00 | | $10,000.00 |
| 3 | (3) Photo Assistants @ $350/per (based on 10hrs) | $350.00 | | $1,050.00 |
| 1 | Digital Capture Equipment / Set up | $1,500.00 | | $1,500.00 |
| 1 | Digital Tech @ $500 (based on 10 hours) | $500.00 | | $500.00 |
| 1 | Lighting Equipment Rental | $1,750.00 | | $1,750.00 |
| 1 | Studio Rental (billed directly to client) | direct bill | | $0.00 |
| 1 | Seamless Backdrops (gray and white) | $400.00 | | $400.00 |
| 1 | Hair Stylists (billed direct to client) | direct bill | | $0.00 |
| 1 | Make-up Stylist (billed direct to client) | direct bill | | $0.00 |
| 1 | Hair & Make-up Assistants (bill direct to client) | direct bill | | $0.00 |
| 1 | Stylist (billed / arranged direct with client) | direct bill | | $0.00 |
| 1 | Catering & Production Meals (direct bill) | direct bill | | $0.00 |
| 4 | (4)Dys Prop Stylist @ $600+20/day (based on 10) | $720.00 | | $2,880.00 |
| 1 | Prop Styling Budget (to be determined) | $2,300.00 | | $2,300.00 |
| 2 | (2) Days Production Assistant @ $200/day | $200.00 | | $400.00 |
| 1 | Miscellaneous Expenses (full receipt backup) | $300.00 | | $300.00 |
| 1 | Usage:Apprx 24Main images(asdescribed abpve) | $3,500.00 | | $3,500.00 |
| | **Props budget based on white set up (only)** | | | |
| | **This estimate does not include digital retouch | | | |
| | of the final images** | | | |
| | | | | |
| | **Overtimes are based on a 10 hour day | | | |
| | 10-12hrs = t1/2  . 12 hrs on = Double Time | | | |

| | Sub-Total | Sales Tax | Advance | Total Due |
|---|---|---|---|---|
| **Memo** | $24,580.00 | | | $24,580.00 |

If in agreement, please sign and date
and fax to 323-871-8311

Print:

Sign:                          Date:

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in the
collection of this invoice. Client's usage rights transferred upon full payment of
this invoice. Opus is acting exclusively as an agent in this transaction and has in
no way  produced any tangible personal property on its own behalf.

Heller
EXHIBIT NO.226
5/10/12
Wendy S. Schreiber

RR 001941

**EXHIBIT 42**
**205**

# OPUS

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 10/30/2006 | **ESTIMATE** | No. | E00133 |
|---|---|---|---|---|

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Jill Simonian
Phone 310-318-3100 x 1019

**Project**
Skechers
w/ photographer Richard Reinsdorf
Shooting: Los Angeles 11/16/2006
Usage: Approx (24) images for P.O.S., web
and lookbooks (only) for 6 months

RE: Skechers w/ photographer Richard Reinsdorf 11/16/2006

*pink / blue as discussed*

| Quantity | Description | Unit Price | Tax | Net Amount |
|---|---|---|---|---|
| 1 | Photographer's Session Fee: (based on 10hr day) | $10,000.00 | | $10,000.00 |
| 3 | (3) Photo Assistants @ $350/per (based on 10hrs) | $350.00 | | $1,050.00 |
| 1 | Digital Capture Equipment / Set up | $1,500.00 | | $1,500.00 |
| 1 | Digital Tech @ $500 (based on 10 hours) | $500.00 | | $500.00 |
| 1 | Lighting Equipment Rental | $1,750.00 | | $1,750.00 |
| 1 | Studio Rental (billed directly to client) | direct bill | | $0.00 |
| 1 | Seamless Backdrops (gray and white) | $400.00 | | $400.00 |
| 1 | Hair Stylists (billed direct to client) | direct bill | | $0.00 |
| 1 | Make-up Stylist (billed direct to client) | direct bill | | $0.00 |
| 1 | Hair & Make-up Assistants (bill direct to client) | direct bill | | $0.00 |
| 1 | Stylist (billed / arranged direct with client) | direct bill | | $0.00 |
| 1 | Catering & Production Meals (direct bill) | direct bill | | $0.00 |
| 4 | (4)Dys Prop Stylist @ $600+20/day (based on 10) | $720.00 | | $2,880.00 |
| 1 | Prop Styling Budget (to be determined) | $2,300.00 | | $2,300.00 |
| 2 | (2) Days Production Assistant @ $200/day | $200.00 | | $400.00 |
| 1 | Miscellaneous Expenses (full receipt backup) | $300.00 | | $300.00 |
| 1 | Usage:Apprx 24Main images(asdescribed abpve) | $5,000.00 | | $5,000.00 |
| | **Props budget based on white set up (only)** | | | |
| | **This estimate does not include digital retouch of the final images** | | | |
| | **This estimate does not include State of CA sales tax** | | | |
| | **Overtimes are based on a 10 hour day 10-12hrs = t1/2 , 12 hrs on = Double Time | | | |

| Memo | | Sub-Total | Sales Tax | Advance | Total Due |
|---|---|---|---|---|---|
| | | $26,080.00 | | | $26,080.00 |

If in agreement, please sign and date
and fax to 323-871-8311

Print: *Jason Greenberg*

Sign: *[signature]*          Date: *11/1/06*

Please make checks payable to "Opus Photo" Federal Tax ID #02-0740929
Wire transfers can be made care of the Bank of America, Los Ange as CA
ABA No : 121 000 358 / Acct No : 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.6% per month.
Payee may be responsible for any third party and/or attorney fees incurred in the
collection of this invoice. Client's usage rights transferred upon full payment of
this invoice. Opus is acting exclusively as an agent in this transaction and has in
no way produced any tangible personal property on its own behalf.



*Heller*
EXHIBIT NO. 227
5/10/12
Wendy S. Schreiber

RR 001028

**EXHIBIT 42**
206

Bobby Heller

From:      Bobby Heller
Sent:      Tuesday, September 11, 2007 5:19 PM
To:        'kareyt@skechers.com'
Subject:   Hi Karey...Estimate for Skechers Spring / Summer 2008

Hi Karey

Here is the Estimate for Richard Reinsdorf's Skechers Spring / Summer 2008 shoot next week. I placed
the usage for the advertising (ooh and print) in their for reference but of course it is only billed if you
choose to use this. Once we finalize the estimate we will bill the advance to pay for his team etc.

Regards,

Bobby Heller
O [· U S
6442 Santa Monica Blvd #200B
Los Angeles, CA 90038
P 323-871-8300 Fx 323-871-8311
bobby@opusreps.com   www.opusreps.com



8/9/2011

**EXHIBIT 42**
**207**

RR 001257

# OPUS

8442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 9/11/2007 | | ESTIMATE | | No. | E00254 |
|------|-----------|---|----------|---|-----|--------|

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn:  Jill Simonian
Phone 310-318-3100 x 1019

**Project**
Skechers "Lifestyle"
w/ photographer Richard Reinsdorf
**Shooting:  Pre Lite 9/18  & Shoot 9/19/2007**
Usage:  Approx (tbd) images for P.O.S. , web
, lookbooks , ooh and print for 6 months

RE :  Skechers "Lifestyle" Photo shoot  w/ photographer Richard Reinsdorf  prelite 4/16  shoot 4/17/2008

| Quantity | Description | Unit Price | Tax | Net Amount |
|----------|-------------|------------|-----|------------|
| 1 | Photographer's Pre Lite Session Fee | $3,300.00 | | $3,300.00 |
| 1 | Photographer's Shoot Session Fee | $10,000.00 | | $10,000.00 |
| 6 | (3)Assists PreLite & (3) Assists Shoot (bsed on10) | $350.00 | | $2,100.00 |
| 1 | (1) Days Digital Capture Rental + 1 addtnl mon | $1,600.00 | | $1,600.00 |
| 2 | (2) Days Digital Tech (based on 10 hrs) | $500.00 | | $1,000.00 |
| 1 | Lighting Equipment Rental | $2,500.00 | | $2,500.00 |
| 1 | Seamless Backdrops  (2 Seamless Rolls) | $400.00 | | $400.00 |
| 1 | Hair, Make-up , Stylist & Assistants | per client | | $0.00 |
| 1 | Studio, Catering & Production Meals | per client | | $0.00 |
| 4 | (4)Days Prop Stylist @ $600 + 20% | $720.00 | | $2,880.00 |
| 1 | Prop Budget | $2,500.00 | | $2,500.00 |
| 1 | Studio Repaint (2 Studios ) just in case | tbd | | $0.00 |
| 3 | (3) Days Production Assistant | $200.00 | | $600.00 |
| 1 | Miscellaneous Expeneses (with rcpt back up) | $300.00 | | $300.00 |
| 1 | Usage: (all)  pos, web and looks books | $5,000.00 | | $5,000.00 |
| 1 | Usage:(all) ooh, print (if this usage is chosen) | $8,500.00 | | $8,500.00 |
| 1 | Printer , Printer Tech, Inks & Paper | $1,000.00 | | $1,000.00 |
| | **advance is required prior to commencement** | | | |
| | **This estimate does not include digital retouch | | | |
| | of the final images** | | | |
| | | | | |
| | **Overtimes are based on a 10 hour day | | | |
| | 10-12hrs = t1/2   , 12 hrs on = Double Time | | | |

**Memo**

If in agreement, please sign and date
and fax to 323-871-8311

Print:

Sign:                              Date:

| | Sub-Total | Sales Tax | Advance | Total Due |
|---|-----------|-----------|---------|-----------|
| | $41,680.00 | | | $41,680.00 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No . 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in
the collection of this invoice. Client's usage rights transferred upon full payment
of this invoice. Opus is acting exclusively as an agent in this transaction and has
in no way  produced any tangible personal property on its own behalf.

