# EXHIBIT 60

*-APPLICATION-*

## Title
**Title of Work:** Creamsickle Series

## Completion/Publication
**Year of Completion:** 2007

## Author
**Author:** Richard E Reinsdorf
**Author Created:** photograph(s)
**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com    **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf
**Date:** May 6, 2010
**Applicant's Tracking Number:** 070918RR0081

Page 1 of 1

EXHIBIT 60
555
RR 002335

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VAu 1-033-674**

Effective date of registration:

July 12, 2010

---

## Title
**Title of Work:** Creamsickle Series

## Completion/Publication
**Year of Completion:** 2007

## Author
- **Author:** Richard E Reinsdorf
- **Author Created:** photograph(s)
- **Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
- **Name:** Richard E Reinsdorf
- **Email:** rrpix@me.com  **Telephone:** 818-519-3555
- **Address:** 1844 N Catalina St
  Burbank, CA 91505-1207 United States

## Certification
- **Name:** Richard E Reinsdorf
- **Date:** May 6, 2010
- **Applicant's Tracking Number:** 070918RR0081

---

EXHIBIT 60

557

# EXHIBIT 61

*-APPLICATION-*

## Title

Title of Work: Girls on on Gray Background with Clear Plexiglass Props

## Completion/Publication

Year of Completion: 2007

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 070918RR0082

Page 1 of 1

EXHIBIT 61
558

RR 002338

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VAu 1-033-675**

Effective date of registration:

July 12, 2010

---

**Title**
- Title of Work: Girls on on Gray Background with Clear Plexiglass Props

**Completion/Publication**
- Year of Completion: 2007

**Author**
- Author: Richard E Reinsdorf
- Author Created: photograph(s)
- Citizen of: United States
- Domiciled in: United States

**Copyright claimant**
- Copyright Claimant: Richard E Reinsdorf
- 1844 N Catalina St, Burbank, CA, 91505-1207, United States

**Rights and Permissions**
- Name: Richard E Reinsdorf
- Email: rrpix@me.com
- Telephone: 818-519-3555
- Address: 1844 N Catalina St
- Burbank, CA 91505-1207 United States

**Certification**
- Name: Richard E Reinsdorf
- Date: May 6, 2010
- Applicant's Tracking Number: 070918RR0082

Page 1 of 1



**EXHIBIT 61**
**560**

# EXHIBIT 62

*-APPLICATION-*

## Title
**Title of Work:** Action Shots of Models on White Background

## Completion/Publication
**Year of Completion:** 2007

## Author
**Author:** Richard E Reinsdorf
**Author Created:** photograph(s)
**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com  **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

## Certification
**Name:** Richard E Reinsdorf
**Date:** May 6, 2010
**Applicant's Tracking Number:** 070918RR0083

Page 1 of 1

EXHIBIT 62
561

RR 002341

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**VAu 1-033-661**

Effective date of registration:
July 12, 2010

## Title
**Title of Work:** Action Shots of Models on White Background

## Completion/Publication
**Year of Completion:** 2007

## Author
- **Author:** Richard E Reinsdorf
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
- **Name:** Richard E Reinsdorf
- **Email:** rrpix@me.com
- **Telephone:** 818-519-3555
- **Address:** 1844 N Catalina St
  Burbank, CA 91505-1207 United States

## Certification
- **Name:** Richard E Reinsdorf
- **Date:** May 6, 2010
- **Applicant's Tracking Number:** 070918RR0083

Page 1 of 1

EXHIBIT A PAGE 102
**EXHIBIT 62**
**562**

RR 000080

EXHIBIT 62
563

EXHIBIT 62
564

EXHIBIT 62
565

# EXHIBIT 63

*-APPLICATION-*

## Title

**Title of Work:** Breakdancers and Lifestyle Shots on White Backround

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf
**Author Created:** photograph(s)
**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf
**Email:** rrpix@me.com   **Telephone:** 818-519-3555
**Address:** 1844 N Catalina St
Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf
**Date:** May 6, 2010
**Applicant's Tracking Number:** 080416RR0084

Page 1 of 1

EXHIBIT 63
566

RR 002425

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VAu 1-032-717**

Effective date of registration:

July 7, 2010

---

## Title
**Title of Work:** Breakdancers and Lifestyle Shots on White Backround

## Completion/Publication
**Year of Completion:** 2008

## Author
- **Author:** Richard E Reinsdorf
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf
1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
- **Name:** Richard E Reinsdorf
- **Email:** rrpix@me.com
- **Telephone:** 818-519-3555
- **Address:** 1844 N Catalina St
  Burbank, CA 91505-1207 United States

## Certification
- **Name:** Richard E Reinsdorf
- **Date:** May 6, 2010
- **Applicant's Tracking Number:** 080416RR0084



EXHIBIT 63
568