# EXHIBIT 64

*-APPLICATION-*

## Title
**Title of Work:** Models on Silver Metallic Background

## Completion/Publication
**Year of Completion:** 2008

## Author
**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification
**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0086

Page 1 of 1

**EXHIBIT 64**
**569**

RR 002433

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## VAu 1-033-194

Effective date of registration:

July 7, 2010

---

## Title

Title of Work: Models on Silver Metallic Background

## Completion/Publication

Year of Completion: 2008

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080416RR0086

---

Page 1 of 1



EXHIBIT 64
571



EXHIBIT 64
572

# EXHIBIT 65

*-APPLICATION-*

## Title

**Title of Work:** Female Models in Glowing Plexiglass Cube

## Completion/Publication

Year of Completion: 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 080416RR0089

**EXHIBIT 65**
573

RR 002444

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-191

**Effective date of registration:**

July 7, 2010

---

## Title

Title of Work: Female Models in Glowing Plexiglass Cube

## Completion/Publication

Year of Completion: 2008

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com          Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 080416RR0089

---

EXHIBIT PAGE 545

**EXHIBIT 65**

**574**

RR 000023



EXHIBIT 65
575



**EXHIBIT 65**
**576**

# EXHIBIT 66

*-APPLICATION-*

## Title

Title of Work: Models Posing with Barrels and Scaffolding on Grey Background

## Completion/Publication

Year of Completion: 2008

## Author

Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com                              Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

Name: Richard E Reinsdorf

Date: May 6, 2010

Applicant's Tracking Number: 081002RR0096

EXHIBIT 66
577

RR 002544

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## VAu 1-033-665

Effective date of registration:

July 12, 2010

## Title

**Title of Work:** Models Posing with Barrels and Scaffolding on Grey Background

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com      **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** May 6, 2010

**Applicant's Tracking Number:** 081002RR0096

Page 1 of 1



EXHIBIT 66
579

# EXHIBIT 67

# *-APPLICATION-*

## Title
**Title of Work:** Models on White Background doing Various Activities with Props

## Completion/Publication
**Year of Completion:** 2009

## Author
**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions
**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com                    **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207  United States

## Certification
**Name:** Richard E Reinsdorf

**Date:** May 7, 2010

**Applicant's Tracking Number:** 090528RR0104

Page 1 of 1

**EXHIBIT 67**
**580**

RR 002655

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-033-879

**Effective date of
registration:**

July 12, 2010

---

### Title

Title of Work: Models on White Background doing Various Activities with Props

### Completion/Publication

Year of Completion: 2009

### Author

■     Author: Richard E Reinsdorf

Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States

### Copyright claimant

Copyright Claimant: Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

Name: Richard E Reinsdorf

Email: rrpix@me.com                     Telephone: 818-519-3555

Address: 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

Name: Richard E Reinsdorf

Date: May 7, 2010

Applicant's Tracking Number: 090528RR0104

---

Page 1 of 1

EXHIBIT A PAGE 142

**EXHIBIT 67**

**581**

RR 000120



**EXHIBIT 67**
**582**



**EXHIBIT 67**
**583**

# EXHIBIT 68

*-APPLICATION-*

## Title

**Title of Work:** Female Models on Orange Backgrounds with Props

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 2, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

## Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com          **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

## Certification

**Name:** Richard E Reinsdorf

**Date:** July 7, 2010

**Applicant's Tracking Number:** 081002RR0131

Page 1 of 1

**EXHIBIT 68**
**584**

RR 002571

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-729-255**

Effective date of registration:

July 12, 2010

---

### Title

**Title of Work:** Female Models on Orange Backgrounds with Props

### Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 2, 2008   **Nation of 1st Publication:** United States

### Author

**Author:** Richard E Reinsdorf

**Author Created:** photograph(s)

**Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Richard E Reinsdorf

1844 N Catalina St, Burbank, CA, 91505-1207, United States

### Rights and Permissions

**Name:** Richard E Reinsdorf

**Email:** rrpix@me.com   **Telephone:** 818-519-3555

**Address:** 1844 N Catalina St

Burbank, CA 91505-1207 United States

### Certification

**Name:** Richard E Reinsdorf

**Date:** July 7, 2010

**Applicant's Tracking Number:** 081002RR0131

---

Page 1 of 1

EXHIBIT A PAGE 59
EXHIBIT 68
585

RR 000037



**EXHIBIT 68**
**586**