# Exhibit 1








**EXHIBIT 1**
**20**