# Exhibit 2









**EXHIBIT 2**
**21**