# Exhibit 4



EXHIBIT 4
23