# Exhibit 5



**EXHIBIT 5**
24