# Exhibit 20

**WILLIAM J. BRIGGS II (BAR NO. 144717)**
**HENRY L. SELF III (BAR NO. 223153)**
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Email: wbriggs@lavelysinger.com
       hself@lavelysinger.com

Attorneys for Plaintiff
RICHARD REINSDORF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINSDORF, an individual, | CASE NO. CV10-7181-DDP (SSx) |
| Plaintiff, | **DECLARATION OF TRACEY LONG** |
| v. | |
| SKECHERS U.S.A., INC., a Delaware corporation; SKECHERS U.S.A., INC. II, a Delaware corporation; and DOES 1–10, inclusive, | |
| Defendants. | |

## DECLARATION OF TRACEY LONG

I, Tracey Long, declare as follows:

1. I have personal knowledge of the following facts, except where stated on information and belief, and if called and sworn, can and would competently testify as follows:

2. I have approximately 10 years of experience as a fashion model, and during that time I have participated in hundreds of photo shoots. In my professional career I have worked with numerous fashion photographers and with the techniques used by different photographers in the fashion photography business. In particular, I have worked on three or four photo shoots in which Richard Reinsdorf ("Mr. Reinsdorf") was the photographer. I personally observed Mr. Reinsdorf during these photo shoots and worked directly with him while he was shooting photos of me.

3. In May 2009, I participated in a photo shoot for Skechers. Mr. Reinsdorf was the photographer at the shoot. Mr. Reinsdorf was very active during the photo shoots we worked on. He moved freely about the set and I never saw Mr. Reinsdorf conduct a photo shoot where his camera was tethered or wired directly to a computer. He was shooting in an active way where he was moving about freely while holding and operating his camera. I did not observe anything like a live feed of the pictures Mr. Reinsdorf was taking where they could also be viewed at the same time on a monitor while he was taking them.

4. Mr. Reinsdorf provided all of the direction to me and the other models I saw being photographed on the set(s) of the shoot(s). Additionally, while I was at the shoot(s) I observed him providing all of the set direction, including directions relating to the lighting and positioning of props.

5. In particular, the set of the shoot had various props which Mr. Reinsdorf and his assistants manipulated and moved before and during the shoot. The poses I used on the set were the result of Mr. Reinsdorf's detailed directions to me and of the availability of the unique props, and he gave me and other models direction on how to pose and adjust our expressions. He was very interactive with me, spoke with me directly while I was being photographed, and provided directions to the models and assistants on the sets. He offered ideas about how to pose and offered encouragement about the various poses as I followed his instructions. Mr. Reinsdorf provided direction to the models to help them figure out the best poses while he also moved around on the set to take photos from different angles and heights while taking different pictures.

6. Mr. Reinsdorf appeared to be the person in charge and in full control of the set during his shoots at all times. I did not see Mr. Reinsdorf solicit advice from other people on the set of a shoot concerning how to take the photos or pose the models. At no time did any other person provide me with any advice or direction on the set of the shoot(s) while I was

**EXHIBIT 20**
**255**

being photographed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of May 2012, at Chicago, Illinois.

Dated: May 22, 2012

Tracey Long

---

DECLARATION

**EXHIBIT 20**
**256**