# Exhibit 29

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   --------------------------------

 5   RICHARD REINSDORF,              )

 6                   Plaintiff,      ) Case No.

 7       vs.                        ) CV10-7181-DDP (SSx)

 8   SKECHERS U.S.A., INC.; SKECHERS )

 9   U.S.A., INC. II; and DOES 1-10, )

10                   Defendants.     )

11   --------------------------------

12

13

14       VIDEOTAPED DEPOSITION OF RICHARD REINSDORF

15              LOS ANGELES, CALIFORNIA

16              TUESDAY, FEBRUARY 28, 2012

17

18

19   Reported by: RICKI Q. MELTON, CSR No. 9400

20   Job No. 136084

21

22

23

24

25   PAGES 1 - 360

                                            Page 1
```

EXHIBIT 29
287

```
 1              MR. BRIGGS:  You can answer that question.   12:47:42

 2              THE WITNESS:  Oh.                            12:47:43

 3              Yes.                                          12:47:44

 4  BY MR. WELSH:                                            12:47:44

 5      Q    Okay.  And did you receive e-mails from        12:47:44

 6  Skechers containing examples of -- containing           12:47:48

 7  images of Skechers' use of your photographs?            12:47:54

 8      A    Yes.                                            12:47:59

 9      Q    Okay.  And did you receive these lookbooks    12:48:00

10  and images at the end of -- or sometime after the       12:48:03

11  photo shoot that you were -- you were paid to           12:48:08

12  participate in?                                          12:48:12

13              MR. BRIGGS:  Objection.  Compound as         12:48:13

14  phrased.                                                 12:48:15

15              THE WITNESS:  Some of them.                  12:48:16

16  BY MR. WELSH:                                            12:48:17

17      Q    Okay.  After the November 2006 photo           12:48:18

18  shoot, you received lookbooks from Skechers that        12:48:23

19  contained images of photographs that you had taken      12:48:28

20  at the November 2006 photo shoot; correct?             12:48:33

21              MR. BRIGGS:  Objection.  Lacks foundation,   12:48:37

22  assumes facts not in evidence.                           12:48:38

23              THE WITNESS:  I don't remember now what      12:48:42

24  you said.  Could you --                                  12:48:44

25              After the two thousand -- which shoot are    12:48:47
```

Page 135

```
 1    BY MR. WELSH:                                    02:13:14

 2        Q    What did they tell you, prior to the time  02:13:15

 3    that you did the photo shoot, that their -- what  02:13:17

 4    they thought of what they wanted to accomplish in  02:13:21

 5    connection with this photo shoot?                02:13:23

 6            MR. BRIGGS:  Objection.  Vague and       02:13:25

 7    ambiguous.                                       02:13:26

 8            THE WITNESS:  They wanted to accomplish me  02:13:30

 9    bringing photographs to represent their different  02:13:33

10    brands in the studio.                            02:13:38

11    BY MR. WELSH:                                    02:13:39

12        Q    And what did they tell you they were going  02:13:40

13    to do with those photographs?                    02:13:42

14            MR. BRIGGS:  Objection.  Assumes facts not  02:13:46

15    in evidence, lacks foundation.                   02:13:47

16            THE WITNESS:  I believe lookbooks.        02:13:52

17    BY MR. WELSH:                                    02:13:54

18        Q    Okay.  Do you recall being aware, prior to  02:13:54

19    the time that you did the photo shoot, that       02:14:03

20    Skechers was contemplating digitally manipulating  02:14:06

21    your photographs?                                02:14:12

22        A    No.                                     02:14:18

23        Q    Do you recall being aware that Skechers  02:14:18

24    might digitally play with your photographs after  02:14:22

25    you gave them to Skechers --                     02:14:24

                                                     Page 146
```

**EXHIBIT 29**
**289**

```
 1      A     This is --                              02:14:26

 2            MR. BRIGGS:  Hold on.  Let him finish his   02:14:27

 3   question first.                                  02:14:29

 4            THE WITNESS:  I'm sorry.                 02:14:30

 5            MR. BRIGGS:  I'm sorry.  Were you finished? 02:14:31

 6            MR. WELSH:  Well, I'm not sure if it     02:14:33

