# Exhibit 30

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4      ----------------------------
 5     RICHARD REINSDORF,           )
 6              Plaintiff,          ) Case No.
 7              vs.                 ) CV10-7181-DDP (SSx)
 8     SKECHERS U.S.A., INC.;       )
 9     SKECHERS U.S.A., INC. II;    )
10     and DOES 1-10,               )
11              Defendants.         )
12      ----------------------------
13
14
15              VIDEOTAPED DEPOSITION OF
16                    ROBERT HELLER
17
18              LOS ANGELES, CALIFORNIA
19              THURSDAY, MAY 10, 2012
20
21
22
23     Reported by:  WENDY S. SCHREIBER, CSR 3558, RPR
24     Job No. 144957
25     PAGES 1 - 348
```

Page 1

Veritext National Deposition & Litigation Services
866 299-5127

EXHIBIT 30
310

| | | |
|---|---|---|
| 1 | Q. Right. I notice that Ms. Simonian didn't | 02:05:58 |
| 2 | use the word "seasonal" in here but I take it you | 02:06:08 |
| 3 | just understood that from the nature of the client? | 02:06:12 |
| 4 | A. Yes, and I'm sure in Richard's conversations | 02:06:14 |
| 5 | and also styling notes and that sort of thing we | 02:06:17 |
| 6 | learned which season it would be. It's also when | 02:06:22 |
| 7 | you're going to shoot is -- you know which season | 02:06:25 |
| 8 | it's going to be because you shoot in advance of the | 02:06:28 |
| 9 | season. | 02:06:31 |
| 10 | Q. Right. And then it says, "against | 02:06:31 |
| 11 | gray/white screen." Did you have an understanding | 02:06:35 |
| 12 | why they were shooting against a gray/white screen? | 02:06:38 |
| 13 | A. Why? I can't answer to why. | 02:06:46 |
| 14 | Q. Do you recall that they were shooting | 02:06:49 |
| 15 | against a nondescript, colored screen because | 02:06:51 |
| 16 | Skechers was going to add in its own background and | 02:06:55 |
| 17 | other digital things after the photograph was done? | 02:06:59 |
| 18 | MR. SELF: Objection: lacks foundation and | 02:07:02 |
| 19 | it's actually contrary to the witness' testimony. I | 02:07:04 |
| 20 | think he said they didn't use a gray/white screen. | 02:07:07 |
| 21 | THE WITNESS: Yeah. I would have no -- we | 02:07:10 |
| 22 | use gray and white quite a bit so it could just be | 02:07:14 |
| 23 | to change the color of the background if you want. | 02:07:19 |
| 24 | BY MR. WELSH: | 02:07:21 |
| 25 | Q. Well, you were aware that Skechers was going | 02:07:21 |

Page 123

```
 1   to digitally play with Mr. Reinsdorf's photographs,    02:07:23
 2   weren't you?                                            02:07:26
 3          MR. SELF:  Objection:  lacks foundation.         02:07:27
 4          THE WITNESS:  I would have no idea at this       02:07:28
 5   time.  This would be my first shoot with them.          02:07:30
 6   BY MR. WELSH:                                           02:07:32
 7       Q.  Well, don't you recall even writing that in    02:07:33
 8   an e-mail to them; that they were going -- since        02:07:35
 9   they were going to digitally play with -- with his      02:07:38
10   photographs that it might be useful to use a white      02:07:42
11   background?                                             02:07:44
12          MR. SELF:  Objection:  lacks foundation. If     02:07:45
13   you're referring to a document, I suggest we look at    02:07:47
14   it as an exhibit.                                       02:07:49
15          THE WITNESS:  Yeah.                              02:07:50
16   BY MR. WELSH:                                           02:07:52
17       Q.  There's a question pending sir.  Do you         02:07:52
18   recall saying those words?                              02:07:55
19          MR. SELF:  Same objections.                      02:07:56
20          THE WITNESS:  Ask the question again.            02:07:57
21   Sorry.                                                  02:07:58
22   BY MR. WELSH:                                           02:07:58
23       Q.  Sure.  Do you recall writing in an e-mail       02:07:59
24   that -- that since it was -- since Skechers was         02:08:02
25   going to digitally play with Mr. Reinsdorf's            02:08:05
```

Page 124

| | | |
|---|---|---|
| 1 | BY MR. WELSH: | 02:10:45 |
| 2 | Q.  You may in a moment but I'm entitled to test | 02:10:45 |
| 3 | your recollection of it without having seen the | 02:10:48 |
| 4 | document and that's what I'm doing.  You recall | 02:10:51 |
| 5 | having written something about the fact that | 02:10:53 |
| 6 | Skechers was going to digitally play with | 02:10:57 |
| 7 | Mr. Reinsdorf's photographs, correct? | 02:10:59 |
| 8 | MR. SELF:  Asked and answered and lacks | 02:11:02 |
| 9 | foundation. | 02:11:04 |
| 10 | THE WITNESS:  Yeah.  And I don't know if | 02:11:04 |
| 11 | "digitally play" was the exact term so that I don't | 02:11:07 |
| 12 | recollect. | 02:11:10 |
| 13 | BY MR. WELSH: | 02:11:10 |
| 14 | Q.  Well, forget what word you might have used. | 02:11:11 |
| 15 | I want to know what you understood.  When -- when | 02:11:14 |
| 16 | you wrote that there was -- that Skechers was going | 02:11:17 |
| 17 | to do something with these photographs, what was | 02:11:19 |
| 18 | your understanding? | 02:11:22 |
| 19 | MR. SELF:  Same objections. | 02:11:23 |
| 20 | THE WITNESS:  To potentially do something to | 02:11:27 |
| 21 | the image to decorate it. | 02:11:30 |
| 22 | BY MR. WELSH: | 02:11:35 |
| 23 | Q.  And did you have any discussions with | 02:11:36 |
| 24 | Ms. Simonian about what -- what kinds of things | 02:11:39 |
| 25 | Skechers was going to do to decorate the image? | 02:11:42 |

Page 128

