# Exhibit 49



EXHIBIT 49
886