# EXHIBIT

# A

# DOMINIQUE M. HANSSENS

Bud Knapp Professor of Marketing
UCLA Anderson School of Management

## Office

UCLA Anderson School of Management
110 Westwood Plaza, Suite B417
Los Angeles, California  90095-1481, USA

Phone +1 310.825.4497 and +1 310.206.7422 (fax)

E-mail dominique.hanssens@anderson.ucla.edu

## Academic Positions

UCLA, Anderson Graduate School of Management
    Bud Knapp Professor of Marketing, 1999-present
    Appointed in 1977

Marketing Science Institute, Cambridge, MA
    Executive Director, 2005-07

Catholic University of Leuven, Belgium
    Visiting Professor, Department of Applied Economics, 1984

Purdue University
    Graduate Instructor, School of Industrial Management, 1975-76

## Education

Ph.D., Purdue University, Management, 1977
    Thesis:  "An Empirical Study of Time-Series Analysis in Marketing Model Building."
    Chair:  Frank M. Bass

M.S., Purdue University, Management, 1976

Licenciate, University of Antwerp (UFSIA), Applied Economics, 1974

## Languages

Dutch, English, French, German, Spanish

EXHIBIT A
9

# RESEARCH

## Books and Monographs

D.M. Hanssens, Ed., *Empirical Generalizations about Marketing Impact*. Cambridge, MA: Marketing Science Institute, Relevant Knowledge Series, 2009.

J. Villanueva and D.M. Hanssens. *Customer Equity: Measurement, Management and Research Opportunities.* Foundations and Trends in Marketing, 2007.

D.M. Hanssens, L.J. Parsons and R.L. Schultz. *Market Response Models: Econometric and Time Series Analysis*, 2nd Edition, Kluwer Academic Publishers, 2001. Reprinted, 2003.

> Reviewed in *Journal of Marketing Research* (August 2002), *Interfaces* (July-August 2003), *International Journal of Forecasting* (April-June 2005).

> Chinese translation, Shanghai People's Publishing House, 2003.

D.M. Hanssens, L.J. Parsons and R.L. Schultz. *Market Response Models: Econometric and Time Series Analysis*, Kluwer Academic Publishers, 1990.

> Reviewed in *Journal of Marketing Research* (May 1991), *International Journal of Research in Marketing* (June 1991).

## Book Chapters

Luo, X., K. Pauwels & D.M. Hanssens, "Time-Series Models of Pricing the Impact of Marketing on Firm Value," in *Handbook of Marketing and Finance*, S. Ganesan and S. G. Bharadwaj, ed., Edward-Elgar Publishing, MA, 2012.

Dekimpe, M. G. & D. M. Hanssens, "The Hidden Powers of Advertising Investments," in *Liber Amicorum for Professor Peter Leeflang*, 2012.

Hanssens, D. M. and M. G. Dekimpe, "Short-term and Long-term Effects of Marketing Strategy," in *Handbook of Marketing Strategy*, V. Shankar and G. S. Carpenter, ed., Edward-Elgar Publishing, MA, 2012.

Lehmann, D.R. and Hanssens, D.M., "Marketing Metrics," in *Wiley International Encyclopedia of Marketing*, R. Peterson and R. Kerin, Eds., 2011.

Hanssens, D.M. and Dekimpe, M.G., "Models for the Financial Performance Effects of Marketing," in *Handbook of Marketing Decision Models*, B. Wierenga (Ed.), Springer Science, 2008.

2

Dekimpe, M.G., Franses, P.H., Hanssens, D.M. and Naik, P., "Time Series Models in Marketing," in *Handbook of Marketing Decision Models*, B. Wierenga (Ed.), Springer Science, 2008.

Dekimpe, M.G. and Hanssens, D.M., "Advertising Response Modeling," in *Handbook of Advertising*, G. Tellis and T. Ambler (Eds.), Sage Publications, 2007.

Dekimpe, M.G. and Hanssens, D.M., "Persistence Modeling for Assessing Marketing Strategy Performance," in *Assessing Marketing Strategy Performance*, Lehmann, D. and Moorman, C. (Eds.),  Marketing  Science Institute, 2004.

Hanssens, D.M. "Allocating Marketing Communication Expenditures: A Long-Run View," in *Measuring and Allocating Marcom Budgets: Seven Expert Points of View*, Batra, R. and Reibstein, D. (Eds.),  Marketing Science Institute, 2003.

Hanssens, D.M. and Parsons, L.J., "Econometric and Time-Series Market Response Models," in *Handbooks in OR & MS*, Vol 5,  Eliashberg, J. and Lilien, G.L. (Eds.), Elsevier Science Publishers, 1993. Translated in Japanese, 1998.

**Articles**

D.M. Hanssens, "Response Models, Data Sources, and Dynamics: Commentary on 'Measuring the Impact of Negative Demand Shocks on Car Dealer Networks'," *Marketing Science*, 2012.

M.G. Dekimpe & D.M. Hanssens, "Time Series Models in Marketing: Some Recent Developments," *Marketing - Journal of Research and Management*, *Special Issue in Honor of Lutz Hildebrandt*, 6 (1), 2010.

A.Joshi & D.M. Hanssens, "The Direct and Indirect Effects of Advertising Spending on Firm Value," *Journal of Marketing*, January 2010.

> MSI/Paul Root Best Paper Award, Journal of Marketing, 2011
> Robert D. Buzzell Best Paper Award, Marketing Science Institute, 2006

D.M. Hanssens, R. T. Rust & R. K. Srivastava, "Marketing Strategy and Wall Street: Nailing Down Marketing's Impact," *Journal of Marketing*, October 2009.

D.M. Hanssens, "Advertising Impact Generalizations in a Marketing Mix Context," *Journal of Advertising Research*, June 2009.

3

EXHIBIT A
11

S. Srinivasan & D.M. Hanssens , "Marketing and Firm Value: Metrics, Methods, Findings and Future Directions," *Journal of Marketing Research*, June 2009.

