# EXHIBIT B

**Documents Relied Upon**

- Declaration of Janelle Allen in Support of Defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff Richard Reinsdorf's Complaint

- Declaration of Jason Greenberg in Support of Defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff Richard Reinsdorf's Complaint

- Declaration of Loren Gillum in Support of Defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff Richard Reinsdorf's Complaint

- Declaration of Christina Ingles in Support of Defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff Richard Reinsdorf's Complaint

- Declaration of Fred Machua in Support of Defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff Richard Reinsdorf's Complaint

- Declaration of Karey Teng in Support of Defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II's Notice of Motion and Motion to Dismiss Plaintiff Richard Reinsdorf's Complaint

- Declaration of Walter Barnett in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss

- Declaration of William J. Briggs, II in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss

- Declaration of Robert Heller in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss

- Declaration of Pennie Humphreys in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss

- Declaration of Richard Reinsdorf in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss

- Declaration of Jamie Turner in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment

- Documents produced by Jamie Turner labeled TURNER000001-TURNER000097

EXHIBIT B
33

- Jamie Turner, Dr. Reshma Shah, <u>How to Make Money with Social Media: An Insider's Guide on Using New and Emerging Media to Grow Your Business</u> (2010)

- Expert Report of Frank Luntz, April 2012

- Preliminary Expert Report and Disclosure of Jamie Turner, April 13, 2012

- Expert Report of David B. Connelly, April 13, 2012

- Errata Supplemental Report of David B. Connelly, June 20, 2012

- Skechers U.S.A. 2007 Media Budget Summary – Quarterly

- Skechers U.S.A. 2008 Media Budget Summary – Quarterly

- Skechers U.S.A. 2009 Media Budget Summary – Quarterly

- Skechers U.S.A. 2010 Media Budget Summary – Quarterly

- Reinsdorf v. Skechers POP Cost.xlsx

- Deposition of Jason Greenberg, Vols. I & II, May 2, 2012

- Deposition of Richard Reinsdorf, Vol. I, Feb. 28, 2012, Vol. II, Apr. 28, 2012

- The 60 Second Marketer, http://60secondmarketer.com/ (last visited May 10, 2012)

- The 60 Second Marketer Blog, http://60secondmarketer.com/blog/ (last visited May 10, 2012)