DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
ROBERT C. WELSH (S.B. #130782)
rwelsh@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Defendants
Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINSDORF,<br><br>          Plaintiff,<br><br>     v.<br><br>SKECHERS U.S.A., INC.;<br>SKECHERS U.S.A., INC. II; and<br>DOES 1-10,<br><br>          Defendants. | Case No. CV10-7181-DDP (SSx)<br><br>Hon. Dean D. Pregerson<br><br>**DECLARATION OF ROBERT C. WELSH IN SUPPORT OF DEFENDANTS SKECHERS U.S.A., INC. AND SKECHERS U.S.A., INC. II'S MOTION FOR CLARIFICATION OF THE COURT'S RULING ON SKECHERS' MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:     3 (2nd Floor)<br>Hearing Date:  December 3, 2012<br>Time:          10:00 a.m.<br><br>Pretrial Conference:   Not Set<br>Trial Date:            Not Set |

# DECLARATION OF ROBERT C. WELSH

I, Robert C. Welsh, the undersigned, hereby declare:

1. I am an attorney at law, licensed to practice before all courts in the State of California. I am of counsel to O'Melveny & Myers LLP and counsel of record in the above-captioned action for defendants Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II (collectively, "Skechers" or "Defendants"). I submit this declaration in support of Skechers' Motion for Clarification of the Court's Ruling on Skechers' Motion for Summary Judgment (the "Motion"). I know all the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the July 23, 2012 hearing transcript in this matter.

1. On October 19, 2012, at approximately 3:30 p.m., I met and conferred with Plaintiff Richard Reinsdorf's counsel, Henry L. Self, concerning Skechers' Motion. I went over with Mr. Self the five grounds on which Skechers is seeking clarification in its Motion. During our meet and confer, Mr. Self indicated that with the exception of Skechers' request for clarification regarding its entitlement to summary judgment on Plaintiff's claims for statutory damages and attorneys' fees, Plaintiff intends to oppose Skechers' Motion.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this declaration is executed this 2nd day of November 2012 at Los Angeles, California.

Dated: November 2, 2012

Robert C. Welsh