JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINSDORF, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SKECHERS U.S.A, a Delaware corporation; SKECHERS U.S.A.., INC., II, a Delaware corporation, <br><br> Defendants. | Case No. CV 10-07181 DDP (SSx) <br><br> **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. The Final Pretrial Conference and Jury Trial dates set in this case are hereby vacated. Accordingly, the following motions are hereby vacated:

Motion for Relief from and Reconsideration Of, the Courts Amended Order Re: Defendants Motion for Summary Judgment, Motions in Limine, and Objections to Evidence filed by Plaintiff Richard Reinsdorf (DOCKET NUMBER 229)

///

Motion in Limine to Exclude Expert Testimony from David B. Connelly filed by Defendants Skechers U.S.A., II, Skechers U.S.A., Inc. (DOCKET NUMBER 230)

Motion for Review of of the Magistrate Judge's Order Dated July 19, 2013 filed by Plaintiff Richard Reinsdorf (DOCKET NUMBER 354)

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 17, 2013

DEAN D. PREGERSON
United States District Judge