RR 001042

**EXHIBIT 42**
**208**

# OPUS

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 3/31/2008 |
|------|-----------|

## ESTIMATE

| No. | E00333 |
|-----|--------|

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Karey Teng
Phone 310-318-3100 x 1386

**Project**
Skechers 2008 Spring Summer
w/ photographer Richard Reinsdorf
Shooting: Pre Lite 4/16 & Shoot 4/18/2007
Usage: Approx (tbd) images for P.O.S. , web
, lookbooks , ooh and print for 6 months

RE : Skechers "Lifestyle" Photo shoot w/ photographer Richard Reinsdorf prelite 4/16 shoot 4/17/2008

| Quantity | Description | Unit Price | Tax | Net Amount |
|----------|-------------|-----------|-----|------------|
| 1 | Photographer's Pre Lite Session Fee | $3,300.00 | | $3,300.00 |
| 1 | Photographer's Shoot Session Fee | $10,000.00 | | $10,000.00 |
| 6 | (3)Assists PreLite & (3) Assists Shoot (bsed on10) | $350.00 | | $2,100.00 |
| 1 | (1) Days Digital Capture Rental + 1 addtnl mon | $1,600.00 | | $1,600.00 |
| 2 | (2) Days Digital Tech (based on 10 hrs) | $500.00 | | $1,000.00 |
| 1 | Lighting Equipment Rental | $2,500.00 | | $2,500.00 |
| 1 | Seamless Backdrops (2 Seamless Rolls) | $400.00 | | $400.00 |
| 1 | Hair, Make-up , Stylist & Assistants | per client | | $0.00 |
| 1 | Studio, Catering & Production Meals | per client | | $0.00 |
| 5 | (5)Days Prop Stylist @ $600 + 20% | $720.00 | | $3,600.00 |
| 1 | (4) Days Assist @ $300 + $5000 props rental/fab | $5,200.00 | | $5,200.00 |
| 1 | Studio Repaint (2 Studios ) just in case | tbd | | $0.00 |
| 3 | (3) Days Production Assistant | $200.00 | | $600.00 |
| 1 | Miscellaneous Expeneses (with rcpt back up) | $300.00 | | $300.00 |
| 1 | Usage: (all) pos, web and looks books | $5,000.00 | | $5,000.00 |
| 1 | Usage:(all) ooh, print (if this usage is chosen) | $8,500.00 | | $8,500.00 |
| 1 | Printer , Printer Tech, Inks & Paper | $1,000.00 | | $1,000.00 |
| | **advance is required prior to commencement** | | | |
| | **This estimate does not include digital retouch of the final images** | | | |
| | **This estimate does not include State of CA sales tax** | | | |
| | **Overtimes are based on a 10 hour day 10-12hrs = t1/2 , 12 hrs on = Double Time | | | |

**Memo**

If in agreement, please sign and date
and fax to 323-871-8311

Print:

Sign:                    Date:

| Sub-Total | Sales Tax | Advance | Total Due |
|-----------|-----------|---------|-----------|
| $45,100.00 | | | $45,100.00 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592 Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in
the collection of this Invoice. Client's usage rights transferred upon full payment
of this invoice. Opus is acting exclusively as an agent in this transaction and has
in no way produced any tangible personal property on its own behalf.



Heller
EXHIBIT NO. 252
5/10/12
Wendy S. Schreiber

RR 001069

**EXHIBIT 42**
**209**

# OPUS

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 9/30/2008 | ESTIMATE | No. | E00445 |

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Karey Teng
Phone 310-318-3100 x 1386

**Project**
Skechers 2009 Spring Summer
w/ photographer Richard Reinsdorf
Shooting: Pre Lite 10/1 & Shoot 10/2/2008
Usage: (6months) U.S, pos, web, looksbooks, ooh
print and collateral

RE : Skechers Spring/Summer 09Photo   w/ photographer Richard Reinsdorf  pre-lite10/1&Shoot10/2/2008

| Quantity | Description | Unit Price | Tax | Net Amount |
|---|---|---|---|---|
| 1 | Photographer's Pre Lite Session Fee | $3,300.00 | | $3,300.00 |
| 1 | Photographer's Shoot Session Fee | $10,000.00 | | $10,000.00 |
| 8 | (4)Assists PreLite & (34 Assists Shoot (bsed on10) | $350.00 | | $2,800.00 |
| 1 | (1) Days Digital Capture Rental + 1 addtnl mon | $1,600.00 | | $1,600.00 |
| 2 | (2) Days Digital Tech (based on 10 hrs) | $500.00 | | $1,000.00 |
| 1 | Lighting Equipment Rental | $2,600.00 | | $2,600.00 |
| 1 | Seamless Backdrops  (2 Seamless Rolls) | $400.00 | | $400.00 |
| 1 | Hair, Make-up , Stylist & Assistants | per client | | $0.00 |
| 1 | Studio, Catering & Production Meals | per client | | $0.00 |
| 1 | Prop Stylist | per client | | $0.00 |
| 1 | Prop Styling Assist | per client | | $0.00 |
| 1 | Studio Repaint (2 Studios ) just in case | tbd | | $0.00 |
| 3 | (3) Days Production Assistant | $200.00 | | $600.00 |
| 1 | Miscellaneous Exps  (with rcpt back up if any) | $300.00 | | $300.00 |
| 1 | Usage: (all)  pos, web and looks books N America | $5,000.00 | | $5,000.00 |
| 1 | Usage:(all) ooh, print  N America | $8,500.00 | | $8,500.00 |
| 1 | Printer , Printer Tech, Inks & Paper | $1,000.00 | | $1,000.00 |
| | **advance is required prior to commencement** | | | |
| | **This estimate does not include digital retouch | | | |
| | of the final images** | | | |

**Overtimes are based on a 10 hour day
10-12hrs = t1/2  , 12 hrs on = Double Time

| Memo | | Sub-Total | Sales Tax | Advance | Total Due |
|---|---|---|---|---|---|
| | | $37,100.00 | | | $37,100.00 |

If in agreement. please sign and date
and fax to 323-871-8311

Print:

Sign:                     Date:

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No  121 000 358 / Acct No  034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in
the collection of this invoice. Client's usage rights transferred upon full payment
of this invoice. Opus is acting exclusively as an agent in this transaction and has
in no way  produced any tangible personal property on its own behalf.



Heller
EXHIBIT NO. 358
5/10/12
S. Schreiber

RR 001109

**EXHIBIT 42**
**210**

# OPUS

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 4/30/2009 | | ESTIMATE | No. | E00561 |
|------|-----------|--|----------|-----|--------|

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Karey Teng
Phone: 310-318-3100 x 1386

**Project**
Skechers FW 2009 & Shape-Ups
w/ Photographer Richard Reinsdorf
Shooting: Shapeups5/12 & Skechers 5/28/09
Usage: (6 Months) U.S. , pos, web, lookbooks,
ooh, print & collateral

RE : Skechers 2009 Fall Winter 5/28/2009 and Shape-ups 5/12/2009 w/ Photographer Richard Reinsdorf

| Quantity | Description | Unit Price | Tax | Net Amount |
|----------|-------------|------------|-----|------------|
| 1 | Photographer Prelite Session Fee $3,300.00 | tbd | | $0.00 |
| 1.5 | Photographer's Session Fee 5/12 (1/2) & 5/28 | $10,000.00 | | $15,000.00 |
| 4 | (4) Assistants (pre lite) @ $350 per assist on 10 | tbd | | $0.00 |
| 7 | (4) Assist 5/28/09 & (3) Assists 5/12/09 @ $350 | $350.00 | | $2,450.00 |
| 2 | Digital Capture Rental + 1 Additional Monitor | $1,600.00 | | $3,200.00 |
| 1 | Lighting Equipment Rental | $3,500.00 | | $3,500.00 |
| 1 | (1) Day Digital Tech (pre lite) @ $500 | tbd | | $0.00 |
| 2 | (1) Day Tech 5/12/09 & (1) Day Tech 5/28/2009 | $500.00 | | $1,000.00 |
| 1 | Seamless Backdrops (3 Seamless Rolls) | $600.00 | | $600.00 |
| 1 | Glam Squad (hair , make-up & styling) | per client | | $0.00 |
| 1 | Art Department Assistant (per creative) | tbd | | $0.00 |
| 1 | Art Department Budget (per creative) | tbd | | $0.00 |
| 1 | Studio Repaint | tbd | | $0.00 |
| 1 | Studio Rental | per client | | $0.00 |
| 4 | (4) Day Production Assistant @ $200/day | $200.00 | | $800.00 |
| 1 | Miscellaneous Expenses (w/ back up if any) | $300.00 | | $300.00 |
| 1 | Usage: (all) pos , web and lookbooks N America | $5,000.00 | | $5,000.00 |
| 1 | Usage: (all) ooh, print N America | $8,500.00 | | $8,500.00 |
| 1 | On Set Printer incl Tech , Paper & Ink 5/12/2009 | tbd | | $0.00 |
| 1 | On Set Printer incl Tech, Paper & Ink  5/28/2009 | $1,000.00 | | $1,000.00 |
| | **advance is required prior to commencement** | | | |
| | **this estimate does not include digital post** | | | |
| | **overtimes are based on a 10 hour day** | | | |

| Memo | Sub-Total | Sales Tax | Advance | Total Due |
|------|-----------|-----------|---------|-----------|
| | $41,350.00 | | | $41,350.00 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in the
collection of this invoice. Client's usage rights transferred upon full payment of
this invoice. Opus is acting exclusively as an agent in this transaction and has in
no way  produced any tangible personal property on its own behalf.