 7   actually got recorded yet.  I haven't seen it.   02:14:34

 8            (Off the written record.)               02:14:56

 9            MR. WELSH:  Let's go off the record.     02:14:56

10            VIDEO OPERATOR:  Off the record.  2:14.  02:14:57

11            (Off the record.)                       02:15:38

12            VIDEO OPERATOR:  Okay.  We're back on the 02:16:21

13   record at 2:16.                                  02:16:22

14   BY MR. WELSH:                                    02:16:22

15      Q    Okay.  Off the record, Mr. Reinsdorf, the 02:16:25

16   question was repeated to you.  Can you now provide 02:16:27

17   the answer.                                      02:16:29

18      A    Could you ask it again because I want to  02:16:29

19   make sure.                                       02:16:31

20            MR. WELSH:  Okay.  I would ask the court 02:16:32

21   reporter to please ask the question.             02:16:34

22            (The following record was                02:16:34

23            read by the reporter:                    02:16:34

24            "QUESTION:  Do you recall being          02:14:19

25            aware that Skechers might                02:14:19

                                                      Page 147
```

EXHIBIT 29
290

```
 1              digitally play with your              02:14:22

 2              photographs after you gave them       02:14:24

 3              to Skechers --")                      02:14:25

 4         THE WITNESS:  I didn't know what they were 02:16:52

 5    going to do with my photographs until after I gave  02:16:53

 6    them to them -- until I saw the ad.  Sorry.    02:16:57

 7    BY MR. WELSH:                                  02:17:04

 8         Q    Now, the photographs that you -- do you  02:17:05

 9    recall having any communications, prior to the  02:17:13

10    November 2006 shoot, as to what color background  02:17:14

11    should be used?                                02:17:18

12         MR. BRIGGS:  Objection.  Vague and        02:17:21

13    ambiguous.                                     02:17:22

14         THE WITNESS:  For the 2006?               02:17:24

15    BY MR. WELSH:                                  02:17:25

16         Q    Yes.                                 02:17:25

17         A    I came -- yeah, I came up with the colors.  02:17:27

18         Q    Okay.  What color did you come up with?  02:17:32

19         A    Kind of an aqua and pink.            02:17:34

20         Q    Do you recall actually recommending that  02:17:37

21    white be used?                                 02:17:40

22         A    It's possible that that would -- because I  02:17:47

23    was trying to separate the brands.  So it's    02:17:48

24    possible that I also recommended white.        02:17:50

25         Q    And do you recall that you thought white  02:17:52
```

Page 148

```
 1      A    Yes.                                        04:00:39

 2      Q    And what do you recall about that?          04:00:41

 3      A    They were one of many -- we looked at a     04:00:42

 4  lot of tear sheets, we looked at a lot of different  04:00:46

 5  references, and this was one of the ideas that they  04:00:49

 6  had that they wanted me -- they wanted to convey an  04:00:51

 7  idea of what they wanted to accomplish -- wanted me  04:00:55

 8  to accomplish.                                       04:00:57

 9      Q    And did you understand that one of your     04:01:01

10  jobs was to try to come up with images that would   04:01:08

11  convey what Mr. Machuca was indicating in these     04:01:15

12  documents?                                          04:01:18

13      A    They were just inspirational.              04:01:20

14      Q    And you used them as inspiration?          04:01:25

15      A    Apart from my own directing and creating,  04:01:32

16  they were -- of course, they were an element.       04:01:36

17           MR. WELSH:  Okay.  I've placed before the  04:02:09

18  witness, marked as Exhibit 69, a three-page         04:02:12

19  document bearing Bates No. RR2730 through 2732.     04:02:16

20           (Exhibit 69 was marked for               04:02:21

21           identification by the reporter            04:02:21

22           and is attached hereto.)                  04:02:21

23  BY MR. WELSH:                                        04:02:21

24      Q    Again -- and this is, again, an e-mail     04:02:22

25  from Fred Machuca to you, dated Monday,              04:02:23
```

                                                    Page 235