```
 1        A.   No.                                          02:11:44
 2        Q.   Did you have any discussions with anyone at  02:11:46
 3   Skechers as to what they were going to do?             02:11:47
 4             MR. SELF:  Objection:  vague.                02:11:49
 5             THE WITNESS:  It's not my department to do   02:11:51
 6   so, no.  That's a creative -- it's a creative sort     02:11:52
 7   of conversation.                                       02:11:56
 8   BY MR. WELSH:                                          02:11:58
 9        Q.   And if it's a creative element, does that    02:11:58
10   mean it doesn't include you?                           02:12:02
11        A.   If it's something that has to be purchased   02:12:03
12   or brought in for the shoot, yes, that is an element   02:12:06
13   that has to be discussed with me, yeah.                02:12:10
14        Q.   Okay.  But whether or not Skechers was going 02:12:11
15   to modify or alter Mr. Reinsdorf's photographs, that   02:12:14
16   didn't have to go through you, correct?                02:12:22
17             MR. SELF:  Objection:  vague.  It's an       02:12:23
18   incomplete hypothetical.                               02:12:25
19             THE WITNESS:  Yeah, plus that's an           02:12:26
20   irrelevant question for any agent because it           02:12:28
21   doesn't -- it doesn't have any bearing what they do    02:12:31
22   to the image.                                          02:12:32
23   BY MR. WELSH:                                          02:12:35
24        Q.   Okay.  You didn't care what they did with    02:12:35
25   the image.  Is that what you're saying?                02:12:37
```

Page 129

```
 1           MR. SELF:  Objection: vague.              05:04:40
 2           THE WITNESS:  And you're also dealing with 05:04:41
 3   an old format where it used to be film, it's digital 05:04:43
 4   now.  It's not stacks and stacks.  This is what that 05:04:47
 5   was based on was film stock, negatives.  So it's not 05:04:49
 6   about -- it's not about maintaining and returning   05:04:53
 7   digital files anymore.  You can -- you couldn't copy 05:04:57
 8   the -- the negatives.  You can make hundreds of     05:05:01
 9   copies of the digital.  So it's an old request.    05:05:05
10   It's not even valid anymore.                        05:05:08
11   BY MR. WELSH:                                       05:05:11
12       Q.  Well, it was not a request you ever made of 05:05:11
13   Skechers, correct?                                  05:05:13
14       A.  No, because we're dealing with digital     05:05:14
15   files.                                              05:05:18
16       Q.  And so there was no -- you imposed no      05:05:18
17   restrictions on what Skechers did with those digital 05:05:20
18   files themselves in terms of maintaining them,      05:05:22
19   returning them to you, anything like that?          05:05:25
20       A.  No, their only restriction is they can only 05:05:26
21   use it for six months within the United States under 05:05:29
22   these usages and that's it.  And anything past that, 05:05:31
23   you know, you can delete it, you can hold on to it, 05:05:35
24   you know.                                           05:05:38
25       Q.  Now, no discussion anywhere in the invoice 05:05:50
```

Page 233

```
 1        I, WENDY S. SCHREIBER, CSR No. 3558, a
 2   Certified Shorthand Reporter of the State of
 3   California, do hereby certify:
 4        That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were placed under oath; that a
 8   verbatim record of the proceedings was made by me
 9   using machine shorthand which was thereafter
10   transcribed under my direction; further, that the
11   foregoing is an accurate transcription thereof.
12        I further certify that I am neither
13   financially interested in the action nor a relative
14   or employee of any attorney of any of the parties.
15        IN WITNESS WHEREOF, I have this date
16   subscribed my name.
17
18   Dated: May 12, 2012
19
20
21   _____
22        WENDY S. SCHREIBER, CSR No. 3558, RPR
23
24
25
                                              Page 348
```