> Lead article
> With commentaries and rejoinder
> Finalist for the 2009-2010 Paul Green Best Paper Award.
>
> French translation available in "Marketing et valeur de l'entreprise : mesures, méthodes, résultats et voies futures de recherché," *Recherche et Applications en Marketing*, 24 (4), 2009.

A.Joshi & D.M. Hanssens, "Movie Advertising and the Stock Market Valuation of Studios," *Marketing Science*, March-April 2009.

P. Leeflang, T. Bijmolt, J. van Doorn, D. Hanssens, H. van Heerde, P. Verhoef & J. Wierenga, "Lift versus Base: Current Trends in Marketing Dynamics," *International Journal of Research in Marketing*, March 2009.

> Finalist, Best Paper Award, *International Journal of Research in Marketing*

S. Srinivasan, K. Pauwels, J. Silva-Risso and D.M. Hanssens , "Product Innovations, Advertising Spending and Stock Returns," *Journal of Marketing*, January 2009.

B.Bronnenberg, J.P.Dubé, C. Mela, P. Albuquerque, T. Erdem, B. Gordon, D. Hanssens, G. Hitsch, H. Hong & B. Sun, "Measuring long-run marketing effects and their implications for long-run marketing decisions," *Marketing Letters*, September 2008.

J. Villanueva, S. Yoo and D.M. Hanssens, "The Impact of Marketing-Induced vs. Word-of-Mouth Customer Acquisition on Customer Equity," *Journal of Marketing Research*, February 2008.

K.Pauwels & D.M. Hanssens, "Performance Regimes and Marketing Policy Shifts," *Marketing Science*, May-June 2007.

> Lead article
> Finalist, John D.C. Little Best Paper award
> Finalist, Frank M. Bass Best Dissertation-based Paper award

S. Gupta, D. Hanssens, B. Hardie, W. Kahn, V. Kumar, N. Lin, N. Ravishanker and S. Sriram (2006), "Modeling Customer Lifetime Value," *Journal of Service Research*, 9, 2 (November).

J-B. Steenkamp, V.R.Nijs, D.M. Hanssens and M.G. Dekimpe, "Competitive Reactions and the Cross-Sales Effects of Advertising and Promotion," *Marketing Science*, Winter 2005.

4

EXHIBIT A
12

D.M. Hanssens, P. Leeflang and D.R. Wittink, "Market Response Models and Marketing Practice," *Applied Stochastic Models in Business and Industry*, July-October 2005.

>   With commentaries and rejoinder

M.G. Dekimpe, D.M. Hanssens, V. Nijs and J-B. Steenkamp, "Measuring Short- and Long-Run Promotional Effectiveness on Scanner Data using Persistence Modeling," *Applied Stochastic Models in Business and Industry*, July-October 2005.

>   With commentaries and rejoinder

K.Pauwels, I. Currim, M. Dekimpe, E. Ghysels, D. Hanssens, N. Mizik and P.Naik, "Modeling Marketing Dynamics by Time Series Econometrics," *Marketing Letters,* 15:4, 2004.

S. Srinivasan, K. Pauwels, D.M. Hanssens & M. Dekimpe, "Do Promotions Benefit Manufacturers, Retailers, or Both?," *Management Science*, May 2004.

>   Best Paper Award, 2001 European Marketing Academy Meetings
>
>   French translation available in "Les promotions beneficient-elles aux fabricants, aux distributeurs, ou aux deux?", *Recherche et Applications en Marketing*, 19 (3), 2004.

K. Pauwels, J. Silva-Risso, S. Srinivasan and D.M. Hanssens, "The Long-Term Impact of New-Product Introductions and Promotions On Financial Performance and Firm Value," *Journal of Marketing*, October 2004.

D.M.Hanssens. & M. Ouyang, "Hysteresis in Marketing Response: When is Marketing Spending an Investment? *Review of Marketing Science*, 419, (2002).

K.Pauwels, D.M. Hanssens & S.Siddarth, "The Long-Term Effects of Price Promotions on Category Incidence, Brand Choice and Purchase Quantity," *Journal of Marketing Research*, November 2002, p. 421-439.

>   Finalist for the 2002-2003 Paul Green Best Paper Award.
>   Winner of the 2007 William O'Dell Award

V. Nijs, M. Dekimpe, J.-B. Steenkamp & D.M. Hanssens, "The Category Effects of Price Promotions, *Marketing Science*, Winter 2001.

>   Lead article.
>   Co-Winner of the 2001 John D.C. Little Best Paper Award.
>   Winner of the 2002 Frank M. Bass Outstanding Dissertation Award.
>   Finalist, 2011 Long-Term Impact Award, Society for Marketing Science

5

EXHIBIT A
13

M.G. Dekimpe and D.M. Hanssens, "Time-Series Models in Marketing: Past, Present and Future," *International Journal of Research in Marketing*, September 2000.

G. Giuffrida, W. Chu and D.M. Hanssens, "Mining Classification Rules from Datasets with Large Number of Many-Valued Attributes," in *Lecture Notes in Computer Science*, 1777, Springer Verlag, 2000.

M.G. Dekimpe and D.M. Hanssens, "Sustained Spending and Persistent Response: A New Look at Long-Term Marketing Profitability," *Journal of Marketing Research,* November 1999, p. 1-31.

> Lead article.
> Winner of the 1999-2000 Paul Green Best Paper Award.
> Finalist for the 2004 William O'Dell Award.

M.G. Dekimpe,  D.M. Hanssens & J.Silva-Risso, "Long-Run Effects of Price Promotions in Scanner Markets," *Journal of Econometrics,* March-April 1999,  p. 269-291.

M.G. Dekimpe, L. van de Gucht, D.M. Hanssens & K. Powers, "Long-Run Abstinence After Treatment for Narcotcs Abuse: What Are the Odds?", *Management Science,* November 1998.

D.M. Hanssens,  "Order Forecasts, Retail Sales and the Marketing Mix for Consumer Durables, *Journal of Forecasting*, June-July 1998.