*Heller*

EXHIBIT NO. 262
5/10/12
Wendy S. Schreiber

**EXHIBIT 42**
211

RR 001606

05/27/2009  08:32    3103181279                    SKECHERS                              PAGE  01/01

# OPUS

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 4/30/2009 | ESTIMATE | No. | E00561 |

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Karey Teng
Phone: 310-318-3100 x 1386

**Project**
Skechers FW 2009
w/ Photographer Richard Reinsdorf
Shooting:   5/28/09
Usage: (6 Months)  **see individual usage
purchases below**

RE : Skechers 2009 Fall Winter 5/28/2009 and Shape-ups 5/12/2009 w/ Photographer Richard Reinsdorf

| Quantity | Description | Unit Price | Tax | Net Amount |
|---|---|---|---|---|
| | | | | $0.00 |
| 1 | Photographer's Session Fee5/28/09 "Skechers" | $8,000.00 | | $8,000.00 |
| | | tbd | | $0.00 |
| 4 | (4) Photo Assists  5/28/09 | $350.00 | | $1,400.00 |
| 1 | Digital Capture Rental + 1 Additional Monitor | $1,600.00 | | $1,600.00 |
| 1 | Lighting Equipment Rental | $2,500.00 | | $2,500.00 |
| | | | | $0.00 |
| 1 | (1) Day Digital Tech | $500.00 | | $500.00 |
| 1 | Seamless Backdrops (2 Seamless Rolls) | $400.00 | | $400.00 |
| 1 | Glam Squad (hair , make-up & styling) | per client | | $0.00 |
| 1 | Art Department Assistant  (per creative) | tbd | | $0.00 |
| 1 | Art Department Budget (per creative) | tbd | | $0.00 |
| 1 | Studio Repaint | tbd | | $0.00 |
| 1 | Studio Rental | per client | | $0.00 |
| 2 | (2) Production Assistant @ $200/day | $200.00 | | $400.00 |
| 1 | Miscellaneous Expenses (w/ back up if any) | $300.00 | | $300.00 |
| 1 | Usage:(both) pos , web and lookbooks N America | $5,000.00 | | $5,000.00 |
| 1 | On Set Printer Tech (incl equips, paper & ink) | $1,000.00 | | $1,000.00 |
| | | | | $0.00 |
| | Additional Usage Option: (if used by client) | $8,500.00 | | $0.00 |
| | (Any Image(s) for OOH & Print North America | | | |
| | **Overtimes are based on 10 hour day** | | | |
| 1 | Additional Photo Team (including equips) | $5,000.00 | | $5,000.00 |
| | Usages: (stated above) apply to 2nd photo team | | | |

**Memo**

If in agreement, please sign & date
and fax back to 323-871-8311

Print: Denny Schwarz

Sign: ✗

Date: 5/27/09

| | Sub-Total | Sales Tax | Advance | Total Due |
|---|---|---|---|---|
| | $26,100.00 | | | $26,100.00 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41502  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in the
collection of this invoice. Client's usage rights transferred upon full payment of
this invoice. Opus is acting exclusively as an agent in this transaction and has in
no way produced any tangible personal property on its own behalf.



Heller
EXHIBIT NO. 264
5/10/12
Wendy S. Schreiber

RR 001125

**EXHIBIT 42**
212

# EXHIBIT 43

1  **WILLIAM J. BRIGGS II (BAR NO. 144717)**
   **HENRY L. SELF III (BAR NO. 223153)**
2  **LAVELY & SINGER**
   **PROFESSIONAL CORPORATION**
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
5  Email: wbriggs@lavelysinger.com
         hself@lavelysinger.com
6
   Attorneys for Plaintiff
7  RICHARD REINSDORF

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12  RICHARD REINSDORF, an          )  CASE NO. CV10-7181-DDP (SSx)
    individual,                    )
13                                 )  **PLAINTIFF RICHARD**
                                   )  **REINSDORF'S RESPONSES TO**
14        Plaintiff,               )  **DEFENDANT SKECHERS U.S.A.,**
                                   )  **INC. AND SKECHERS U.S.A.,**
15        v.                       )  **INC. II'S FIRST SET OF**
                                   )  **REQUESTS FOR ADMISSION**
16  SKECHERS U.S.A., INC., a       )
    Delaware corporation; SKECHERS )  [Hon. Dean D. Pregerson, Room 3]
17  U.S.A., INC. II, a Delaware    )
    corporation; and DOES 1–10,    )  Discovery Cut-Off: April 2, 2012
18  inclusive,                     )  Motion Cut-Off: May 4, 2012
                                   )  Trial Date: July 10, 2012
19        Defendants.              )
                                   )
20

21  PROPOUNDING PARTY:    **Defendants Skechers U.S.A., Inc. and**

22                        **Skechers U.S.A., Inc. II**

23  RESPONDING PARTY:     **Plaintiff Richard Reinsdorf**

24  SET NO:               **One (1–11)**

25

26

27

28

K:\4814-2\DIS\RSP TO RFAs ONE 122011.wpd                    1

**EXHIBIT 43**
**213**

1   1-720-209 (attached to YOUR COMPLAINT as Exhibit A, page 52).

2   **RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

3       Responding Party incorporates by this reference each and every general

4   objection as though fully set forth herein.  Without waiving the foregoing objections,

5   Responding Party responds: Admit.

6

7   **REQUEST FOR ADMISSION NO. 6:**

8       Admit that YOU did not register with the United States Copyright Office the

9   photograph identified on Certificate of Registration Number VA 1-720-209

10   (attached to YOUR COMPLAINT as Exhibit A, page 52) until May 6, 2010, more

11   than three months after the alleged date of first publication of that photograph.

12   **RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

13       Responding Party incorporates by this reference each and every general

14   objection as though fully set forth herein.  Without waiving the foregoing objections,

15   Responding Party responds: Admit.

16

17   **REQUEST FOR ADMISSION NO. 7:**

18       Admit that YOU did not register with the United States Copyright Office any

19   of the photographs identified on YOUR COPYRIGHT CERTIFICATES until April

20   16, 2010.

21   **RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

22       Responding Party incorporates by this reference each and every general

23   objection as though fully set forth herein.  Without waiving the foregoing objections,

24   Responding Party responds: Admit.

25

26   **REQUEST FOR ADMISSION NO. 8:**

27       Admit that all of the photographs identified on YOUR COPYRIGHT

28   CERTIFICATES were registered by YOU with the United States Copyright Office

**EXHIBIT 43**
**214**

1 │ between April 16, 2010 and July 7, 2010.

2 │ **RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

3 │ Responding Party incorporates by this reference each and every general

4 │ objection as though fully set forth herein. Without waiving the foregoing objections,

5 │ Responding Party responds: Deny.

6 │

7 │ **REQUEST FOR ADMISSION NO. 9:**

8 │ Admit that YOU did not register with the United States Copyright Office any

9 │ of the photographs identified on YOUR COPYRIGHT CERTIFICATES within

10 │ three months of those photographs' alleged "Date of 1st Publication" or "Year of

11 │ Completion."

12 │ **RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

13 │ Responding Party incorporates by this reference each and every general

14 │ objection as though fully set forth herein. Without waiving the foregoing objections,

15 │ Responding Party responds: Admit.

16 │

17 │ **REQUEST FOR ADMISSION NO. 10:**

18 │ Admit that YOU do not contend that SKECHERS has infringed YOUR

19 │ alleged copyright interest in the photographs taken at the CELEBRITY SHOOTS.

20 │ **RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

21 │ Responding Party incorporates by this reference each and every general

22 │ objection as though fully set forth herein. Without waiving the foregoing objections,

23 │ Responding Party responds: Responding Party currently lacks information or belief

24 │ sufficient to admit or deny this statement, and therefore denies it.

25 │

26 │ **REQUEST FOR ADMISSION NO. 11:**

27 │ Admit that YOUR COMPLAINT does not allege that the photographs taken

28 │ at the CELEBRITY SHOOTS are at issue in this ACTION.

K:\4814-2\DIS\RSP TO RFAs ONE 122011.wpd          7

**EXHIBIT 43**
**215**

## PROOF OF SERVICE
FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2049 Century Park East, Suite 2400, Los Angeles, California  90067-2906.

On **December 20, 2011,** I served the foregoing document described as:

**PLAINTIFF RICHARD REINSDORF'S RESPONSES TO DEFENDANT SKECHERS U.S.A., INC. AND SKECHERS U.S.A., INC. II'S FIRST SET OF REQUESTS FOR ADMISSION**

on the interested parties in this action by placing:
   **[X] a true and correct copy -OR- [ ] the original document**
thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Daniel M. Petrocelli, Esq. | ***Attorneys for Defendants*** |
| Robert C. Welsh, Esq. | **Skechers U.S.A., Inc. and** |
| Justine M. Daniels, Esq. | **Skechers U.S.A., Inc. II** |
| O'Melveny & Myers LLP | |
| 1999 Avenue of the Stars | |
| 7th Floor | |
| Los Angeles, California 90067-6035 | |

**[X]   BY MAIL:**
   [ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
   [X]   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed **December 20, 2011,** at Los Angeles, California.