```
1    September 17, with the title "Second Set of Ad      04:02:26
2    Ideas."                                             04:02:30
3            Do you see that?                            04:02:31
4       A    Yes.                                        04:02:31
5       Q    Okay.  So is it your recollection that      04:02:33
6    these ad ideas were sent to you along with          04:02:35
7    Exhibit 68 as we have previously seen?              04:02:39
8       A    They appear to be.                          04:02:43
9       Q    And these -- these were ideas for           04:02:44
10   completed marketing advertisements that Skechers    04:02:50
11   was discussing with you; correct?                   04:02:55
12           MR. BRIGGS:  Objection.  Lacks foundation,  04:02:57
13   assumes facts not in evidence, it calls for         04:03:00
14   speculation, and it's vague and ambiguous.          04:03:04
15           You can answer.                             04:03:05
16           THE WITNESS:  I recall that they were --    04:03:06
17   they were just ideas.  They were just inspirational 04:03:07
18   ideas.                                              04:03:09
19           I asked -- I asked Fred to produce those    04:03:10
20   because they didn't have anything for me before so  04:03:11
21   I told them to please give me some ideas of what    04:03:14
22   the company was looking for to define each brand.   04:03:17
23   BY MR. WELSH:                                       04:03:20
24      Q    Okay.  And these -- these are what were     04:03:21
25   provided to you; correct?                           04:03:23

                                                 Page 236
```

```
 1    photograph would be depicted in this ad, whether to    04:41:57

 2    the center, to the left, to the right?                 04:42:00

 3         A    In the ad?                                   04:42:07

 4         Q    Yes.                                         04:42:08

 5         A    No.                                          04:42:08

 6         Q    Did you have any say or involvement in       04:42:09

 7    determining the graphic materials that are             04:42:12

 8    presented in the ad?                                   04:42:16

 9              MR. BRIGGS:  Objection --                    04:42:18

10              THE WITNESS:  No.                            04:42:18

11              MR. BRIGGS:  -- vague and ambiguous.         04:42:19

12    BY MR. WELSH:                                          04:42:20

13         Q    Did you have any say or role in selecting    04:42:20

14    the shoes or the number of shoes that would appear     04:42:24

15    in this advertisement?                                 04:42:26

16         A    No.  I just selected the girl and her        04:42:28

17    pose.  I posed her as well.                            04:42:34

18         Q    And you selected the pose after you had      04:42:43

19    been provided a tear sheet like Exhibit 79; correct?   04:42:46

20         A    Multiple tear sheets.                        04:42:51

21              MR. BRIGGS:  Objection --                    04:42:53

22    BY MR. WELSH:                                          04:42:55

23         Q    Thank you.                                   04:42:55

24              Okay.  Where are we now?                     04:42:55

25              MR. BRIGGS:  Time for a break.               04:43:00
```

Page 270

**EXHIBIT 29**
**294**

```
 1    STATE OF CALIFORNIA    ) ss:
 2    COUNTY OF LOS ANGELES  )
 3
 4       I, RICKI Q. MELTON, CSR No. 9400, RPR No. 45429,
      do hereby certify:
 5
         That the foregoing deposition testimony of
 6    RICHARD REINSDORF was taken before me at the
      time and place therein set forth, at which time the
 7    witness was placed under oath and was sworn by me to
      tell the truth, the whole truth, and nothing but the
 8    truth;
 9      That the testimony of the witness and all objections
      made by counsel at the time of the examination were
10    recorded stenographically by me and were thereafter
      transcribed under my direction and supervision, and
11    that the foregoing pages contain a full, true, and
      accurate record of all proceedings and testimony to
12    the best of my skill and ability.
13       I further certify that I am neither counsel for
      any party to said action nor am I related to any
14    party to said action, nor am I in any way interested
      in the outcome thereof.
15
16
17       IN WITNESS WHEREOF, I have subscribed my name
      this 12th day of March, 2012.
18
19
20
21
22
23    _____
24
25    RICKI Q. MELTON, C.S.R. No. 9400