M.G. Dekimpe and D.M. Hanssens, "Empirical Generalizations about Market Evolution and Stationarity," *Marketing Science*, Summer 1995.

M.G. Dekimpe and D.M. Hanssens, "The Persistence of Marketing Effects on Sales," *Marketing  Science,*  Winter 1995.

> Lead article.
> Co-Winner of the 1995 John D.C. Little Best Paper Award.

G.S. Carpenter and D.M. Hanssens, "Market Expansion, Cannibalization and Optimal Airline Pricing," *International Journal of Forecasting,* Vol 10, 1994.

A. Roy, D.M. Hanssens and J.S. Raju, "Competitive Pricing by a Price Leader," *Management Science,* July 1994.

> Lead article.

6

EXHIBIT A
14

K. Powers, D.M. Hanssens, Y.I. Hser and M.D. Anglin, "Policy Analysis with a Long-Term Time Series Model: Controlling Narcotics Use and Property Crime," *Mathematical and Computer Modeling, Vol. 17, 2*, 1993.

D.M. Hanssens and J.K. Johansson, "Synergy or Rivalry? The Japanese Automobile Companies' Export Expansion," *Journal of International Business Studies,* Fall 1991.

K. Powers, D.M. Hanssens, Y.I. Hser and M.D. Anglin, "Measuring the Long-Term Effects of Public Policy: The Case of Narcotics Use and Property Crime," *Management Science,* June 1991.

       Lead article.

G.S. Carpenter, L.G. Cooper, D.M. Hanssens and D.F. Midgley, "Asymmetric Market Share Models," *Marketing Science,* Fall 1988.

D.M. Hanssens and P. Vanden Abeele, "A Time-Series Study of the Formation and Predictive Performance of EEC Production Survey Expectations," *Journal of Business & Economic Statistics,* October 1987.

S.I. Ornstein and D.M. Hanssens, "Resale Price Maintenance: Output Increasing or Restricting? The Case of Retail Liquor Stores," *Journal of Industrial Economics,* September 1987.

       Lead article.
       Reprinted in *Journal of Reprints of Antitrust Law and Economics,*
       W.Comanor (Guest Editor), 1990.

H. Gatignon and D.M. Hanssens, "Modeling Marketing Interactions with Application to Sales Force Effectiveness," *Journal of Marketing Research,* August 1987.

       Lead article.
       Finalist for the 1992 William O'Dell Award.

S.I. Ornstein and D.M. Hanssens, "Alcohol Control Laws and the Consumption of Distilled Spirits and Beer," *Journal of Consumer Research,* September 1985.

W.A.V. Clark, H.E. Freeman and D.M. Hanssens, "Opportunities for Revitalizing Stagnant Markets: An Analysis of Consumer Durables," *Journal of Product Innovation Management,* December 1984.

D.M. Hanssens and L.M. Liu, "Lag Specification in Rational Distributed Lag Structural Models," *Journal of Business & Economic Statistics,* October 1983.

7

D.M. Hanssens and H.A. Levien, "An Econometric Study of Recruitment Marketing in the U.S. Navy," *Management Science, October 1983.*

L.M. Liu and D.M. Hanssens, "Identification of Multiple-Input Transfer Function Models," *Communications in Statistics (Theory & Methods)*, 1982(3).

L.M. Liu and D.M. Hanssens, "A Bayesian Approach to Time-Varying Cross-Sectional Models," *Journal of Econometrics*, April 1981.

D.M. Hanssens, "Market Response, Competitive Behavior and Time-Series Analysis," *Journal of Marketing Research,* November 1980.

Finalist for the 1985 William O'Dell Award.

D.M. Hanssens, "Bivariate Time-Series Analysis of the Relationship between Advertising and Sales," *Applied Economics*, September 1980.

D.M. Hanssens and B.A. Weitz, "The Effectiveness of Industrial Print Advertisements across Product Categories,*" Journal of Marketing Research,* August 1980.

E.A. Pessemier, A.C. Bemmaor and D.M. Hanssens, "A Pilot Study of the Willingness to Donate Human Body Parts," *Journal of Consumer Research*, December 1977.

**Papers Under Review or Revision**

H. Kim and D.M. Hanssens, "The Dynamics of Commercial Media, Social Media and Market Outcomes," March 2012.

H. S. Shin, D. M. Hanssens, K.I. Kim and B. Gajula , "Impact of Positive vs. Negative e-Sentiment on Daily Market Value of High-Tech Products," October 2011

D.M. Hanssens, K. Pauwels, S. Srinivasan and M. Vanhuele, "Potential, Stickiness and Lift: How Consumer Attitude Dynamics Drive Marketing's Sales Impact," March 2012.

Finalist, Robert D. Buzzell Best Paper Award, *Marketing Science Institute*

S. Yoo, D.M. Hanssens & H. Kim, "Marketing and the Evolution of Customer Equity of Frequently Purchased Brands," April 2011.

M. Fischer, H. Shin and D.M. Hanssens, "Brand Performance Volatility Arising from Marketing Spending Behavior under Competition," April 2012.

H. S. Shin, M. Sakakibara & D. M. Hanssens, "Marketing and R&D Investment of Leader vs. Follower," July 2010.

8

**Articles for Executives**

D.M. Hanssens and M.G. Dekimpe, "Marketing Links to Finance: A Story of Flows and Stocks," *Marketing Management,* 2012.

D. M. Hanssens, "What is Known about the Long-Term Impact of Advertising," *Marketing Accountability Standards Board Practitioner Paper*, No. 2011-01, February 2011.

D.M. Hanssens, "Stability, Growth, Decline: Beating Recession Fatigue Requires Right Diagnosis," *IESE Insight*, 5, Second Quarter 2010 (in Spanish and English).

D.M. Hanssens, D. Thorpe & C. Finkbeiner, "Marketing When Customer Equity Matters," *Harvard Business Review*, May 2008.

D.M. Hanssens and E. Taylor, "The Village Voice: communities of customers and prospects are creating new challenges and opportunities," *Marketing Management*, March-April 2007.