_Jelena Jovanovic_
Jelena Jovanovic

EXHIBIT 43
216

# EXHIBIT 44

1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  ROBERT C. WELSH (S.B. #130782)
   rwelsh@omm.com
3  DREW E. BREUDER (S.B. #198466)
   dbreuder@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Defendants
8  Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                                    Case No. CV10-7181-DDP (SSx)

12  RICHARD REINSDORF,              Hon. Dean D. Pregerson

13               Plaintiff,         **DECLARATION OF FRED MACHUCA
                                    IN SUPPORT OF DEFENDANTS
14       v.                         SKECHERS U.S.A., INC. AND
                                    SKECHERS U.S.A., INC. II'S NOTICE
15  SKECHERS U.S.A., INC.;          OF MOTION AND MOTION TO
    SKECHERS U.S.A., INC. II; and   DISMISS PLAINTIFF RICHARD
16  DOES 1-10,                      REINSDORF'S COMPLAINT**

17               Defendants.        Courtroom:   3 (2nd Floor)
                                    Date:        December 6, 2010
18                                  Time:        10:00 a.m.

19

20

21

22

23

24

25

26

27

28
                                    DECLARATION OF FRED MACHUCA ISO
                                    SKECHERS' MOTION TO DISMISS
                                    CV10-7181-DDP (SSx)

**EXHIBIT 44**
**217**

## DECLARATION OF FRED MACHUCA

I, Fred Machuca, the undersigned, hereby declare:

1.     I have been employed at Skechers U.S.A., Inc. ("Skechers") since approximately July 2002. I was personally involved in all the photo shoots involving plaintiff Richard Reinsdorf that occurred between 2006 and 2009, which I understand are the subject of Mr. Reinsdorf's complaint against Skechers. I make this declaration in support of Skechers' motion to dismiss. I know all the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2.     Currently, I am Vice President Creative Design within Skechers' Graphic Design department. I oversee the production of all graphic advertising, marketing and promotional material for Skechers (the "Skechers Advertisements"). Among the many different types of Skechers Advertisements produced by the Graphic Design department are catalogs, booklets, in-store graphics, print and outdoor advertisements, point of purchase (POP) materials, as well as Skechers Advertisements used by Skechers in its showrooms, for its trade shows, and in connection with its corporate presentations.

3.     During the period 2005 to July 2010, I was the Art Director within Skechers' Graphic Design department. Among other things, I supervised the activities of Skechers' graphic designers, who were tasked with the responsibilities of designing, producing and/or overseeing the production of Skechers Advertisements. I also personally designed and produced some of these Skechers Advertisements. During this period, I reported to Jason Greenberg, who was then the Vice President Visual Imaging, and who oversaw the activities of the Graphic Design department. Ultimately, all Skechers Advertisements must be approved by Robert Greenberg, Skechers' founder and CEO.

4.     Mr. Reinsdorf was hired by Skechers solely for the purpose of taking photographs to be incorporated in Skechers Advertisements. All of the photographs

1

DECLARATION OF FRED MACHUCA
CV10-7181-DDP (SSx)

**EXHIBIT 44**
**218**

1   taken by Mr. Reinsdorf at the 2006 to 2009 photo shoots were based on designs

2   developed by Skechers' graphic designers for the purpose of being incorporated

3   into Skechers Advertisements. These photographs were never intended to be used

4   for any other purpose and Skechers has not permitted these photographs to be used

5   for any other purpose.

6        5.     The taking of the photographs by Mr. Reinsdorf at the 2006 through

7   2009 photo shoots is but one step in an entire process that Skechers controls. That

8   process begins with the creation of the storyboards or "rough comps" by Skechers'

9   graphic designers, which depict the mood or sentiment to be conveyed by a

10   particular set of Skechers Advertisements, including a depiction of the poses of the

11   models. Initially, Skechers assigns one or more of its graphic designers to be

12   responsible for producing images for Skechers' three principal divisions: Sport

13   (men's and women's athletic footwear); USA (men's and women's dress or fashion

14   footwear); and Cali (women's casual footwear). The graphic designers meet with

15   representatives of each division to determine the footwear to be featured in

16   Skechers Advertisements. The graphic designers then prepare original designs

17   indicating how the completed Skechers Advertisements will look. These original

18   designs may be in the form of storyboards, which depict the designer's vision of

19   various aspects of the completed Skechers Advertisements. Often, these

20   storyboards are accompanied by "tear sheets" or images taken from magazines,

21   internet postings, etc., that illustrate aspects of the completed design that the

22   designer wishes to achieve. Alternatively, these designs may be in the form of

23   "rough comps," which collect various images, poses, scenes, props, moods, color,

24   lighting, etc., that the designer wishes to feature in the completed Skechers

25   Advertisements. Before any of these designs are produced, they must first be

26   approved by me and/or Jason Greenberg.

27        6.     Once Skechers determines the number of separate promotional images

28   to be captured during a photo shoot, Skechers contacts various third party

1    vendors—like Mr. Reinsdorf—whose purpose is to assist Skechers in the

2    production of the images to be used in these Skechers Advertisements. Jason

3    Greenberg and I are personally involved in the hiring of these third party vendors

4    and we supervise their activities.

5         7.    In connection with the 2006 to 2009 photo shoots that I understand are

6    the subject of Mr. Reinsdorf's complaint, it is my recollection that these shoots

7    occurred at an independent studio located at 5th Street and Sunset Boulevard.

8    Skechers selected the studio that was used during these photo shoots and handled

9    the booking of the studio. For each photo shoot, Skechers determined the amount

10   of floor space that would be required based on the number of different "sets" or

11   areas that were required to capture the images designed by the graphic designers.

12   Skechers also determined the amount of studio time needed to be booked, which in

13   turn is based on Skechers' determination of how long it will take to complete the

14   photo shoot. Skechers paid for the studio directly. Mr. Reinsdorf had no

15   involvement in the selection of or booking arrangements for the studio used by

16   Skechers in these photo shoots.

17        8.    In consultation with the graphic designers, Jason Greenberg, Danny

18   Schwartz (an Executive Assistant to Robert Greenberg and someone who was

19   familiar with the types of models and images that Mr. Greenberg preferred to use in

20   Skechers Advertisements), and I selected the models to be used in the photo shoots.

21   We used the "headshots" sent to us by the modeling agency to select the models

22   that were used in the photo shoot based on our collective judgments about which

23   models best embodied the mood or sentiment we were trying to create with each set

24   of images. We also determined the number of the models to be used in these photo

25   shoots. Skechers paid the modeling agency directly for the services of the models

26   and also secured the right to use the model's images in Skechers Advertisements.

27   Mr. Reinsdorf had no involvement in the actual selection of the models used in

28   these photo shoots.

<center>3</center>

DECLARATION OF FRED MACHUCA
CV10-7181-DDP (SSx)

**EXHIBIT 44**
**220**

9.      Jason Greenberg and I also selected the clothing that the models wore during the photo shoots, again based on our judgments of the type of mood or sentiment we wished to create for each particular set of images. Once we have the models' sizes, we commissioned a third party wardrobe person to purchase clothing for the models consistent with our specifications. Before each photo shoot, Mr. Greenberg and/or I reviewed and approved the clothing purchased by the wardrobe person. In certain instances, we directed that additional clothing be purchased. We also hired the hair stylist and make-up person who prepare the models at the photo shoots. Again, Skechers paid for the wardrobe used by the models as well as for the services of the wardrobe person, hair stylist and make-up artist. Mr. Reinsdorf had no involvement in the selection of the clothing, hair styling or make-up that was used in these photo shoots.

10.      In advance of each photo shoot, we had a meeting with Mr. Reinsdorf at Skechers' Graphic Design department. At that meeting, the graphic designers and I (often accompanied by Jason Greenberg) went over the storyboards, tear sheets and rough comps that had been prepared for each of the sets of images to be used in Skechers Advertisements. To the extent there were any special props to be used, we identified what we wanted and discussed how they would be used at the photo shoot. We also identified any special lighting issues, such as creating lighting consistent with an outdoor or beach scene, the use of shadows, etc. so that the appropriate lighting would be available at the photo shoot. We also discussed how the models would be framed within the image we desired, whether we wanted close ups or full body shots, as well as the expression we wanted on the model's face.

11.      At these meetings with Mr. Reinsdorf, I recall a few instances in which he made suggestions that were different from what the graphic designers and I had developed. For example, I recall he suggested using a crane to shoot a particular scene from above. I do not recall a single instance in which we made any material

4

DECLARATION OF FRED MACHUCA
CV10-7181-DDP (SSx)

**EXHIBIT 44**
**221**

1  changes to the images we had developed based on any suggestions made by Mr.
2  Reinsdorf.

3      12.    At each of the photo shoots involving Mr. Reinsdorf, Skechers
4  personnel erected a large board, which contained the storyboards, tear sheets and
5  rough comps for each of the images Skechers wished to create for its Skechers
6  Advertisements. The graphic designers, Mr. Greenberg and I then met with Mr.
7  Reinsdorf in front of this big board, where we once again went over the images that
8  Skechers wished to capture. The graphic designers and I (sometimes with the
9  assistance of Jason Greenberg) were also personally involved in creating each "set"
10 or area in the studio where the models or other materials would be photographed.
11 Mr. Greenberg also oversaw the wardrobe worn by each model and, in certain
12 instances, directed that changes be made.