                                          Page 350
```

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4       --------------------------------

 5    RICHARD REINSDORF,              )

 6                     Plaintiff,     ) Case No.

 7         vs.                        )

 8    SKECHERS U.S.A., INC.; SKECHERS ) CV10-7181-DDP (SSx)

 9    U.S.A., INC. II; and DOES 1-10, )

10                     Defendants.    ) VOLUME II

11       --------------------------------

12

13

14          CONTINUED VIDEOTAPED DEPOSITION OF

15                    RICHARD REINSDORF

16

17               LOS ANGELES, CALIFORNIA

18               SATURDAY, APRIL 28, 2012

19

20

21

22    Reported by: RICKI Q. MELTON, CSR No. 9400

23    Job No. 143243

24

25    PAGES 361 - 524

                                         Page 361
```

```
 1        Q    Okay.  Let's move forward to November of    10:38:16

 2    2006.                                                10:38:30

 3             At or about that time, you were hired --    10:38:32

 4    you were -- what is the phrase you wanted?  Let's    10:38:34

 5    start over.                                          10:38:41

 6             In or about November 2006, you were hired   10:38:42

 7    on a free-lance basis by Skechers to take photos     10:38:45

 8    for its lifestyle marketing campaign; correct?       10:38:49

 9        A    In or about 2006?                           10:38:56

10        Q    Correct.                                    10:38:57

11        A    I believe so.                               10:38:58

12        Q    Was the job that you were being hired to    10:38:58

13    do in or about November of 2006 different from the   10:39:06

14    job you were hired to do in connection with the      10:39:10

15    Michelle K photo shoot?                              10:39:12

16        A    Yes.                                        10:39:16

17        Q    How was it different?                       10:39:16

18        A    We shot in Los Angeles --                   10:39:17

19        Q    Any other differences?                      10:39:20

20        A    -- in the studio.                           10:39:21

21        Q    Okay.  Any other differences?               10:39:22

22        A    There were more models.                     10:39:24

23        Q    Okay.  Anything else?                       10:39:25

24        A    Sure.  I mean the lighting was different.   10:39:28

25    The way I directed the models was different.  I      10:39:32

                                                           Page 394
```

**EXHIBIT 29**
**297**

| | | |
|---|---|---|
| 1 | moved models in different positions.  I set up | 10:39:36 |
| 2 | cubes that I brought in to a studio.  I had a | 10:39:40 |
| 3 | different concept. | 10:39:47 |
| 4 | Q    Okay.  As opposed to the specifics of the | 10:39:48 |
| 5 | photo shoot and how you were going to do things at | 10:39:55 |
| 6 | the photo shoot -- I'm not so much interested in | 10:39:58 |
| 7 | that. | 10:40:02 |
| 8 | What I'm wondering is:  Did you understand | 10:40:02 |
| 9 | your original assignment in connection with the | 10:40:05 |
| 10 | November 2006 photo shoot to be different than the | 10:40:08 |
| 11 | assignment you had in connection with the Michelle | 10:40:10 |
| 12 | K photo shoot? | 10:40:13 |
| 13 | MR. BRIGGS:  Objection.  Asked and | 10:40:15 |
| 14 | answered and vague. | 10:40:16 |
| 15 | THE WITNESS:  I don't know what you mean. | 10:40:17 |
| 16 | BY MR. BARKER: | 10:40:18 |
| 17 | Q    Okay.  I'll ask -- I'll ask the direct | 10:40:18 |
| 18 | question. | 10:40:23 |
| 19 | When you were hired in November of 2006, | 10:40:24 |
| 20 | was it your understanding that you would be taking | 10:40:28 |
| 21 | photographs for Skechers to use in its lifestyle | 10:40:31 |
| 22 | marketing campaign? | 10:40:35 |
| 23 | A    2006, I -- what I recall is lookbooks. | 10:40:40 |
| 24 | Q    Lookbooks? | 10:40:43 |
| 25 | A    Uh-huh. | 10:40:46 |

Page 395

| | | |
|---|---|---|
| 1 | Q    Okay.  So one -- there was typically one | 10:49:09 |
| 2 | concept meeting with you prior to each of the five | 10:49:13 |
| 3 | photo shoots; correct? | 10:49:18 |
| 4 | MR. BRIGGS:  Objection.  Compound. | 10:49:18 |
| 5 | You can answer. | 10:49:19 |
| 6 | THE WITNESS:  Could you repeat? | 10:49:21 |
| 7 | BY MR. BARKER: | 10:49:22 |
| 8 | Q    Sure. | 10:49:22 |
| 9 | Typically there was just one concept | 10:49:24 |
| 10 | meeting before an actual -- strike that. | 10:49:26 |
| 11 | Typically there was one concept meeting | 10:49:37 |
| 12 | with you prior to each of the five photo shoots; | 10:49:41 |
| 13 | correct? | 10:49:41 |
| 14 | A    Actual meeting, yes. | 10:49:48 |
| 15 | Q    Okay.  And at these concept meetings, | 10:49:49 |
| 16 | Skechers typically would explain to you what it | 10:49:58 |
| 17 | wanted to convey in its marketing campaign; correct? | 10:50:00 |
| 18 | MR. BRIGGS:  Objection.  It assumes facts | 10:50:03 |
| 19 | not in evidence, lacks foundation. | 10:50:04 |
| 20 | THE WITNESS:  They would show me tear | 10:50:07 |
| 21 | sheets of things that they liked so I could come up | 10:50:09 |
| 22 | with how I could execute those things that they | 10:50:12 |
| 23 | liked. | 10:50:19 |
| 24 | BY MR. BARKER: | 10:50:19 |
| 25 | Q    Okay.  And did they also tell you anything | 10:50:19 |