D.M. Hanssens and B. Lewis, "Divvying up the Marketing Pie," *BAI Banking Strategies*, September/October 2005.

S. Srinivasan, K. Pauwels, D.M. Hanssens & M. Dekimpe, "Who Benefits from Price Promotions?", *Harvard Business Review*, September 2002.

D. M. Hanssens, "Information Driven Marketing Strategy," *International Journal of Medical Marketing*, Summer 2002.

D.M. Hanssens, "Comment on Hysteresis in Marketing," *Sloan Management Review*, Summer 1997

R. Birt and D.M. Hanssens, "Customer-Focused Database Marketing," *Case-in-Point Report*, 1996.

D.M. Hanssens, "Customer Information: The New Strategic Asset," *Chief Executive*, May 1996.

D.M. Hanssens, "Managementopleiding voor de 21ste Eeuw," *Economisch & Sociaal Tijdschrift,* June 1994 (in Dutch).

D.M. Hanssens and P. Loewe, "Taking the Mystery out of Marketing," *Management Review*, August 1994.

9

**Proceedings**

H. Gatignon and D.M. Hanssens, "Modeling Seasonality in Sales Response to the Marketing Variables," *Proceedings,* Second ORSA/TIMS Conference on Market Measurement, Austin, March 1980.

D.M. Hanssens, "Strategy in Marketing Model Building:  Econometrics and Box-Jenkins," *1978 Educators' Proceedings,* American Marketing Association, Presented at the Annual Meeting, Chicago, August 1978.

D.M. Hanssens, "Evaluating Media Effectiveness in the Marketing of Arts Organizations," *Proceedings,* 1978 UCLA Conference of Professional Arts Managers.  Presented at the Conference, Los Angeles, March 1978.

D.M. Hanssens, "Building Complete Models of Competition with Multiple Time-Series Analysis," *Proceedings,* Business and Economic Statistics Section, American Statistical Association, 1977.  Presented at the Annual Meeting, Chicago, August 1977.

**Book Reviews**

"A Comparative Review of Econometrics Books," in *Journal of Marketing Research,* February 1992.

"Time Series and Forecasting with IDA," by H. Roberts, in *Journal of the American Statistical Association,* June 1985.

"Innovation Diffusion:  Models and Applications," by V. Mahajan and R. Peterson, in *Journal of Marketing Research,* November 1985.

**Research Reports**

H.E. Freeman, W.A.V. Clark and D.M. Hanssens, "Electrical Appliance Innovation and Diffusion in the U.S.," for Information Resource Systems, February 1982.

D.M. Hanssens and H.A. Levien, "An Econometric Study of the Effectiveness of U.S. Navy Recruiting," for U.S. Department of Defense, August 1980.

S.I. Ornstein and D.M. Hanssens, "An Economic Analysis of the Relationship of Alcohol Control Laws to the Consumption of Alcoholic Beverages," for UCLA Alcohol Research Center, June 1980.

10

# TEACHING

**Courses Taught at UCLA**

Elements of Marketing (MBA)
Mathematical Models in Marketing (MBA/PhD)
International Marketing (MBA)
Quantitative Research in Marketing (PhD)
Time Series Analysis (PhD/MBA)
Special Research Topics in Marketing (PhD)
Management Field Studies Advisorship (MBA)
Directed Readings in Applied Econometrics and International Marketing (PhD/MBA)
Workshop in Marketing (PhD)
Data Analysis and Decisions under Uncertainty (Executive MBA)
Research in Marketing Management (Ph.D.)
Marketing Strategy and Policy (Executive MBA)
Marketing Strategy and Planning (MBA)
Action Research Project (Executive MBA)
Customer Information Strategy (Executive MBA)
Managerial Problem Solving (MBA)
Marketing Management II (MBA)
Marketing Strategy and Planning: Focus on Eastern Europe (MBA)

**Doctoral Committees**

As chair or co-chair:

Bonita J. Campbell, PhD Management, 1979. Professor of Engineering, California State University, Northridge.
Yoshi Sugita, PhD Management, 1985.  Professor of Economics, Gakushuin University, Tokyo.
Abhik Roy, PhD Management, 1989.  Professor of Marketing, Quinnipiac University.
Keiko Powers, PhD Psychology, 1990.  Senior Marketing Scientist, J.D. Power.
Maria Cison, PhD Economics, 1990.  Economist, General Motors Corporation, Detroit.
Marnik Dekimpe, PhD Management, 1992.  Research Professor, Tilburg University
Koen Pauwels, PhD Management, 2001. Associate Professor, Dartmouth College. Professor, Oyzegin University, Istanbul, 2010-.
Julian Villanueva, PhD Management, 2003. Associate Professor, IESE, Madrid.
Shijin Yoo, PhD Management, 2004. Associate Professor, Korea University
Amit Joshi, PhD Management, 2005. Associate Professor, University of Central Florida.
Hyun Shin, PhD Management, 2008, Assistant Professor, Long Island University
Rafael Becerril, PhD Management, in progress
Ho Kim, PhD Management, in progress

11

EXHIBIT A
19

As member:

Luiz Caleffe, PhD Education, 1980
Hubert Gatignon, PhD Management, 1981
Douglas Nigh, PhD Management, 1981
Marjorie Chan, PhD Management, 1981
Daniel Wunsch, PhD Education, 1981
Mary Kreik, Dr. Public Health, 1982
Ngina Lythcott, Dr. Public Health, 1982
Harish Sujan, PhD Management, 1983
Sharon Garrett, PhD Public Health, 1983
Jan Ouren, PhD Public Health, 1983
Robert Curtis, PhD Management, 1985
Melvyn Menezes, PhD Management, 1985
Benoit Boyer, PhD Management, 1987
Kannan Srinivasan, PhD Management, 1986
Harold Stanislaw, PhD Psychology, 1987
Leon Crabbe, PhD Economics, 1988
Joao Assuncao, PhD Management, 1990
Parvish Nourjah, PhD Epidemiology, 1991
Ronald Rivas, PhD Management, 1997
Ronald Dietel, EdD Education, 1997
Reza Sadri, PhD Computer Science, 2001
Catarina Sismeiro, PhD Management, 2002
Yan-Nei Law, PhD Computer Science, 2005.