13     13.    The graphic designers and I also used the big board in connection with
14 meetings we had with the models in advance of the actual shoot. We showed the
15 models the storyboards, tear sheets or rough comps for the scenes in which they
16 would be involved so they could better understand the poses, mood or feeling we
17 wanted them to exhibit during the photo shoot.

18     14.    Given the extensive advance detail that the graphic designers and I
19 (along with Mr. Greenberg) provided to Mr. Reinsdorf and the models, the photo
20 shoots were essentially assembly-line affairs. By that I mean that each model that
21 Skechers had selected to appear in a particular "scene" would come on to the set,
22 assume the pose we had given them (or would be posed by the graphic designer
23 responsible for those sets of images), and then their photographs were taken by Mr.
24 Reinsdorf. After the photographs for one model had been taken, the next model
25 would come on the "set" and the same process would repeat itself until all the
26 models for those particular set of images had been photographed. Typically (but
27 not always), we would complete the photographs of all the models selected for a
28 particular set of images before moving to the next area and starting the process all

5

**EXHIBIT 44**
**222**

1   over again. We continued this basic process until all models in all areas had been

2   photographed. At the conclusion of the photo shoot and before he left the studio,

3   Mr. Reinsdorf downloaded all the raw photographs he had taken onto a portable

4   hard drive provided by me or someone else at Skechers.

5       15.   Mr. Reinsdorf was hired only to provide the "raw" photographs that

6   were taken at the photo shoots without any "touch-ups" or any other enhancements

7   or alterations having been made to the photographs. Mr. Reinsdorf delivered the

8   raw photos to Skechers at the end of each photo shoot before he left the studio.

9       16.   Once Mr. Reinsdorf delivered the raw photographs, his job was

10   concluded and he had no further involvement in the process by which finished

11   Skechers Advertisements were created. Skechers has never incorporated a raw

12   photograph taken by Mr. Reinsdorf in any Skechers Advertisements without first

13   making significant additional enhancements, alterations and modifications. Indeed,

14   the raw photographs are not suitable for commercial use without such

15   enhancements, alterations and modifications.

16       17.   Every aspect of the raw photographs is subject to material changes and

17   enhancements. Many of these modifications are made to the appearance of the

18   models themselves and include adjustments to the models' hair, body contour and

19   skin tone, and removal of blemishes, excess body hair or tattoos. In many

20   instances, Skechers mixes and matches models from different pictures to create a

21   completely different image. In other instances, Skechers literally mixes and

22   matches different body parts. Thus, the head from one model may be placed on the

23   body of another model, or the legs from one model may be placed on the body of a

24   different model. Additionally, Skechers adds additional background materials that

25   were not included in the raw photographs or completely changes the background.

26   These modifications are performed on Skechers' computers using the Photoshop,

27   Illustrator and Indesign computer programs.

28

<div align="center">6</div>

DECLARATION OF FRED MACHUCA
CV10-7181-DDP (SSx)

**EXHIBIT 44**

**223**

18.     All of the enhancements and alterations were made by me and the graphic designers (in consultation with Jason Greenberg) without Mr. Reinsdorf's involvement or input. Significantly, although Mr. Reinsdorf would eventually see finished Skechers Advertisements, at no time did he ever take issue with the changes we made to the "raw" photographs. At all times it was understood that Skechers would be able to make such enhancements and/or alterations as it determined would be necessary or desirable.

19.     Illustrative of Skechers' control over the creation and production of Skechers Advertisements is a particular image that Mr. Reinsdorf identifies specifically in his complaint. Mr. Reinsdorf claims that he was the creative force behind a particular image that was taken at the October 2, 2008 photo shoot, which depicts a female model with golden brown hair who "pouts her lips" while wearing large brown sunglasses. *See* Complaint ¶ 26. In truth, I was the person who designed this image from beginning to end.

20.     Attached hereto as Exhibit A is a true and correct copy of the rough comp I personally created for this image. Exhibit A is a photograph of my rough comp as it appeared on the big board we had assembled at the October 2, 2008 photo shoot. The photograph was taken by Loren Gillum, one of Skechers' graphic designers, who also attended this photo shoot.

21.     I created this rough comp several weeks before the photo shoot. As is plainly evident, it was my idea to capture a girl with golden brown hair and large brown sunglasses who would pose with "pouted" lips. Although not as clearly visible, there is a disco ball in the upper left hand corner of Exhibit A. I wanted an image of a disco ball to be used in the final Skechers Advertisement as the feeling or sentiment I wanted to create was what I referred to as "1980's Miami Nights." Therefore, in my meetings with Mr. Reinsdorf before the photo shoot, I both showed him the rough comp and told him to secure a disco ball for the photo shoot.

7

DECLARATION OF FRED MACHUCA
CV10-7181-DDP (SSx)

EXHIBIT 44
224

22.    I also selected the model used in this photograph because she had the same hair color and full lips as in the rough comp and therefore could provide us with the image I was looking for.  I directed our wardrobe person to purchase the large brown sunglasses similar to the ones depicted in the rough comp.  At the photo shoot, I directed that the model wear the sunglasses as well as to "pout" her lips as is captured in the photographs.  Additionally, Mr. Greenberg and I determined the clothing she would wear, how her hair would be styled, and the jewelry and accessories she would wear.

23.    I also directed that a separate photograph be taken of the disco ball, which was later incorporated into the background behind the model in the finished Skechers Advertisement.  Mr. Reinsdorf's contribution was simply to take the picture and turn it over to us at the end of the photo shoot.  Attached hereto as Exhibit B is a true and correct copy of the raw photo taken by Mr. Reinsdorf.

24.    Comparison of the picture taken by Mr. Reinsdorf with the finished product demonstrates the considerable additional creative work by Skechers.  A true and correct copy of the completed Skechers Advertisement is attached hereto as Exhibit C.  As can be seen, we enhanced the model's skin tone, giving her more of a bronze tan.  We also adjusted the highlights in the model's hair as well as adjusted the model's eyes as they appear through the sunglasses.  We also cropped the photograph, added the disco ball and the other graphic details as well as the Skechers shoes.  Mr. Reinsdorf played no role in any of these enhancements, modifications or alterations, which were performed exclusively by Skechers.

25.    As this particular photograph illustrates, all of the photographs taken by Mr. Reinsdorf at the October 2, 2008 photo shoot, as well as all the other photo shoots referenced in this complaint, were taken solely for one purpose, namely to be incorporated into Skechers Advertisements that Skechers would create and produce.

26.    I understand that Mr. Reinsdorf contends that he is the copyright owner of the photographs taken at these photo shoots.  This was certainly never my

8

DECLARATION OF FRED MACHUCA
CV10-7181-DDP (SSx)

**EXHIBIT 44**
**225**

1   understanding and it was certainly something that we never discussed at any time.
2   It was always my understanding the photographs belonged exclusively to Skechers,
3   since Skechers paid for everything associated with the taking of the photographs,
4   Skechers personnel conceived of, designed and directed all aspects of the taking of
5   the photographs, and Skechers personnel had the right to enhance, alter or modify
6   the images as we saw fit—all without consultation with or approval from Mr.
7   Reinsdorf.  At no time did Mr. Reinsdorf or anyone at Opus Photo ever tell me they
8   considered Mr. Reinsdorf to be the copyright owner of the photographs.

9           27.   I also understand that Mr. Reinsdorf contends that the so-called "usage
10  terms" on the Opus Photo invoices are restrictions on Skechers' ability to use the
11  photographs.  Again, this is not accurate.  These so-called "usage terms" are really
12  nothing more than payment terms.  It is customary in our industry that the amount
13  of compensation that a photographer will receive from a commissioning party like
14  Skechers will depend on whether or not a so-called "buyout" is obtained.  Where a
15  commissioning party secures a "buyout," that means that the party will not be
16  required to make any further payments to the photographer regardless of how
17  extensively the photographs are used.

18          28.   By contrast, where a buyout is not secured, then the amount the
19  photographer receives will often depend upon the commissioning party's
20  contemplated uses.  Those contemplated uses may be reflected in the invoice.  If the
21  commissioning party ends up using the photographs beyond the contemplated uses,
22  then it is understood that the photographer may be able to negotiate an additional
23  payment for those additional uses.

24          29.   I recall several instances in which Mr. Reinsdorf commented on how
25  pleased he was to see the photographs he had taken being used in Skechers
26  Advertisements or in posters in Skechers retail stores.  He stated in my presence on
27  more than one occasion that even though he believed that he might be entitled to
28  additional compensation because Skechers was using the photographs for a longer

9

DECLARATION OF FRED MACHUCA
CV10-7181-DDP (SSx)

**EXHIBIT 44**
**226**

1  period of time, he did not care and that so far as he was concerned Skechers could
2  use the photographs for as long as it wanted because of the additional business he
3  had received from Skechers. At no time did Mr. Reinsdorf ever indicate to me that
4  he believed that Skechers could not continue to use the photographs.

5       30.    During the 2006 to 2009 period, Mr. Reinsdorf was one of several
6  different photographers that Skechers used. Eventually, Jason Greenberg and I
7  determined that we preferred working with other photographers and ceased using
8  Mr. Reinsdorf in further photo shoots. In part, this was related to the economic
9  downturn, which caused us to undertake fewer photo shoots. In part, this was also
10  because we determined that other photographers could complete the photo shoots
11  more quickly and efficiently. I recall that Mr. Reinsdorf called me several times
12  during the first part of 2010 asking if there were any assignments for him. At no
13  time during these calls did Mr. Reinsdorf ever complain about Skechers' use of the
14  photographs he had taken during the prior photo shoots.