Page 404

**EXHIBIT 29**
**299**

| | | |
|---|---|---|
| 1 | about the finished ads that they intended to make | 10:50:23 |
| 2 | using your photographs? | 10:50:26 |
| 3 | A     What do you mean? | 10:50:35 |
| 4 | Q     Well, did they say, for example, "Take a | 10:50:35 |
| 5 | look at this.  What we want you to do is take | 10:50:38 |
| 6 | pictures of models so that we can put in a | 10:50:43 |
| 7 | background like that and put our logo over here | 10:50:46 |
| 8 | like that," you know, so they can mock up for you | 10:50:49 |
| 9 | what they intend to do with the final marketing | 10:50:51 |
| 10 | image? | 10:50:55 |
| 11 | A     I think they were -- I don't think they | 10:50:57 |
| 12 | knew exactly what they were going to do until we | 10:50:58 |
| 13 | did the shots. | 10:51:00 |
| 14 | Q     Okay.  So what type of information were | 10:51:01 |
| 15 | they conveying to you in these concept meetings? | 10:51:07 |
| 16 | A     That they wanted one brand to be more | 10:51:10 |
| 17 | urban, wanted one brand to be more -- to feel more | 10:51:14 |
| 18 | outdoorsy, one to be more lifestylely -- | 10:51:21 |
| 19 | Q     Uh-huh. | 10:51:21 |
| 20 | A     -- or active. | 10:51:26 |
| 21 | Q     Okay.  And -- and I'm -- I'm confining my | 10:51:27 |
| 22 | questions to the five photo shoots in -- in this | 10:51:31 |
| 23 | lawsuit as opposed to any other photo shoots that | 10:51:33 |
| 24 | you did for Skechers. | 10:51:36 |
| 25 | So is your answer still accurate that some | 10:51:38 |

Page 405

EXHIBIT 29
300

| | | |
|---|---|---|
| 1 | inaccurate? | 11:03:28 |
| 2 | A    Not that I recall. | 11:03:31 |
| 3 | Q    Okay.  Because you wouldn't have signed it | 11:03:32 |
| 4 | if it was inaccurate; correct? | 11:03:36 |
| 5 | A    Correct. | 11:03:38 |
| 6 | Q    Okay.  And you see right above your | 11:03:38 |
| 7 | signature -- it's actually two lines above -- it | 11:03:42 |
| 8 | says: | 11:03:43 |
| 9 | "I declare under penalty of | 11:03:44 |
| 10 | perjury that the foregoing is | 11:03:46 |
| 11 | true and correct." | 11:03:47 |
| 12 | Do you see that? | 11:03:47 |
| 13 | A    Yes. | 11:03:47 |
| 14 | Q    Okay.  You understood that that | 11:03:49 |
| 15 | declaration under penalty of perjury is equivalent | 11:03:50 |
| 16 | to the oath that you took here today in this | 11:03:52 |
| 17 | deposition; correct? | 11:03:54 |
| 18 | A    Understood. | 11:03:54 |
| 19 | Q    Okay.  Let's go back to paragraph 13. | 11:03:55 |
| 20 | It's on page 4. | 11:04:00 |
| 21 | And I want to direct your attention just | 11:04:09 |
| 22 | to the first two sentences of this paragraph, and | 11:04:12 |
| 23 | then if you wish to look at other parts of the | 11:04:14 |
| 24 | declaration, you are more than welcome to. | 11:04:16 |
| 25 | But it says here: | 11:04:18 |