As external member:

Katrijn Gielens, Doctor in Applied Economics, Catholic University of Leuven, 1999
Vincent Nijs, Doctor in Applied Economics, Catholic University of Leuven, 2001
Marcel Kornelis, Doctor in Economics, University of Groningen, 2002
Isaac Dinner, PhD, Columbia University, 2011
Ofer Mintz, PhD, University of California, Irvine, 2011

**Executive Seminars**

Topics: marketing strategy, marketing productivity, sales forecasting,
customer information strategy, customer equity

IBM Visitors Program, UCLA, 1978, 1981
Japan Productivity Center, UCLA, 1978
Hochschule St. Gallen, UCLA, 1979
West Entertainment, UCLA, 1979

12

EXHIBIT A
20

UCLA Executive Program, 1979--
UCLA Marketing Management Program, 1979-82
UCLA Medical Marketing Program, 1980--
Eli Lilly International, Los Angeles, 1980
Engineering Management Program, UCLA Extension, 1980
Sommer Allibert, UCLA Extension, 1980
UCLA New Product Development and Marketing Program, 1981-83
Continental Airlines, Los Angeles, 1981
National Taiwan University Program, UCLA, 1981
UCLA Mexican Executive Program, Monterrey, 1981
European Institute for Advanced Studies in Management, 1984
UCLA Pricing Program, 1989-1999
    Faculty Director, 1996-1999
UCLA Law Institute Program, 1991-92
UCLA Advanced Executive Program, 1993--
Hewlett-Packard Corporate Education, 1993--
UCLA Hughes Marketing Program, 1993--1998
UCLA Johnson & Johnson Program, 1993
UCLA-London Business School Medical Marketing Program, 1994
Beiersdorf, 1994-1999
UCLA Northrop-Grumman Marketing program, 1996--1999
Wells Fargo Bank, 1995--
President Enterprises, Taiwan, 1997
Instituto Argentino de Ejecutivos de Finanzas, 1997
Unilever, 1998
PriceWaterhouseCoopers, 2000
Columbia University Executive Program, 2001
Marketing Strategy in the Information Age, 2000-02
    Faculty Director, 2000-02
UCLA Strategic Leadership Institute, 2000-2003
Ambrosetti, Italy, 2002, 2004, 2005, 2006
Credit Suisse, 2002-03
University of California San Diego, Executive Program, 2003
 Auchan, France, 2004
Gen-Probe, San Diego, 2004
Numico, Singapore, 2006
Greater Paris Investment Agency, 2007
SAS Forum, Madrid, 2007
Marketing Roundtable, Georgia State University, 2008
Amgen, 2008
Baptie CMO Community, 2008
Korea Productivity Center, 2009.
Coca-Cola Latin America, 2010

13

EXHIBIT A
21

# ADMINISTRATION

**Executive Director, Marketing Science Institute, Cambridge, Massachusetts, 2005-2007**

MSI is a not-for-profit institute founded in 1961 with the mission of bringing together the leading academics and practitioners in marketing to create knowledge that improves business performance. The Executive Director serves a two-year term, overseeing the research priorities, research grants, conference content, publications, collaborative research and other programs of the Institute. He or she also serves as key liaison between the MSI member companies and academic researchers.

**Executive Positions at UCLA, Anderson Graduate School of Management**

### Chairman, 1988-1990

Chief academic officer for the 150 full-time and part-time faculty of the sole department in the school. Key responsibilities include hiring, promotion, salary negotiations, course assignments, summer research funding, departmental organization and budgeting. Position involves extensive contacts with the dean of the school and the university administration.

### Associate Dean, Academic Affairs & Strategic Planning, 1991-1993

Responsible for all degree programs, interdisciplinary research centers, and information technology services of the school. Also charged with developing a strategic plan for the school. Position involves extensive contacts with the external constituencies. Acts as dean of the school in his absence.

### Vice-President, Management Education Associates, 1991-1993

### Faculty Director, UCLA-UAI Global Executive MBA Program for the Americas, 2010-

**Other Administrative Functions**

### UCLA Anderson School of Management

Chairman, Marketing Academic Unit, 1984-87, 1993-96, 1999-00, 2004-05, 2007-09.
Elected Member of Staffing Committee, 1982-83, 1984-86, 2000-02.
Chairman, Research Committee, 1986-88
Research Committee, 1990-1998, 2008-2013
Chairman, Executive Education Committee, 1993--95
Advisory Board member, Center for Corporate Renewal, 1995-1998
Elected Member of Faculty Executive Committee, 1997-2000, 2010-2013.
Board of Visitors Marketing Task Force, 1997-98, 2002-03

14

Teaching Improvement Committee, 1998-01
Advisory Board member, Center for Management in the Information Economy, 2000-02
Chairman, Faculty Advisory Board, Entertainment Research Center, 2002-2004
Faculty Director, Entertainment & Media Management Institute, 2004-05.
Compensation Task Force, 2011
Co-chair, UCLA Anderson Task Force on Branding, 2011-2012

**University of California**

Review Committee, UC Irvine Graduate School of Management, 1988
Chairman, UCLA Task Force on Economic Reconstruction and Development, 1992
Task Force on UCLA Faculty Workload, 1993--94
Task Force on Part-Time Masters Programs, 1993--94
Clinical Scholars Program Committee, UCLA School of Medicine, 1997-2002
Dean Search Committee, UCLA School of Education, 1999
Chairman, Dean Review Committee, UCLA School of Letters and Sciences, 2001-02
Dean Review Committee, UCLA Extension, 2011
Faculty Welfare Committee, UCLA Academic Senate, 2011-