15
16       I declare under penalty of perjury under the laws of the United States that the
17  foregoing is true and correct.

18
19       Executed in Manhattan Beach, California on this 4th day of November, 2010.

20
21
22  Fred Machuca
23
24
25
26
27
28

10

EXHIBIT 44
227

# EXHIBIT A

**EXHIBIT 44**
**228**



EXHIBIT 44
229

# EXHIBIT B

EXHIBIT 44
230



**EXHIBIT 44**
231

# EXHIBIT C

EXHIBIT 44
232

(US)_DISCO KISS_JOGGERS_AD_V1



EXHIBIT 44
233

# EXHIBIT 45

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
ROBERT C. WELSH (S.B. #130782)
rwelsh@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Defendants
Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICHARD REINSDORF,<br><br>               Plaintiff,<br><br>     v.<br><br>SKECHERS U.S.A., INC.;<br>SKECHERS U.S.A., INC. II; and<br>DOES 1-10,<br><br>               Defendants. | Case No. CV10-7181-DDP (SSx)<br><br>Hon. Dean D. Pregerson<br><br>**DECLARATION OF JASON GREENBERG IN SUPPORT OF DEFENDANTS SKECHERS U.S.A., INC. AND SKECHERS U.S.A., INC. II'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF RICHARD REINSDORF'S COMPLAINT**<br><br>Courtroom:   3 (2nd Floor)<br>Date:           December 6, 2010<br>Time:          10:00 a.m. |

DECLARATION OF JASON GREENBERG
ISO SKECHERS' MOTION TO DISMISS
CV10-7181-DDP (SSx)

**EXHIBIT 45**
**234**

# DECLARATION OF JASON GREENBERG

I, Jason Greenberg, the undersigned, hereby declare:

1.      I have been employed at Skechers U.S.A., Inc. ("Skechers") since 1996. I am Senior Vice President Visual Imaging at Skechers. I oversee the departments at Skechers that are responsible for creating the graphic images used in Skechers' national advertising, outdoor and kiosk posters, catalogs, in-store posters, packaging, displays and point-of-sale materials, as well as materials utilized in Skechers' showrooms, trade shows, corporate presentations, etc. I was personally involved in all the photo shoots involving plaintiff Richard Reinsdorf that occurred between 2006 and 2009, which I understand are the subject of Mr. Reinsdorf's complaint against Skechers. I make this declaration in support of Skechers' motion to dismiss. I know all the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2.      Skechers' graphic advertising, marketing and promotional materials (the "Skechers Advertisements") are created from the merging of stylized images created from raw photographs with other graphic designs. Additionally, Skechers Advertisements prominently display Skechers footwear as well as one or more of Skechers' world-famous logos, including the Skechers name and the Skechers' "S" logo.

3.      Mr. Reinsdorf was hired by Skechers solely for the purpose of taking "raw" or unretouched photographs to be incorporated in Skechers Advertisements. All of the photographs taken by Mr. Reinsdorf at the 2006 to 2009 photo shoots were based on designs developed by Skechers' graphic designers for the purpose of being incorporated into Skechers Advertisements. These photographs were intended to be used solely as part of Skechers Advertisements and Skechers has not permitted these photographs to be used for any other purpose.

4.      As the person responsible for the production of Skechers Advertisements, I have insisted that Skechers control all aspects surrounding the

1

DECLARATION OF JASON GREENBERG
CV10-7181-DDP (SSx)

**EXHIBIT 45**
**235**

taking of the raw photographs by Mr. Reinsdorf and the other photographers used by Skechers. Among other things,

- Skechers determined the number of separate promotional images that were captured during a photo shoot;
- Skechers selected and paid for the location where the photographs were taken;
- Skechers selected and paid for the models that were used in the photographs and obtained the right to use their images in Skechers Advertisements;
- Skechers determined the clothing worn by the models;
- Skechers determined whether any special props were used in the photographs;
- Skechers determined whether any special lighting effects were required for the photographs;
- Skechers determined and arranged any special sets that were used during the photo shoot;
- Skechers directed and/or posed the models in conformity with the original designs created by Skechers' graphic designers; and
- Skechers commissioned the services of various third party vendors— like Mr. Reinsdorf himself, and also including people such as the hair stylist, make-up artist, and wardrobe person—who were hired to assist Skechers in the production of the images to be used in Skechers Advertisements, and closely supervised their activities.

5.      Skechers also controls all aspects of transforming the raw photographs into the finished images that are incorporated in Skechers Advertisements. Among other things,

- Skechers selected the pictures or combination of pictures used in its finished Skechers Advertisements;

2

DECLARATION OF JASON GREENBERG
CV10-7181-DDP (SSx)

**EXHIBIT 45**

**236**

1      •   Skechers enhanced the model's skin tone, hair highlights, and other

2        features from how they appeared in the raw photographs;

3      •   In certain instances, Skechers modified or altered a model's body parts

4        in order to create the desired finished images;

5      •   In other instances, Skechers put one model's head on another model's

6        body or put one model's legs on another model's body in order to

7        create the desired finished images;

8      •   Skechers also determined the background that appeared in the finished

9        images which, in virtually all instances, was different from the

10        background depicted in the raw photographs;

11      •   Skechers' designers prepared various versions of the finished Skechers

12        Advertisements for review and final approval;

13      •   Only those versions of the finished Skechers Advertisements that are

14        approved by Robert Greenberg, Skechers' founder and CEO, may be

15        commercially utilized.

16      6.   I am personally involved in various aspects of the process described

17 above. First, I personally review and approve the storyboards, rough comps and

18 accompanying tear sheets developed by the graphic designers in advance of any

19 photo shoots. Mr. Reinsdorf had no involvement in this process and did not see the

20 storyboard or rough comps until they have been approved by me and/or Fred

21 Machuca, who was Skechers' Art Director and is now Skechers' Vice President

22 Creative Design.

23      7.   Second, I reviewed and approved the number of distinct sets of graphic

24 images that were used in the finished Skechers Advertisements.

25      8.   Third, I approved the third party vendors Skechers used, including the

26 photographer (Mr. Reinsdorf or someone else), wardrobe person, hair stylist and

27 make-up person.

28

DECLARATION OF JASON GREENBERG
CV10-7181-DDP (SSx)

**EXHIBIT 45**
**237**

1       9.    Fourth, I was personally involved in the selection of the models that

2  were used in each photo shoot. Fred Machuca, Danny Schwartz (who was

3  Executive Assistant to Robert Greenberg), and I reviewed head shots sent to us by

4  various modeling agencies. We selected the models we believed would best exhibit

5  the particular mood or sentiment conveyed by the storyboards or rough comps that

6  had been prepared by Skechers' graphic designers. Other than suggesting on one or

7  two occasions that Skechers consider using models he had previously worked with

8  (which suggestions Skechers was free to accept or reject), Mr. Reinsdorf had no

9  involvement in the actual selection of the models used in the photo shoots.

10     10.    Fifth, I was personally involved in the selection of the clothing the

11  models wore at the photo shoots. I worked with an independent wardrobe person to

12  find the clothing that conveyed the mood or sentiment reflected in the storyboards

13  or rough comps prepared by Skechers' graphic designers. Mr. Reinsdorf played no

14  role whatsoever in selecting the clothing worn by the models at the photo shoots.

15     11.    Sixth, I also attended some of the meetings the Graphic Design

16  department held with Mr. Reinsdorf in advance of each photo shoot. At these

17  meetings, the graphic designers and Mr. Machuca went over the storyboards, tear

18  sheets and rough comps that had been prepared for each of the sets of images to be

19  used in Skechers Advertisements. During these presentations, the Graphic Design

20  department identified any special props as well as any special lighting

21  requirements. These meetings were designed to convey to Mr. Reinsdorf exactly

22  the type of photograph that Skechers wished to have taken at the photo shoot.

23     12.    I have a recollection that Mr. Reinsdorf occasionally interjected his

24  own suggestions about how the photographs should be taken. I cannot recall a

25  single instance in which we made any material changes to the images we had

26  developed based on any suggestions made by Mr. Reinsdorf.

27     13.    I also attended the 2006 through 2009 photo shoots referenced in Mr.

28  Reinsdorf's complaint. I personally observed that before the commencement of

4

DECLARATION OF JASON GREENBERG
CV10-7181-DDP (SSx)

**EXHIBIT 45**
**238**

1   actual photography, Skechers' graphic designers and Mr. Machuca again reviewed

2   the storyboards, rough comps and tear sheets with Mr. Reinsdorf. The graphic

3   designers and Mr. Machuca also went over the storyboards, rough comps and tear

4   sheets with the models and explained the poses, mood or feeling they wanted the

5   models to exhibit. I also observed the graphic designers and/or Mr. Machuca

6   directing the models, and sometimes literally posing them, during the photo shoots.

7       14.   I was personally responsible for one of the poses taken during the

8   November 16, 2006 photo shoot, which is referenced in Mr. Reinsdorf's complaint.

9   *See* Complaint ¶ 16. This is the picture of a blonde female model holding a

10  Skechers shoe as if she were throwing it at the camera. Upon receiving the raw

11  photograph taken by Mr. Reinsdorf, the graphic designers made material

12  enhancements to the model's skin tone and background in the finished Skechers

13  Advertisement. A true and correct copy of the finished Skechers Advertisement is

14  attached hereto as Exhibit D.