Page 416

| | | |
|---|---|---|
| 1 | "Mr. Machuca relied on me to | 11:04:19 |
| 2 | direct" -- excuse me -- "to | 11:04:21 |
| 3 | direct and capture material for | 11:04:23 |
| 4 | Skechers to use.  I drew my | 11:04:25 |
| 5 | inspiration from the tears | 11:04:27 |
| 6 | Ms. Humphries provided to me and | 11:04:30 |
| 7 | from the general ideas that | 11:04:32 |
| 8 | Skechers wanted to convey in its | 11:04:33 |
| 9 | campaign." | 11:04:35 |
| 10 | Do you see that? | 11:04:36 |
| 11 | A    Uh-huh. | 11:04:36 |
| 12 | Q    Okay.  What general ideas did Skechers | 11:04:37 |
| 13 | tell you it wanted to convey in its marketing | 11:04:38 |
| 14 | campaign? | 11:04:43 |
| 15 | MR. BRIGGS:  Objection.  Asked and | 11:04:43 |
| 16 | answered. | 11:04:45 |
| 17 | THE WITNESS:  I don't believe that they | 11:04:45 |
| 18 | had general ideas. | 11:04:46 |
| 19 | BY MR. BARKER: | 11:04:47 |
| 20 | Q    Okay.  Then -- | 11:04:47 |
| 21 | A    Except -- I mean the general idea would be | 11:04:51 |
| 22 | to capture -- for me to capture the models in | 11:04:53 |
| 23 | different positions and do what I did, use my style | 11:04:57 |
| 24 | to capture their models in a studio. | 11:05:01 |
| 25 | They didn't have ideas.  So... | 11:05:04 |

Page 417

EXHIBIT 29
302

| | | |
|---|---|---|
| 1 | As you sit here today, you don't recall | 11:06:06 |
| 2 | anything about the general ideas that Skechers | 11:06:09 |
| 3 | wanted to convey in its marketing campaign in 2006? | 11:06:10 |
| 4 | MR. BRIGGS:  Objection.  Asked and | 11:06:21 |
| 5 | answered, misstates the testimony. | 11:06:22 |
| 6 | THE WITNESS:  The reason I brought Pennie | 11:06:26 |
| 7 | was because from was a lack of ideas, to clarify. | 11:06:28 |
| 8 | BY MR. BARKER: | 11:06:32 |
| 9 | Q    Okay. | 11:06:32 |
| 10 | A    There were no -- | 11:06:34 |
| 11 | Q    But -- | 11:06:34 |
| 12 | A    -- ideas.  So I brought in someone.  I -- | 11:06:35 |
| 13 | when I was driving home from the meeting, I | 11:06:36 |
| 14 | realized we're in trouble.  These people don't know | 11:06:39 |
| 15 | what they are doing, this -- our new art director. | 11:06:43 |
| 16 | I wanted to bring someone in to help who could | 11:06:45 |
| 17 | actually provide ideas, who could actually -- who | 11:06:48 |
| 18 | knew how to art direct a photo shoot.  So I brought | 11:06:50 |
| 19 | Ms. Humphries in. | 11:06:53 |
| 20 | MR. BARKER:  Move to strike as | 11:06:54 |
| 21 | nonresponsive. | 11:06:57 |
| 22 | Q    As you sit here today, do you recall | 11:06:58 |
| 23 | anything about the general ideas that Skechers | 11:06:59 |
| 24 | wanted to convey in its marketing campaign in 2006? | 11:07:03 |
| 25 | MR. BRIGGS:  Objection.  Asked and | 11:07:06 |

Page 419

```
 1       Q    Okay.                                 11:59:38

 2       A    They pulled tear sheets, which were other  11:59:44

 3   people's ideas which were executed on paper or off  11:59:46

 4   the Internet.                                 11:59:49

 5       Q    Okay.                                 11:59:49

 6       A    You showed those to me.               11:59:50

 7       Q    If you -- if you look up at Mr. Machuca's  11:59:52

 8   e-mail, it says:                               11:59:54

 9            "I do agree we should talk about        11:59:55

10            ideas.  I want to do storyboards.       11:59:57

11            So let's talk tomorrow."              11:59:59

12            Do you see that?                      12:00:00

13       A    Uh-huh.                               12:00:00

14       Q    Okay.  Did Mr. Machuca --             12:00:01

15            MR. BRIGGS:  Is that a "yes"?          12:00:02

16            THE WITNESS:  Oh.  Yes.               12:00:04

17   BY MR. BARKER:                                 12:00:05

18       Q    Yeah.                                 12:00:05

19            Did Mr. Machuca provide you with       12:00:06

20   storyboards?                                   12:00:09

21       A    Not many.                             12:00:10

22       Q    Okay.  Did he specifically provide you  12:00:12

23   with storyboards after this e-mail?            12:00:14

24       A    I don't recall.                       12:00:16

25       Q    Okay.  As part of the process that you  12:00:18

                                                    Page 459
```