**Other**

Advisory Council, Los Angeles County Transportation Commission, 1991-93
Faculty Advisory Board, Gemini Consulting, San Francisco, 1988 – 97
Marketing Advisory Board, KeraVision, San Jose, 1995 –1999
Board of Directors, i-Mind Education Systems, 1998 –2001
Academic Trustee, Marketing Science Institute, Boston, 2002-2005
Executive Committee, Marketing Science Institute, Boston, 2005-2011.
External Review Committee, Wharton School Marketing Department, 2003
Member, UCLA Committee on Research, 2003-2005.
Founding Director, Marketing Accountability Standards Board (MASB), 2006-
External Review Committee, New York University Marketing Department, 2008
Selection Committee, AMA Irwin Distinguished Marketing Educator Award, 2006-2009
    Chairman, 2008-2009
Board of Directors, MarketShare, Los Angeles, 2006-
International Advisory Board, HEC School of Management, Paris, 2009-
External Review Committee, Erasmus Research Institute of Management, Rotterdam, 2010

15

EXHIBIT A
23

## PROFESSIONAL SERVICE

### Grants

UCLA Alcohol Research Center, $39,000, for a study of regulation effect on alcohol consumption, 1979-80 (with S.I. Ornstein)

Director, Robert Anderson Research Endowment in Management, $250,000, 1988-93, 1997-99

Columbia Charitable Foundation, $230,000, Information Technology Planning Grant, 1991-1992

Director, William Leonhard Research Endowment in Management, $200,000, 1993-97

Various Marketing Science Institute research grants, 1996-present

### Editorial Boards

Marketing Science, 1983-94
Marketing Science, Area Editor, 1988-91
Marketing Science, Advisory Board, 2010-
Management Science, Associate Editor, 1978-88
Journal of Marketing Research, 1984-88 and 2003-05
Journal of Marketing Research, Associate Editor, 2007-10
Journal of Marketing Research, Advisory Board, 2010-
Recherche et Applications en Marketing, 1987-99
International Journal of Research in Marketing, 1993—2003
International Journal of Research in Marketing, Associate Editor, 2009-2011

### Ad Hoc Reviewing

Marketing Science, 1981-82
Journal of Forecasting, 1981--
Management Science, 1981--
Journal of Marketing Research, 1981-83
Journal of Consumer Research, 1982--
Interfaces, 1992--
Decision Sciences, 1982--
International Journal of Research in Marketing, 1983-92
Computers & Industrial Engineering, 1983--
Journal of Business & Economic Statistics, 1984--
Journal of Product Innovation Management, 1984--
Psychometrika, 1985--
National Science Foundation, 1984--

16

EXHIBIT A
24

Communications in Statistics, 1987--
Journal of Time Series Analysis, 1988--
Journal of Marketing, 1987--
International Journal of Forecasting, 1992--
Journal of Econometrics, 1996-
Marketing Letters, 1996-
Research Council of the United Kingdom, 1997

**Invited Research Seminars**

Stanford University (1981)
Harvard University (1981)
University of Texas at Dallas (1982)
University of Washington (1982)
UCLA Economics Department (1983)
Washington State University (1984)
HEC Paris (1984)
Universidad de Zaragoza (1984)
Universiteit Antwerpen (1984)
Universite de Mons (1984)
Universiteit Gent (1984)
Universitat Bielefeld (1984)
Carnegie-Mellon University (1985)
University of Houston (1986)
Columbia University (1987)
Georgetown University (1989)
Columbia University Marketing Camp (1989)
Catholic University of Leuven (1990)
Washington University, St. Louis (1990)
University of Florida, AMA Doctoral Consortium (1990)
INSEAD (1991)
Catholic University of Leuven, Law School (1991)
Catholic University of Leuven (1994)
University of Iowa (1994)
Hong Kong University of Science & Technology (1994)
University of Texas, Austin (1995)
University of California, Irvine (1995)
Universitat Mainz (1995)
University of California, Berkeley (1996)
University of Budapest, EMAC Doctoral Consortium (1996)
Marketing Science Institute (1996, 2001, 2002, 2003, 2004)
University of Cambridge (1997)
University of Washington Marketing Camp (1997)
Humboldt University, Berlin (1998)
Northwestern University Marketing Camp (1998)

17

EXHIBIT A
25

University of California, Riverside (1999)
UCI-UCLA-UCR-USC Marketing Colloquium (1999, 2004, 2009)
University of Southern California, AMA Doctoral Consortium (1999)
Georgetown University (1999)
UCLA, Anderson Faculty Lecture Series (1999)
AMA Advanced Research Forum, Monterey (2000)
University of Western Ontario, AMA Doctoral Consortium (2000)
University of Texas at Dallas (2001)
Simon Fraser University (2001)
Tilburg University (2001)
University of Texas, Austin (2002)
Erasmus University, Rotterdam (2002)
University of Groningen (2002)
Tulane University (2003)
Dartmouth College (2003)
McGill University (2003)
Tilburg University (2003)
Duke University (2003)
UCLA Marschak Interdisciplinary Colloquium (2004)
University of California, San Diego (2004)
UCLA Finance Seminar Series (2004)
Koc University, Istanbul (2004)
Washington University, St. Louis (2005)
Ohio State University (2005)
Singapore Management University (2005)
University of Connecticut, AMA Doctoral Consortium (2005)
Yale University (2005)
MIT Data Center (2005)
Groningen University (2006)*
Harvard Business School (2006)
Emory University (2006)
Texas A&M University (2006)
University of Maryland, AMA Doctoral Consortium (2006)
Massachusetts Institute of Technology (2006)
Dartmouth College (2006)
Boston University (2007)
Columbia University (2007)
Arizona State University, AMA Doctoral Consortium (2007)
UCLA Anderson Faculty Lecture Series (2008)
University of Minnesota (2008)
Tilburg University (2008)*
University of Missouri, AMA Doctoral Consortium (2008)
Georgia State University (2008)
Korea University (2009)*
Georgia State University, AMA Doctoral Consortium (2009)*