15      15.   At the conclusion of the photo shoot and before he left the studio, Mr.

16  Reinsdorf downloaded the raw pictures he had taken onto a hard drive supplied by

17  Skechers and turned the hard drive over to Skechers. Mr. Reinsdorf had no further

18  involvement in the production process.

19      16.   To my knowledge and belief, Skechers never incorporated any

20  photograph taken by Mr. Reinsdorf into its Skechers Advertisements without first

21  making material enhancements, modifications or alterations to them. I have already

22  described above the many different kinds of enhancements, modifications and

23  alterations that were made by the graphic designers.

24      17.   Eventually, the graphic designers presented to me and Mr. Machuca

25  various versions of the finished Skechers Advertisements. I reviewed these

26  versions with Mr. Machuca and, on occasion, suggested that further modifications

27  be made.

28

5

DECLARATION OF JASON GREENBERG
CV10-7181-DDP (SSx)

**EXHIBIT 45**
**239**

18.     Once the versions were approved by me, they were sent to Robert Greenberg for his review and final approval. I am personally aware that Mr. Greenberg did not always approve the versions he was sent and sometimes insisted that further modifications be made.

19.     I understand that Mr. Reinsdorf contends he is the copyright owner of the photographs taken at these photo shoots. This was certainly never my understanding and it was certainly something that we never discussed at any time. It was always my understanding that the photographs belonged exclusively to Skechers, since Skechers paid for everything associated with the taking of the photographs, Skechers had conceived of and directed all aspects of the taking of the photographs, and Skechers had the right to enhance, alter or modify the images as it saw fit—all without consultation with or approval from Mr. Reinsdorf. At no time did Mr. Reinsdorf or anyone at Opus Photo ever tell me that they considered Mr. Reinsdorf to be the copyright owner of the photographs.

20.     Attached hereto as Exhibit E are true and correct copies of the invoices I received from Opus Photo with regard to the November 16, 2006, September 19, 2007, April 18, 2008, October 2, 2008 and May 29, 2009 photo shoots. These are the only documents I am aware that Skechers received from Mr. Reinsdorf or Opus Photo regarding the photo shoots. The invoices make no reference of Mr. Reinsdorf owning the copyright to the photographs. Nor do the invoices indicate that the so-called "usage terms" are absolute restrictions on Skechers' ability to use the photographs incorporated in the Skechers Advertisements. Instead, the very way the usage terms are stated in the invoices, as items of payment, demonstrate that they were only intended to indicate that Mr. Reinsdorf could be entitled to some additional payment if Skechers used Skechers Advertisements incorporating the photographs beyond the anticipated usage period.

21.     I understand that Mr. Reinsdorf now contends that the so-called "usage terms" on the Opus Photo invoices are restrictions on Skechers' ability to use the

DECLARATION OF JASON GREENBERG
CV10-7181-DDP (SSx)

**EXHIBIT 45**

**240**

1   photographs. This was certainly never my understanding and was not something I

2   ever agreed to. I have always understood these so-called "usage terms" to be

3   nothing more than payment terms concerning anticipated usages of the

4   photographs.

5          22.    These so-called usage terms reflected usages that Skechers expected to

6   make of the photographs, and the amount that Mr. Reinsdorf was paid could vary

7   depending on the extent of the usage. These usage terms never were understood by

8   me to reflect limitations on Skechers' ability to use the photographs.

9          23.    I am personally aware of situations in which images incorporated into

10  Skechers Advertisements were thought to have been used beyond the anticipated

11  uses contained in a photographer's invoice. Typically, Skechers became aware of

12  such situations when a photographer, or his or her agent, brought that fact to

13  Skechers' attention. In such instances, Skechers has conducted an investigation to

14  determine whether in fact Skechers Advertisements incorporating the photographs

15  in question were being used in excess of the so-called usage terms.

16         24.    In most instances, we determined that although Skechers

17  Advertisements incorporating the photograph may have appeared on billboards,

18  kiosks or bus signage beyond the so-called usage terms, Skechers was not

19  responsible for this occurrence. For example, Skechers contracts with companies to

20  have its Skechers Advertisements appear in shopping center or outdoor kiosks,

21  billboards or on bus signage. Those contracts specify the periods of time in which

22  Skechers Advertisements will be displayed, which are consistent with the usage

23  terms. Particularly during the recent severe economic downturn, I am aware that

24  situations arose where the company with whom Skechers has contracted for its

25  outdoor displays did not remove Skechers Advertisements at the end of the contract

26  period because the company was either delayed in taking down the display or had

27  not secured a replacement ad to appear in that space. Skechers simply has no

28

7          DECLARATION OF JASON GREENBERG
           CV10-7181-DDP (SSx)

**EXHIBIT 45**
**241**

1  control over how long Skechers Advertisements may appear beyond the time period
2  specified in Skechers' contract.

3      25.    I am also aware that Skechers Advertisements have appeared beyond
4  the anticipated usage period because these materials were apparently copied by
5  foreign distributors of Skechers products without Skechers' knowledge or consent.
6  For example, Skechers prepares what are referred to as "lookbooks," which contain
7  pictures of Skechers products as well as copies of Skechers Advertisements. These
8  lookbooks are made available to Skechers' wholesale customers and foreign
9  distributors. Unfortunately, we have experienced situations in which a foreign
10  distributor has simply copied images from Skechers' lookbooks and used them in
11  their own promotional materials. Again, this has occurred without Skechers'
12  knowledge or consent and we often only find out about it in connection with
13  investigating a claim that a photographer is entitled to additional payments as a
14  result of Skechers' alleged extended use of the photographs.

15      26.    In my experience, where it is determined that Skechers was not
16  responsible for the extended use of the photographs, we so informed the
17  photographer or his or her agent, and the request for additional payment is dropped.

18      27.    In those instances where Skechers was responsible for the extended
19  usage, we negotiated an additional payment amount. I am not aware of any
20  instance in which a photographer has ever contended that Skechers has infringed
21  the photographer's purported copyright, much less has sued or threatened to sue
22  Skechers for copyright infringement.

23      28.    As indicated above, Skechers simply cannot control how long
24  Skechers Advertisements may appear in kiosks, bus signage, outdoor billboards,
25  etc. As a result, I would never agree to a photographer's usage terms if I
26  understood that they were intended to be absolute restrictions on Skechers' ability
27  to use the photographer's claimed copyrighted work.

28

DECLARATION OF JASON GREENBERG
CV10-7181-DDP (SSx)

EXHIBIT 45
242

29. At no time during the years he worked on Skechers' photo shoots did Mr. Reinsdorf ever contend that he owned the copyright in the photographs, much less that his invoice usage terms were restrictions on Skechers' ability to use the photographs. In fact, he made statements to me and in my presence that conveyed precisely the opposite point of view. In particular, I recall Mr. Reinsdorf saying how pleased he was to see the photographs he had taken being used in Skechers Advertisements or in posters in Skechers retail stores. He stated that even though he believed that he might be entitled to additional compensation because Skechers was using the photographs for a longer period of time, he did not care, and that Skechers could continue to use the photographs without additional payment because of the additional business he had received from Skechers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Manhattan Beach, California on this 5 day of November, 2010.

Jason Greenberg

**EXHIBIT 45**
**243**

# EXHIBIT D

EXHIBIT 45
244



# EXHIBIT E

EXHIBIT 45
246

OPUS PHOTO   *Faxed to 318 8300*
*12/1/06*

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 11/21/2006 | INVOICE | No. | 00319 |

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Jill Simonian
Phone 310-318-3100 x 1019

**Project**
Skechers
w/ photographer Richard Reinsdorf
Shooting: Los Angeles 11/16/2006
Usage: (6) Months POS, Web and lookbooks  *Jan-July 07*

RE:   Skechers w/ photographer Richard Reinsdorf   *Jason Greenberg 7100*

| Quantity | Description | Unit Price | Tax | Net Amount |
|---|---|---|---|---|
| 1 | Photographer's Session Fee | $10,000.00 | | $10,000.00 |
| 1 | Photo Assists (preflight / shoot & overtime)pgs1-3 | $1,361.19 | | $1,361.19 |
| 1 | Digital Capture Rental + 1 Additional Monitor | $1,600.00 | | $1,600.00 |
| 1 | Digital Tech | $500.00 | | $500.00 |
| 1 | Lighting Equipment Rental  (pgs 1-3) | $1,734.75 | | $1,734.75 |
| 4 | (4) Days Prop Stylist @ $600 + 20% | $720.00 | | $2,880.00 |
| 1 | Prop Styling Budget (receipts enclosed pgs 1-9) | $2,199.84 | | $2,199.84 |
| 1 | File Processing w/ Richard Reinsdorf | Gratis | | $0.00 |
| 2 | (2) Days Production Assistant @ $200/day | $200.00 | | $400.00 |
| | Usage: | | | |
| 1 | 11/16/2006 Images (usage described above) | $5,000.00 | | $5,000.00 |

*back up being interofficed to Maria Raso*

*Can skip sales tax w/ State of CA resale sheet if we fax to:*

*Bobby Heller (323) 871 8311*

| Memo | | Sub-Total | Sales Tax | Advance | Total Due |
|---|---|---|---|---|---|
| | | $25,675.58 | $2,118.24 | $7,900.00 | $19,893.82 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Prices may be responsible for any third party and/or attorney fees incurred in
the collection of this invoice. Opus is acting exclusively as an agent in this transaction and has
in no way produced any tangible personal property on its own behalf.