| | | |
|---|---|---|
| 1 | were engaging in with Skechers, did Mr. Machuca | 12:00:20 |
| 2 | sometimes provide you with storyboards? | 12:00:24 |
| 3 | MR. BRIGGS:  Objection.  Vague and | 12:00:26 |
| 4 | ambiguous as to time. | 12:00:26 |
| 5 | THE WITNESS:  Maybe for a couple pictures. | 12:00:27 |
| 6 | BY MR. BARKER: | 12:00:30 |
| 7 | Q    Okay.  When you say "a couple of pictures," | 12:00:30 |
| 8 | you are talking about a couple of shoots, or are | 12:00:32 |
| 9 | you talking about a couple of pictures within a | 12:00:35 |
| 10 | shoot? | 12:00:37 |
| 11 | A    A couple of pictures within a shoot. | 12:00:37 |
| 12 | Q    Okay.  And on how many occasions did -- | 12:00:39 |
| 13 | A    Mostly it was tear sheets, things pulled | 12:00:40 |
| 14 | from other magazines that other people photographed. | 12:00:43 |
| 15 | Q    Okay.  I think I under -- I think I | 12:00:45 |
| 16 | understand. | 12:00:45 |
| 17 | What you are saying is that Skechers would | 12:00:46 |
| 18 | generally convey its thoughts about the photo | 12:00:48 |
| 19 | shoots through the use of tear sheets; correct? | 12:00:51 |
| 20 | A    Correct. | 12:00:52 |
| 21 | Q    And sometimes storyboards; correct? | 12:00:53 |
| 22 | A    Very rare. | 12:00:55 |
| 23 | Q    Okay.  In terms of your experience with | 12:00:55 |
| 24 | the companies that you had worked with before you | 12:01:09 |
| 25 | worked with Skechers -- | 12:01:12 |

Page 460

**EXHIBIT 29**
**305**

| | | |
|---|---|---|
| 1 | capturing the images." | 12:09:25 |
| 2 | Do you see that sentence? | 12:09:27 |
| 3 | A    Yes. | 12:09:28 |
| 4 | Q    Okay.  What -- what was Skechers entitled | 12:09:28 |
| 5 | to provide in terms of a degree of input on the set | 12:09:31 |
| 6 | of the photo shoots? | 12:09:34 |
| 7 | A    That they liked things, didn't like | 12:09:35 |
| 8 | things, that the laces needed to be not covering | 12:09:37 |
| 9 | the "S" logo, minor -- you know, minor comments. | 12:09:40 |
| 10 | Q    Okay.  And if -- and if Skechers asked you | 12:09:47 |
| 11 | to do something like position a model slightly | 12:09:50 |
| 12 | differently, you tried to accommodate them; correct? | 12:09:52 |
| 13 | MR. BRIGGS:  Objection.  It assumes facts | 12:09:55 |
| 14 | not -- | 12:09:55 |
| 15 | THE WITNESS:  That would -- | 12:09:55 |
| 16 | MR. BRIGGS:  -- in evidence. | 12:09:57 |
| 17 | THE WITNESS:  That would rarely happen, | 12:09:57 |
| 18 | but yeah.  If they would, I would -- I would go | 12:09:59 |
| 19 | through many -- when I shoot, I hold a camera, and | 12:10:01 |
| 20 | I move around.  So the model moves, and I direct | 12:10:05 |
| 21 | the model.  So it's really me and the model.  So | 12:10:08 |
| 22 | I'm basically hired to create those moments. | 12:10:11 |
| 23 | So Skechers really wouldn't have -- they | 12:10:13 |
| 24 | might have some general ideas like crouch down, | 12:10:17 |
| 25 | could you do some crouched down.  That -- so then I | 12:10:20 |