18

EXHIBIT A
26

University of Arizona (2009)
University of California, Davis (2010)
University of North Carolina (2010)
Texas Christian University, AMA Doctoral Consortium (2010)
Erasmus University, Rotterdam (2010)*
BI Norwegian School of Management (2010)*
Boston University (2011)*
University of Utah (2011)
University of Texas, Austin (2012)
University of Central Florida, Titen Visiting Scholar (2012)
University of Florida Marketing Camp (2012)

* denote plenary lectures at conferences hosted by or at the university

## Consulting

airlines: Air France
automotive: Ford, Mercedes, Lexus
consumer products:General Mills, Mars, Mattel Toys, Nestle, Coca-Cola
entertainment: Sony, Electronic Arts, Xbox, Disney, NBC, Vivendi
financial services: First Nationwide Bank, Home Savings, Wells Fargo, Wachovia, Schwab,
CitiCorp, Fidelity, Vanguard
health care: Amgen, Johnson & Johnson, Safeguard Health, GlaxoSmithKline, Kaiser
Permanente, KeraVision
information services: Catalina Marketing, TRW, TNS
insurance: Progressive, Zurich
internet: Earthlink, GoZing, MSN, Google, eBay, Intuit, Adobe
law firms: expert witness list available upon request
public sector: Federal Trade Commission, US Navy Recruiting Command
retailing: Ralphs, Wickes, Gelson's, Build-a-Bear, Albertsons
technology:Hewlett Packard, Hughes, Xerox, Dell, Microsoft, CDW, Motorola, Intel
telecommunications:British Columbia Telecom,  British Telecom, General Telephone,
Pacific Telesis, OneComm, Stentor

As of 2006, my consulting services are delivered through MarketShare, LLC, Los Angeles.

19

EXHIBIT A
27

**Honors and Awards**

Fellow, INFORMS Society for Marketing Science, 2010
MSI/H. Paul Root Best Paper Award, *Journal of Marketing*, 2010
Gilbert A. Churchill Lifetime Achievement Award, AMA, 2007
William O'Dell Best Paper Award, *Journal of Marketing Research*, 2007
Robert D. Buzzell Best Paper Award, *Marketing Science Institute*, 2006
Neidorf "Decade" Teaching Award, UCLA, 2003
Frank M. Bass Outstanding Dissertation Award, *Marketing Science*, 2002
John D.C. Little Best Paper Award, *Marketing Science*, 2001
European Marketing Academy Best Paper Award, 2001
Paul E. Green Best Paper Award, *Journal of Marketing Research*, 1999-2000
John D.C. Little Best Paper Award, *Marketing Science*, 1995
Teaching Excellence Awards, UCLA Executive MBA Program, 1988, 1997, 2003
EMAC Doctoral Consortium Faculty Member, 1996
AMA Doctoral Consortium Faculty member, 1990, 1999, 2000, 2005-2010
Outstanding Reviewer Award, Marketing Science, 1983
George Robbins Distinguished Teaching Award, UCLA, 1981
Career Development Award, UCLA, 1981
Fellow, C.I.M., Brussels, Belgium (dissertation fellowship), 1976-77
Member Beta Gamma Sigma (National Business Honor Society), 1977--
Purdue University representative, Albert Haring Annual Symposium, 1977
Outstanding Teacher's Award, Purdue University, 1975

**Media**

Various interviews on management topics for Wall Street Journal, New York Times, Los
Angeles Times, Fortune, Los Angeles Business Journal, ABC World News, NPR and other
media.

Rev. April 2012

EXHIBIT A
28

**Dominique M. Hanssens, Ph.D.**                                    April 2012
Bud Knapp Professor of Marketing
UCLA Anderson School of Management

## TESTIMONY HISTORY[1]

1. <u>Chase Bank USA, N.A. 'Check Loan' Contract Litigation,</u> United States District Court, Northern District of California. Deposition taken on March 29, 2012.
   Julia Strickland and Stephen Newman, with Stroock & Stroock & Lavan LLP, Los Angeles
   Area: consumer financial decision making and marketing impact

2. <u>Skip Fordyce Harley-Davidson v. Harley-Davidson Motor Company</u>*, State of California, New Motor Vehicle Board. Deposition taken on February 8, 2012. Court testimony given on March 12, 2012.
   Robert Ebe and Scott McLeod, with Cooper, White & Cooper LLP, San Francisco
   Area: evaluation of branding and distribution strategy

3. <u>Laidlaw's Harley-Davidson v. Harley-Davidson Motor Company</u>*, State of California, New Motor Vehicle Board. Deposition taken on October 20, 2011. Court testimony given on December 7, 2011.
   Robert Ebe and Brett Waxdeck, with Cooper, White & Cooper LLP, San Francisco
   Area: evaluation of branding and distribution strategy

4. <u>Starcrest Products of California v. Lexington Insurance Company</u>*, Superior Court of the State of California, County of Riverside. Depositions taken on August 8 and 16, 2011.
   Celia Moutes-Lee and Kristin Meredith, with Lewis Brisbois Bisgaard & Smith, Los Angeles
   Area: impact of direct marketing on business performance

5. <u>Online DVD Rental Antitrust Litigation</u>, U.S. District Court, Northern District of California. Deposition taken on March 31, 2011.
   Dylan Liddiard, with Wilson Sonsini Goodrich & Rosati, Palo Alto
   Area: evaluation of marketing strategy, market exit decision, impact on prices

6. <u>Hersch & Company vs. Mattel, Inc.</u>*, Superior Court of the State of California, County of Los Angeles, Central District. Deposition taken on September 8, 2010. Court testimony given on June 15, 2011.
   Lawrence Iser, with Kinsella Weitzman Iser Kump & Aldisert, Santa Monica
   Area: evaluation of marketing strategy

---

[1] The client represented by the law firm requesting my service is denoted by *

1

7. <u>Autodesk, Inc.* vs. Dassault Systemes Solidworks Corp.,</u> U.S. District Court, Northern District of California. Deposition taken on October 27, 2009.
   Michael Jacobs, with Morrison & Foerster, San Francisco
   Area: branding and marketing strategy