**EXHIBIT 45**
**247**

# OPUS PHOTO

6442 Santa Monica Blvd #2008 Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 9/24/2007 |
|------|-----------|

Attn!
Vason
G.

**INVOICE**

| No. | 00599 |
|-----|-------|

**Bill To**
Skechers  Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Karey Teng

**Project**
Skechers 2008 Spring Summer
w/ photographer Richard Reinsdorf
Shooting: Prelite 9/18 Shoot 9/19/07
Usage: (6 Months) pos, web, lookbooks, coh,
print and all collateral

RE: Skechers Sping / Summer 2008  w/ photographer Richard Reinsdorf prelite 9/18  shoot 9/19/2007

| Quantity | Description | Unit Price | Tax | Net Amount |
|----------|-------------|------------|-----|------------|
| 1 | Photographer's Pre-lite , prep and post time | $3,300.00 | | $3,300.00 |
| 1 | Photographer's Session Fee | $10,000.00 | | $10,000.00 |
| 1 | Photo Assistants (pgs 1-3) | $2,168.75 | | $2,168.75 |
| 1 | Digital Capture Rental + Monitor (one day rent) | $1,600.00 | | $1,600.00 |
| 1 | Digital Technician | $1,375.00 | | $1,375.00 |
| 1 | Lighting Equipment Rental | $2,570.00 | | $2,570.00 |
| 1 | Prop Stylist John Geary | $2,880.00 | | $2,880.00 |
| 1 | Props (pgs 1-10) | $1,794.04 | | $1,794.04 |
| 1 | Art Director Pennis Humphries (pgs1) | $1,350.00 | | $1,350.00 |
| 1 | On Set Printer / Paper & Ink (pgs 1-3) | $875.85 | | $875.85 |
| 1 | Miscellaneous Expenses | $158.48 | | $158.48 |
| 1 | Usage: (all) pos, web and look books | $5,000.00 | | $5,000.00 |
| 1 | Usage: (all) ooh, print | $8,500.00 | | $8,500.00 |

**Memo**

| Sub-Total | Sales Tax | Advance | Total Due |
|-----------|-----------|---------|-----------|
| $41,372.12 | $3,429.69 | $6,540.00 | $38,061.81 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41562  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in
the collection of this invoice. Client's usage rights transferred upon full payment
of this invoice. Opus is acting exclusively as an agent in this transaction and has
in no way produced any tangible personal property on its own behalf.

Ordered  (4/9/07  Thurs).

**EXHIBIT 45**
**248**

# OPUS PHOTO

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| **Date** | 4/23/2008 | **INVOICE** | **No.** | 00800 |

_(handwritten: Attn: Jason greenberg  310 318-8300)_

**Bill To**
Skechers  Footwear U S A
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn:  Karey Teng

**Project**
Skechers "Lifestyle"
w/ photographer Richard Reinsdorf
Shooting:  Prelite 4/16 Shooting 4/17/2008

**RE :**  Skechers "Lifestyle"  w/ photographer Richard Reinsdorf  Advance Budget Request  (part 2)

| Quantity | Description | Unit Price | Tax | Net Amount |
|---|---|---|---|---|
| 1 | Photographer's Pre-lite Session Fee | $3,300.00 | | $3,300.00 |
| 1 | Photographer's Shoot Session Fee | $10,000.00 | | $10,000.00 |
| 1 | Photo Assistants (pgs 1-3) (incl OT) | $2,286.25 | | $2,286.25 |
| 1 | Digital Capture Rental + 1 Additional Monitor | $1,600.00 | | $1,600.00 |
| 1 | Digital  Technician (incl OT) | $980.00 | | $980.00 |
| 1 | Lighting Equipment Rental (pgs 1-2) | $2,870.00 | | $2,870.00 |
| 1 | Prop Stylist | $3,600.00 | | $3,600.00 |
| 1 | Props / Sets & Props Assistants (pgs 1-2 "o") | $6,835.76 | | $6,835.76 |
| 1 | Usage: (N America) pos, web & look books | $5,000.00 | | $5,000.00 |
| 1 | Usage: (N America) ooh , print | $8,500.00 | | $8,500.00 |
| 1 | Printing Tech and Print Materials (pgs 1-2) | $920.01 | | $920.01 |

| **Memo** | | **Sub-Total** | **Sales Tax** | **Advance** | **Total Due** |
|---|---|---|---|---|---|
| | | $45,892.02 | | $9,000.00 | $36,892.02 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in
the collection of this invoice.  Client's usage rights transferred upon full payment
of this invoice. Opus is acting exclusively as an agent in this transaction and has
in no way  produced any tangible personal property on its own behalf.

**EXHIBIT 45**
**249**

OPUS PHOTO
Artist Representatives

*will interoffice itemized receipts.*

6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

**Date** 10/16/2008

Attn: Jason greenberg

310·318·8300

INVOICE

**No.** 00975

**Bill To**
Skechers
228 Manhattan Beach Blvd
Manhattan Beach, CA 90266
Attn: Karey Teng

**Project**
Skechers Spring / Summer 2009
w/ photographer Richard Reinsdorf
Shooting:  Prelite 10/01 & Shoot 10/02/2008
Usage: (6) Months US pos, web, lookbooks,
ooh, print and collateral

RE:  Skechers Spring / Summer 2009 w/ photographer Richard Reinsdorf Pre-lite 10/01 & Shoot 10/02/08

| Quantity | Description | Unit Price | Tax | Net Amount |
|---|---|---|---|---|
| 1 | Photographer's Pre-lite | $3,300.00 | | $3,300.00 |
| 1 | Photographer's Shoot Session Fee | $10,000.00 | | $10,000.00 |
| 1 | Photo Assistants (pgs 1-4) + o.t. | $3,547.50 | | $3,547.50 |
| 1 | Digital Capture Station Rental + 1 Monitor | $1,600.00 | | $1,600.00 |
| 1 | (2) Days Digital Tech + o.t. | $980.00 | | $980.00 |
| 1 | Lighting Equipment Rental (pgs 1-2) | $2,984.00 | | $2,984.00 |
| 1 | (2) Days Digital Printer Tech | $1,000.00 | | $1,000.00 |
| 1 | Print Supplies | $663.68 | | $663.68 |
| | | | | |
| | Usages: | | | |
| 1 | Ussage: (all) pos, web and look books N America | $5,000.00 | | $5,000.00 |
| 1 | Usage:  (all) ooh, print N America | $8,500.00 | | $8,500.00 |

X

**Memo**

DANNY X

| | Sub-Total | Sales Tax | Advance | Total Due |
|---|---|---|---|---|
| | $37,575.18 | | | $37,575.18 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592 Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in
the collection of this invoice. Client's usage rights transferred upon full payment
of this invoice. Opus is acting exclusively as an agent in this transaction and has
in no way  produced any tangible personal property on its own behalf.

**EXHIBIT 45**
**250**

## OPUS PHOTO
### Artist Representatives
6442 Santa Monica Blvd #200B Los Angeles, California 90038
Tel 323 871 8300 Fax 323 871 8311
www.opusreps.com

| Date | 6/4/2009 | **INVOICE** | No. | 01169 |
|------|----------|-------------|-----|-------|

**Bill To**
Skechers Footwear U S A
228 Manhattan Beach Blvd
Manhattan, Beach, CA 90266
Attn:Danny Schwarz

**Project**
Skechers FW 2009
w/ Photographer Richard Reinsdorf
Shooting: 5/28/2009
Usage: (see below)

*JASON Greeting* (handwritten)

RE: Skechers FW 2009 w/ Photographer Richard Reinsdorf  Shooting: 5/28/2009

| Quantity | Description | Unit Price | Tax | Net Amount |
|----------|-------------|-----------|-----|-----------|
| 1 | Photographer's Session Fee | $8,000.00 | | $8,000.00 |
| 1 | Photo Assistants (pgs 1-4 + overtime) | 1,691.57 | | $1,691.57 |
| 1 | Lighting Equipment Rental (pgs 1 - 2) | $2,575.54 | | $2,575.54 |
| 1 | Digital Tech + overtime | $600.00 | | $600.00 |
| 1 | Digital Capture System + Monitor | $1,600.00 | | $1,600.00 |
| 1 | Printing Station & Inks | $1,000.00 | | $1,000.00 |
| 1 | Production Assistants | $400.00 | | $400.00 |
| 1 | Second Unit Photo Team (all in) | $5,000.00 | | $5,000.00 |
| | Usages: (descriptive of both shoot teams) | | | |
| 1 | (6) Months POS, Web & Looks Books N America | $5,000.00 | | $5,000.00 |
| | Optional Usage: (if used) | | | |
| | (6) Months OOH & Print N America $8,500.00 | | | |

| Memo | Sub-Total | Sales Tax | Advance | **Total Due** |
|------|-----------|-----------|---------|-----------|
| | $25,867.11 | | | $25,867.11 |

Please make checks payable to "Opus Photo" Federal Tax ID #02 0740929
Wire transfers can be made care of the Bank of America, Los Angeles CA
ABA No : 121 000 358 / Acct No : 034 32 41592  Terms are strictly net 30 days.
Any balance over 30 days is subject to a finance charge of 2.5% per month.
Payee may be responsible for any third party and/or attorney fees incurred in the
collection of this invoice.  Client's usage rights transferred upon full payment of
this invoice. Opus is acting exclusively as an agent in this transaction and has in
no way  produced any tangible personal property on its own behalf.

*Foxed 6/4/09* (handwritten)

**EXHIBIT 45**
**251**