Page 471

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT 29**
**306**

| | | |
|---|---|---|
| 1 | And I asked you about the first sentence | 12:42:48 |
| 2 | of paragraph 19. | 12:42:51 |
| 3 | A    Uh-huh. | 12:42:52 |
| 4 | Q    What ideas for the shoot that you had were | 12:42:52 |
| 5 | the ones that the Skechers executives were | 12:43:01 |
| 6 | initially skeptical about? | 12:43:03 |
| 7 | A    The trampoline.  I had since sent the | 12:43:05 |
| 8 | pictures.  Like when we -- when I used the | 12:43:08 |
| 9 | trampoline, they -- they didn't know how that was | 12:43:09 |
| 10 | going to work.  So I showed them some pictures of | 12:43:12 |
| 11 | shots of models on trampolines. | 12:43:15 |
| 12 | Q    Okay.  Tell me -- tell me about those | 12:43:18 |
| 13 | conversations. | 12:43:19 |
| 14 | What did you show Mr. Machuca and | 12:43:20 |
| 15 | Mr. Greenberg that involved a trampoline? | 12:43:24 |
| 16 | A    I believe I e-mailed -- I e-mailed some | 12:43:27 |
| 17 | pictures of models on a trampoline. | 12:43:29 |
| 18 | In order to create that virtual playground | 12:43:31 |
| 19 | that I would create in the studio, I wanted to have | 12:43:34 |
| 20 | different tools, you know, whether it be a cube, | 12:43:37 |
| 21 | hollow cube, fence for someone to climb on, barrel | 12:43:41 |
| 22 | for someone to sit on. | 12:43:45 |
| 23 | Another way to create movement, which I | 12:43:48 |
| 24 | have done many times in the past, is to use a | 12:43:50 |
| 25 | trampoline, and they -- when I said, "Let's bring a | 12:43:52 |

Page 489

**EXHIBIT 29**
**307**

| | | |
|---|---|---|
| 1 | trampoline in the studio," they didn't really get | 12:43:55 |
| 2 | what I was talking about. | 12:43:57 |
| 3 | So I sent them examples of that, and they | 12:43:59 |
| 4 | were skeptical about how -- if the trampoline would | 12:44:01 |
| 5 | work or not. | 12:44:03 |
| 6 | Q    Uh-huh. | 12:44:03 |
| 7 | A    Also the cube, they -- the hollow cube, | 12:44:04 |
| 8 | they -- they were skeptical about, and -- I mean | 12:44:06 |
| 9 | they just did not know how it was going to work. | 12:44:10 |
| 10 | I remember some of the things I did, after | 12:44:12 |
| 11 | the shots came back, they would say, "God, I didn't | 12:44:13 |
| 12 | know, when you were talking about it and describing | 12:44:16 |
| 13 | at the concept meeting what you were going to do, | 12:44:18 |
| 14 | how it was going to come out." | 12:44:23 |
| 15 | And they were -- and they were just | 12:44:24 |
| 16 | pleasantly surprised, you know, the way we fastened | 12:44:25 |
| 17 | the chain-link fence together at the corners like a | 12:44:28 |
| 18 | star so that the girls could climb in different | 12:44:30 |
| 19 | directions and the stuff, and they were skeptical | 12:44:33 |
| 20 | of it. | 12:44:36 |
| 21 | I mean that -- what I meant was they | 12:44:37 |
| 22 | didn't -- when I -- they said, "Okay.  We trust | 12:44:38 |
| 23 | you.  Go ahead and do your thing," I went and did | 12:44:39 |
| 24 | it, and I think they -- you know, they gained | 12:44:42 |
| 25 | trust.  I don't think they didn't like much. | 12:44:47 |

Page 490

EXHIBIT 29
308

```
 1    STATE OF CALIFORNIA    ) ss:
 2    COUNTY OF LOS ANGELES  )

 3
 4        I, RICKI Q. MELTON, CSR No. 9400, RPR No. 45429, do
      hereby certify:
 5
          That the foregoing deposition testimony of
 6    RICHARD REINSDORF was taken before me at the
      time and place therein set forth, at which time the
 7    witness was placed under oath and was sworn by me to
      tell the truth, the whole truth, and nothing but the
 8    truth;
 9        That the testimony of the witness and all objections
      made by counsel at the time of the examination were
10    recorded stenographically by me and were thereafter
      transcribed under my direction and supervision, and that
11    the foregoing pages contain a full, true, and accurate
      record of all proceedings and testimony to the best of
12    my skill and ability.
13        I further certify that I am neither counsel for any
      party to said action nor am I related to any party to
14    said action, nor am I in any way interested in the
      outcome thereof.
15
16
17        IN WITNESS WHEREOF, I have subscribed my name
      this 3rd day of May, 2012.
18
19
20
21
22
23    _____
24    RICKI Q. MELTON, C.S.R. No. 9400
25
```

Page 524