8. <u>Franklin Mint*, et al. v. Lord Simon Cairns, et al.,</u> U.S. District Court, Central District of California. Deposition taken on October 26, 2004. Court testimony given on December 19, 2005.
   Lawrence Gutcho, with Loeb & Loeb, Los Angeles
   Area: impact of negative information on business outcomes

9. <u>Vidal Sassoon* v. Procter & Gamble,</u> U.S. District Court, Central District of California. Deposition taken on August 25, 2004.
   Ann Marie Mortimer, with O'Donnell, Shaeffer & Mortimer, Los Angeles
   Area: impact of marketing resource allocations on business outcomes

10. <u>Colgate-Palmolive* v. Procter & Gamble,</u> U.S. District Court, Southern District of New York. Deposition taken on June 16, 2004. Court testimony given on July 20, 2004.
    Brendan O'Rourke, with Proskauer Rose, New York
    Area: impact of comparative advertising on business outcomes

11. <u>Sears* v. DirecTV,</u> Superior Court of the State of California, County of Los Angeles. Deposition taken on May 8, 2004.
    Allan Cohen, with Stroock & Stroock & Lavan, Los Angeles
    Area: retail market survey evaluation, cooperative advertising cost allocation

12. <u>911Notify* v. Verizon,</u> before the American Arbitration Association, Dallas, Texas, September 8-9, 2003.
    Donald Gottesman, with Kulik, Gottesman & Mouton, LLP, Los Angeles
    Area: new-product marketability ; impact of sales efforts on new-product performance

13. <u>Brown Jordan International, Inc*. v. Dale Boles,</u> before the American Arbitration Association, Los Angeles, April 22, 2003. Deposition taken on April 18, 2003.
    Jeffrey Brown and David Petersen, with Morgan, Lewis & Bockius, LLP, Los Angeles
    Area: market definition in non-compete agreement

14. <u>Agassi Enterprises Inc. v. Nike Inc.*,</u> before the American Arbitration Association, Portland, Oregon, May 23, 2001.
    Amy Pedersen and Frank Weiss, with Tonkon Torp, Portland
    Area: impact of product-line additions and advertising on business performance

2

EXHIBIT A
30

15. The City and County of San Francisco, et al.* v. United States Tobacco Company, Inc., et al.,
Superior Court of the State of California, County of San Diego. Deposition taken on
November 5, 1999.
   Michael Dowd and Frank Janecek, with Milberg Weiss, San Diego
   Area: impact of advertising on consumption

16. Suzuki Motor Corporation Japan* v. Consumers Union of the United States, Inc., U.S.
District Court, Central District of California. Deposition taken on March 29, 1999.
   George Ball, with Law Offices of George F. Ball, Newport Beach
   Sawnie McEntire, with Beirne, Maynard & Parsons, Dallas
   Area: impact of negative information on business outcomes

17. National Claims Management Corporation* v. Mercedes-Benz of North America, Inc., U.S.
District Court, Central District of California. Deposition taken on March 18, 1998.
   Judith Anderson, with Stroock & Stroock & Lavan, Los Angeles
   Area: financial assessment in class action

18. USA Today v. City of Santa Monica*, before the hearing examiner of the City of Santa
Monica, October 21, 1994.
   Barry Rosenbaum, Office of the City Attorney, Santa Monica
   Area: impact of distribution strategy on business outcomes

**Expert-witness reports and declarations on cases that did not involve deposition or trial
testimony:**

1. Alexander v. L'Oreal USA, Inc.* (2011)
   Katherine Murray and Dennis Ellis, with Paul, Hastings, Janofsky & Walker LLP, Los
   Angeles
   Area: impact of packaging, advertising on consumer purchase decisions and brand sales

2. International Accessories Company* v. Francesco Biasia (2010)
   Elizabeth Berman, with Sheppard Mullin, Los Angeles
   Area: impact of change in advertising and pricing strategy

3. Wilhelm Karmann GmbH v. Chrysler LLC and Chrysler International Corp* (2009)
   Brian J. Massengill, with Mayer Brown LLP, Chicago
   Area: assessment of new-product marketing strategy

4. Nicolle DiSimone and Janelle Nelson v. DS Waters of America Inc.* (2009)
   Noah Graff, with Hughes Hubbard & Reef LLP, Los Angeles
   Area: evaluation of class certification

3

EXHIBIT A
31

5.  BRCP HEF Hotel Tenant, LLC v. Four Seasons Hotels Limited* (2009)
    Forrest Hainline III, with Goodwin Procter, San Francisco
    Area: impact of negative information on brand image and financial performance

6.  Universal Music Group* v. MySpace, Grouper and Veo (2008)
    Steven Marenberg and Elliot Brown, with Irell & Manella LLP, Los Angeles
    Area: evaluation of copyright infringement

7.  Janet Agranoff v. Lenscrafters* (2007)
    Joseph DiBenedetto, with Winston & Strawn LLP, New York
    Area: evaluation of class certification

8.  DirecTV, Inc. v. Lifetime Entertainment Services* (2007)
    Sabina Clorfeine, with Milbank Tweed Hadley & McCloy, Los Angeles
    Area: impact of promotional offer on lost subscribers and their value

9.  David Sams Industries v. Verisign*, et al. (2005)
    Brian Condon, with Arnold & Porter, LLP, Los Angeles
    Area: evaluation of expert report on damages assessment

10. Kevin J. King et al. v. Ty, Inc.* (2003)
    Gregory Scandaglia, with Mulroy Scandaglia Marrinson Ryan, Chicago
    Area: impact of marketing and distribution strategy on product life cycle

11. New Line Cinema* v. Little Caesar Enterprises (2002)
    Saul Brenner, with Loeb & Loeb LLP, Los Angeles
    Area: impact of marketing on motion-picture attendance and revenue

12. Nike, Inc.* v. Champion Products Inc. (1998)
    Peter Koehler, Jr., with Tonkon Torp, Portland
    Area: impact of advertising with celebrity endorsements on business performance

4

EXHIBIT A
32